BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033
Alec P. Ostrow
aostrow@beckerglynn.com

*Attorneys for Plaintiff, Jeffrey Solomon Simpson, as Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB)<br><br>**DECLARATION OF ALEC P. OSTROW PURSUANT TO LOCAL RULE 9077-1 IN SUPPORT OF PROPOSED ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING ORDER** |

Alec P. Ostrow, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(a), as follows:

1. I am a member of the bar of this Court and a member of the firm of Becker, Glynn, Muffly, Chassin & Hosinski LLP. I make this declaration pursuant to Local Bankruptcy Rule 9077-1, in support of a proposed order to show cause for a preliminary injunction and

temporary restraining order in the form attached hereto as Exhibit A. I am fully familiar with the facts set forth herein.

2. An order to show cause is requested to provide a temporary restraining order to stop the Defendants from continuing to prosecute an action commenced by them in Supreme Court of the State of New York, County of New York, entitled *Arch Real Estate Holdings LLC et al. v. YJ Simco LLC et al.*, Index No. 653216/2026 (the "State Court Action"). In the absence of a temporary restraining order, the Defendants will continue to prosecute the State Court Action and, as set forth in the accompanying motion, seek to obtain a default judgment against the non-Becker Glynn defendants. In the event a default judgment is entered, the motion for a preliminary injunction may be rendered moot.

3. At approximately 1:30 p.m. this afternoon I emailed counsel for the Defendants, Jonathan T. Koevary, sending him "as filed" copies of the complaint, the motion for a preliminary injunction, the supporting declaration of the Debtor and all the relevant exhibits. In that email, I proposed to agree on a mutually convenient hearing date on the motion for a preliminary injunction if the Defendants voluntarily postpone the return date response date for the benefit of all defendants in the State Court Action on the motion for a default judgment until after the hearing on the motion for a preliminary in this Court. I requested that he get back to me by 4:30 p.m. As of the submission of this declaration, I have not heard back.

4. As a result, I respectfully request that the Court grant the proposed order to show cause and temporary restraining order.

5. No previous request for the relief sought herein has been made to this or any other Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2026

_*/s/ Alec P. Ostrow*___
Alec P. Ostrow