**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB)<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Upon the motion for a preliminary injunction (the "Motion") of the Plaintiff, dated September 25, 2026, seeking an order pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), enjoining the Defendants from continuing to prosecute an action commenced by them in Supreme Court of the State of New York, County of New York, entitled *Arch Real Estate Holdings LLC et al. v. YJ Simco LLC et al.*, Index No. 653216/2026 (the "State Court Action"), the declaration of Jeffrey Solomon Simpson in the support of the Motion (the "Supporting Declaration"), and the complaint initiating this adversary proceeding (the "Complaint"); and upon the declaration of Alec P. Ostrow, dated September 25, 2026, in support of this Order, and for good cause, it is

ORDERED that the Defendants SHOW CAUSE before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on the _____ day of ____________, 2026, at

___:____ __.m., or as soon thereafter as counsel can be heard, in Courtroom 623, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, or via Zoom for Government, WHY an order should not be entered enjoining the Defendants from continuing to prosecute the State Court Action; and it is further

ORDERED the pending the hearing and determination of the Motion, the Defendants are temporarily restrained from continuing to prosecute the State Court Action; and it is further

ORDERED that opposition papers, if any, to the Motion shall be filed and served on counsel for the Plaintiff not later than two days prior to the hearing scheduled in this Order; and it is further

ORDERED that good and sufficient service of this Order, the Motion, the Supporting Declaration, and the Complaint, shall be made if served by email upon counsel for the Defendants, Jonathan T. Koevary, Esq., Olshan Frome Wolosky LLP, jkoevary@olshan.com, not later than September __, 2026.

Dated: New York, New York
September __, 2026

_________________________________

HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE