# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 26-10359-lgb
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In the Matter of:

JEFFREY SOLOMON SIMPSON,

Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States Bankruptcy Court
One Bowling Green
New York, NY  10004

August 17, 2026
10:01 a.m.

B E F O R E :
HON LISA G. BECKERMAN
U.S. BANKRUPTCY JUDGE

ECRO:  AMANDA

HEARING re Status Conference

Transcribed by: Sonya Ledanski Hyde

A P P E A R A N C E S :

BECKER, GLYNN, MUFFY, CHASSIN & HOSINSKI LLP
Attorney for Debtor
299 Park Avenue, 16th Floor
New York, NY 10171

BY: ALEC P. OSTROW

FARRELL FRITZ PC
Attorney for Eric Huebscher, as Receiver
622 Third Avenue, Ste 37200
New York, NY 10017

BY: MARTIN G. BUNIN

SCHWARTZ LAW PLLC
Attorney for Jared Chasen
150 Broadway, Ste 701
New York, NY 10038

BY: ALLEN SCHWARTZ

ADAM LEITMAN BAILEY PC
Attorney for Adam Leitman Bailey PC
One Battery Park Plaza, 18th Floor
New York, NY 10004

BY: MELISSA LEVINE

ALSO PRESENT:
ERIC MICHAEL HUEBSCHER
JEFFREY SOLOMON SIMPSON

P R O C E E D I N G S

CLERK: This is Judge Beckerman's Zoom hearing. Please make sure to change your display name to reflect your first, last name, and the party that you represent.

For live participants, when the Judge calls your case, your video must be actively on with your mic muted unless you're speaking. Listen-only participants must have their video off and their mic muted. Live participants must state their name and who they represent for the record. Attorneys must announce themselves before speaking always.

Everyone is strictly prohibited from making any recording of court proceedings whether by video, audio, screenshot, or otherwise. A violation of this Court's order can be deemed a contempt of court.

If participants are experiencing connectivity issues that are interfering with their participation in the hearing, they are directed to contact chambers by email. Please refrain from using a VPN connection. Press star 6 if you are appearing by phone to unmute. The hearing will begin shortly.

THE COURT: Good morning. This is Judge Beckerman. Court is now in session. I'm going to go ahead and call the case and when I do, I'll ask for parties to please put their appearances on the record. Case Number 26-10359. Jeffrey Solomon Simpson. May I have appearances,

please?

MR. OSTROW: Good morning, Your Honor. Alec Ostrow of Becker, Glynn, Muffly, Chassin and Hosinski, representing Mr. Simpson.

MR. BUNIN: Good morning, Your Honor. Marty Bunin from Farrell Fritz, representing Eric Huebscher as receiver.

MR. SCHWARTZ: Good morning, Your Honor. Allen Schwartz representing Jared Chassen.

MR. HUEBSCHER: Good morning, Your Honor. This is Eric Huebscher, the receiver.

MS. LEVINE: Good morning, Your Honor. This is Melissa Levine. I represent Adam Leitman Bailey PC. We're a creditor.

THE COURT: Thank you, Ms. Levine.

MR. SIMPSON: Good morning, Your Honor, Jeffrey Simpson.

THE COURT: Good morning, Mr. Simpson. Okay. So this is a status conference. That's the purpose of it. Mr. Simpson, I am definitely going to let you speak, but I had some things that I wanted to talk about that related to status of the case that deal with moving forward.

So from my review of things as they are from the bankruptcy side of things, it seemed to me that there are four monthly operating reports that haven't been filed, at least according to the docket, because I looked at it this

morning.

In addition, obviously, there were a number of claims filed by the bar date and those obviously have to start being dealt with in terms of if there's objections, et cetera, for them.

And then of course, there's the more complicated side, which are the assets side of it, which have to do with, you know, what are we, you know, what is actually owned by Mr. Simpson?

And I don't really feel like there's been a lot of progress on, well, clearly on monthly operating reports, which is complying with what you have to do to stay in Chapter 11. That hasn't happened.

And I certainly haven't seen any progress really with respect to trying to get some more clarity in some ways, other than the trial that we had on assets, the hearing that we had on that.

So, you know, my concern about this process is that the, you know, there are a lot of parties that are involved in this case. Mr. Simpson, when he filed for bankruptcy, which no one put a gun to his head to do, was certainly aware, I'm sure Mr. Ostrow by you, of his responsibilities as a fiduciary. And I just don't see those being -- I don't see progress being made in this case, and that concerns me because not necessarily because I have

something to say about that, but because other people might at some point, like the Office of the United States Trustee or other things.

So there's a stay. This process is supposed to be used to move forward, and it's not an easy case. I totally understand this. This is quite complex, both on the asset side and the liability side. But the goal should be, if people actually want to be in Chapter 11 here, is to try to move forward and have a fresh start, get their debts discharged, and that requires complying with the process.

So that's, in part, why I thought I wanted to have a discussion about that, Mr. Ostrow, because I just don't see -- I don't understand why monthly operating reports haven't been filed timely. And I don't understand why I don't see some more progress on some of those other things.

MR. OSTROW: I guess that's for me.

THE COURT: It is Mr. Ostrow. You are counsel. It is for you.

MR. OSTROW: Yeah, okay. First,, I want to address the operating reports. The U.S. Trustee's Office asked us to revise the two of them, and we wanted to make sure we revised two of them consistent with what the U.S. Trustee had requested before we file any more of them. So that's the reason that the operating reports haven't been filed.

And there's a question --

THE COURT: That's like three months ago since you filed, at least, since you filed the last operating report. So I mean, did they take three months to come back to you? I guess --

MR. OSTROW: They didn't take three months, but they did take a while.

THE COURT: Okay.

MR. OSTROW: And it was a bit of some back-and-forth because I didn't quite understand why one of them was requested to be resubmitted.

THE COURT: So where does that stand now? Did you agree on it?

MR. OSTROW: Well, I'm going to go to some overarching issue. And that is that as a result of the events starting last Wednesday and, in particular, a conversation that I had with Mr. Simpson yesterday, I believe there has been a total breakdown of the attorney-client relationship and that I intend to move to seek withdrawal under Bankruptcy Rule 2090-1 and Rule 1.16(c) of the New York Code of Professional Responsibility on the grounds that the client insists on taking action with which the lawyer has a fundamental disagreement.

The client insists on presenting a claim or defense that is not warranted under existing law and cannot

be supported by good faith argument for extension, a modification or reversal of existing law.

And the client fails to cooperate in the representation or otherwise renders the representation unreasonably difficult for the lawyer to carry out employment effectively.

And I think that many of these are evidenced by the emails that have resulted in Your Honor's filing an order to show cause for the imposition of sanctions and filing other notices of ex parte communications and receipt of emails.

I do not take this step lightly. I have endeavored to try to work things out. But I have reached the point where I have concluded that it's impossible to go forward. I do not wish to disparage Mr. Simpson, and I wish him well, and I wish him success, but obviously it's up to Your Honor to decide. The motion hasn't been made yet, but I expect to make it in the next day or so and have it returnable at the earliest date that your calendar will permit.

THE COURT: Okay, Mr. Ostrow. I guess that answers my question to some degree, sure. All right. Mr. Simpson.

MR. SIMPSON: If I may, just regarding -- Jeffrey Simpson here regarding the operating reports for a moment.

You know there was some complexity at the beginning just trying to get a debtor-in-possession account. They're not easy to get. You may not know that, but the trustee's office --

THE COURT: I do know that.

MR. SIMPSON: Okay. So the trustee's office is actually very helpful. They made a great recommendation. And it took a while to get that set up. We got that set up as quick as we possibly could.

I think some of the confusion with the reports was the transition where I did not have a separate bank account from my wife. My wife and I shared a bank --

THE COURT: I understand.

MR. OSTROW: So that took some time.

THE COURT: I read your monthly operating reports, Mr. Simpson.

MR. SIMPSON: Okay. So we did. Just from a fundamentals perspective, we're not ignoring any of the reports and the process. We have completed, I think, up and through April and I have May and June ready to go, but I think there was a clarification if the report style or something about the report was controversial to the trustee, we didn't want to send two more months where they were unhappy with something about it.

So we were trying to get clarity because the email

we got was not crystal clear.  And I know that I have not spoken to the trustee's office.  I know Mr. Ostrow was trying to.  And I know it was a back-and-forth.

So obviously, if we submitted May and June, we're really not that far behind, right?  We're in August here. That means, you know, that would mean July would be the only one that's not done, which we're almost done with anyway so -- when I say me preparing it.

So there's no intentions here to not present those reports.  I hope the Court doesn't see that there is.  We need to clarify with the trustee, I believe, unless we could just send them.  If Your Honor would wish, even if the trustee doesn't clarify, we could just send them.  I mean it wouldn't take us -- this week, two of them could be sent in regardless of the trustee response.  If that would make the Court happy, that's not a problem.  Mr. Ostrow's involvement or not.

I have them ready to send this week if Your Honor would like, or we can wait for the trustee to chime in with their commentary on if it's format or if it's clarification before we issue those two more reports, but that would get us pretty close to where we need to be.  We'd only owe, at that point -- actually, we wouldn't even owe anything because I think it's the 21st of August would be July that's due.

THE COURT: That's correct.

MR. SIMPSON: So if those two were submitted this week, we'd be compliant. So I apologize if the optics of the record --

THE COURT: Well, no, because April hasn't been submitted on the docket, so.

MR. SIMPSON: Okay. I'm pretty sure we shared it with the trustee.

THE COURT: You may have, but it hasn't, it's not on the docket, Mr. Simpson.

MR. SIMPSON: Okay.

THE COURT: So you actually have three that are definitely due. And then, as you point out, this week, which is just the end of this week, you have the other one that's due. So you have four. That's why I said four operating reports, even though you're correct that you have four days to get the last one in there to be timely.

MR. SIMPSON: Correct. And again, to the extent that if we want to wait for the trustee, they don't return a phone call from me, so maybe they will for Mr. Ostrow, but absent of them responding, if the view is they need to put on the docket this week, so be it, then we'll do that.

It's not a problem to do that. All three of them, or four I should say, including April, which I believe was already submitted to the trustee. I guess it wasn't put on

the docket.

So May and June, I guess I said I'm fine tuning, but it's really down to simply if the clarification in April would change things. But if the Court thinks we shouldn't wait, if the trustee doesn't respond, then I'm happy to submit them anyway. That's not a problem, and July will be shortly thereafter.

So I do believe that compliance of this, we do take it seriously. I do take it seriously, and I work very hard on those reports. They're a lot of work, and I do them.

THE COURT: They are work.

MR. SIMPSON: And I do them every month and I go to every nickel and every penny and every check box to make sure that they're right. And I take it very seriously how money is spent and using the DIP account. And I absolutely take it seriously and respect it. So please don't thing for one moment thinking that I don't, because I do.

I understand the docket shows what it does. I think it's the first conversation we're having with Your Honor about these reports. So I don't really know. I guess we have to see what happens with the trustee's office. We can follow up with them today, see what they have to say regarding April.

And if they don't provide an answer, if it's a

compliance issue, then I'm just going to submit them anyway in one way or another, if it's Mr. Ostrow or not, because I don't want to be told I'm not complying when I'm doing the work and the work's done and it just needs to be sent in. So I will take care of that in one way or another unless the Court tells me not to.

THE COURT: Okay. That's fine.

MR. SIMPSON: That's actually an easy answer on that.

THE COURT: It seems like if you can't resolve it this week with them, and I include Mr. Ostrow on this, then it does seem like you ought to just go ahead and file the ones that are all due and owing so that at least there's not an issue, you know, other -- the reason is that other people, you have a lot of creditors, no disrespect.

There are a bunch, and they have the right to see what your monthly operating reports are. That's why we have them. And that's in part why. And that's why they're filed on the docket so people can see them, not just, you know, not just the trustee, the U.S. Trustee's Office, although that's important because it's their job to review them. I'm not disrespecting that.

But my point to you is that they're not the only person who needs to see that, yes, there was this amount of income, this amount of expenses, and is entitled to that

information during a Chapter 11 proceeding. And without the information being on the docket, they don't have it.

MR. SIMPSON: Understood.

THE COURT: So that's why I would say give it to the end of the week. If you haven't resolved everything with the trustee, put them all on the docket and move on. They'll complain and you'll have to redo them, but better than not having the information out there.

MR. SIMPSON: Fine my me. And, you know, you don't need attorney-client -- you know, it's privileged discussions, but this is all administrative. I'm sure Mr. Ostrow can attest that I've been in dialogue with him about doing these reports for many weeks now, and it's been a constant thing. It's not like I've ignored it or he's ignored it. We are respectful of it. He is very respectful of the process of procedure, and, you know, we are.

So that's something we will take care of one way or the other, as Your Honor suggested, and that will be -- either way, by the end of the week, they will be on the docket, trustee or not. I agree with that and I can't say definitively that July will be, but certainly April, May, and June will be.

If July is not, it will be shortly thereafter. And, you know, I'm not talking about weeks, like a couple of days, just to catch up. So that's -- we did put a halt on

it, you know, with we being me and whoever's helping me, waiting for information to sort of just keep recreating work that always has to be done again, but I did do the other two months.  So those will be submitted either way if trustee comments or not.

And then if they don't comment, we'll just move forward to the August one -- I'm sorry -- the July one and get that done as well.  So that will answer that question, I hope.

And regarding the other issues, you know, Mr. Ostrow, you know, has taken a position as of yesterday.  You guys made a dialogue about it.  Other than I've said it countless times and I'll say it again today, he's not willing to do the things Your Honor says that everything showed through counsel, and I've -- I think I've papered it to death.  There's so much to be done here and nobody wants to do it.

No lawyer wants to do it because this case doesn't make sense.  None of it makes sense.  I say the case that Chapter 11, none of this makes sense.  AREH should have put into bankruptcy three years ago.

THE COURT:  (indiscernible).  You know --

MR. SIMPSON:  That's what should have happened.

THE COURT:  Okay.  Mr. --

MR. SIMPSON:  That's really what should have

happened, but that's okay.

THE COURT: I agree with you. Probably everything you own should have been thrown in 3-1/2 or 4 years ago even, Mr. Simpson, but no, it didn't.

MR. SIMPSON: No, that's not correct. And frankly, Judge Joel Cohen broke the federal law by writing a court order that I could not file bankruptcy. You can shake your head --

THE COURT: Okay.

MR. SIMPSON: -- but Judge Carter actually said the contrary from the Southern District of New York.

THE COURT: No, Mr. Simpson, what I'm saying to you is I think the problem that you have here -- and I really mean this in a good way -- is you got to focus on where you are now and what is the likely outcome, okay? And that's what we do here in bankruptcy.

And you have like a stay now while you're in bankruptcy, that won't be there if you're not in bankruptcy, or if you don't keep moving along in this bankruptcy, that's what eventually happens. Other things happen, you know, you've seen it.

So you have to start making progress in a bankruptcy proceeding. What that means is trying to figure out how is -- is there going to be a plan confirmed in this case? And what would that plan really be? And what's

realistic? Like what are your realistic liabilities?

You had 30 people, you know, 30 separate proofs of claim. Some of them, certainly they look like there could be some issues with them to me. Some of them look like there's not really an issue because you actually do owe it. One guy even had a note from you saying you owed it. So I read all your proofs of claim, you could tell.

So, you know, I think there are -- those are, that's one process, trying to figure out all your liabilities. And the other is trying to figure out all the assets that you personally actually have. And there certainly seems to be some dispute about some of that too. And some of those assets on your schedules are claims that you have that you want to assert.

But realistically, here's where you are, and this is where we are right now. And, you know, you're going to have to figure out how you're going to move forward to get to a confirmed plan in this case. And that involves usually compromise, Mr. Simpson. That's what happens in a plan, negotiations. That's how it works. Yeah, that is. That's what --

MR. SIMPSON: I'm a professional negotiator for 25 years of $3 billion of stuff, but when I'm dealing with terrorists, there's no negotiation. I can show you 30 proposals to the people on the other side.

THE COURT: All right, Mr. Simpson. I think you know --

MR. SIMPSON: They want my life dead. They committed fraud, and you don't want to hear it, and nobody wants to hear it. And that's why no one touches it because they committed fraud. And you want to talk to 20 lawyers?

THE COURT: Respectfully, I think I've explained to you why, what my jurisdiction is, okay? -

MR. SIMPSON: And you know what? And I've heard from others --

THE COURT: You know what?

MR. SIMPSON: And I've heard from others and I don't agree with you.

THE COURT: And I know you didn't believe me, but, like, here is the standing order. I didn't make it up.

MR. SIMPSON: Yeah.

THE COURT: It's what it tells me I'm allowed to do. It says any and all title cases under Title 11, that's our bankruptcy code, any and all proceedings arising under Title 11, again, arising under the bankruptcy code or arising in or related to a case. That's it.

MR. SIMPSON: Yeah.

THE COURT: I don't have jurisdiction to do anything that involves a crime other than unless it's a bankruptcy crime under a specific section of the state -- of

the statute that --

MR. SIMPSON: Which we have, which we have countless of, countless of. You just don't want to hear them. We have countless crimes that have happened here. You just don't want to hear them.

THE COURT: That isn't --

MR. SIMPSON: You didn't want to hear it in YJ Simco. You don't want to hear it now. We've had breaches of stay. We have -- you ask for the bigger picture --

THE COURT: No breeches of your stay --

MR. SIMPSON: Yes, there have been.

THE COURT: -- because they only apply to you.

MR. SIMPSON: No, it does apply to me because my only assets are not in my name. They're on my schedules.

THE COURT: That was your choice.

MR. SIMPSON: Yes, it was my choice, but they're ultimately mine up the chain.

THE COURT: What that means when you use a corporation under New York law --

MR. SIMPSON: Yes. And it eventually gets to me.

THE COURT: -- or Delaware law, or any of the law --

MR. SIMPSON: And the law --

THE COURT: -- it's a separate entity and you decided to do that.

MR. SIMPSON: And the law concludes when it gets to me. And ultimate ownership is relevant to bankruptcy. We both know that. And the ultimate ownership of these assets --

THE COURT: Maybe.

MR. SIMPSON: -- belong to me. And the problem here is they're suing other courts.

THE COURT: If there's any value to them. If they're not worth --

MR. SIMPSON: Yeah, there are value. They're suing other courts. They are going to other courts to --

THE COURT: Doesn't mean there's value.

MR. SIMPSON: Oh my goodness. Of course there's value. Why would they waste their time suing other courts? They will do anything they can.

THE COURT: Well, you were calling them vindictive and awful and trying to kill your life and I'm taking you at your word. So that's what --

MR. SIMPSON: They are. They are. Have you not watched? Are you not paying attention?

THE COURT: No, that doesn't --

MR. SIMPSON: Have you not seen them file an action in state court?

THE COURT: Doesn't that mean that it might not be economically motivated or maybe they don't realize, which

I've said numerous times, that my analysis so far based on what I have of your information, is that there isn't a lot of value here and there's a lot of liabilities.

MR. SIMPSON: They don't care. They don't care.

THE COURT: If there's not --

MR. SIMPSON: That's why they go to state court. That's why they went to state court to sue my wife. And they sued LLCs of mine which I have ownership of and I have ownership interests and which are on my schedules. So if they're going to state court to sue me --

THE COURT: But they're allowed to unless those entities --

MR. SIMPSON: Oh, interesting. Anyone else is not doing it. Anyone else is coming to you to say, you know, we want to lift the stay, but they're just doing it just like they did it in JJ Arch, just like they did at YJ Simco, they have done it for three years. They have one agenda, burn me down. And the fact you won't go backwards --

THE COURT: Well then -- and that's --

MR. SIMPSON: -- the fact you won't look at the case at large to see how this has transpired since the beginning and how this has deteriorated anything around me, my ability to work, my ability to move forward, this is not drama. This is reality.

THE COURT: That's because --

MR. SIMPSON: Jared Chassen reached out to me two days ago. Why? He did three weeks ago. Why? These people harass and they find any way they can.

THE COURT: No. In fairness --

MR. SIMPSON: That's what they do. That's what they do.

THE COURT: Mr. Simpson, Mr. Simpson --

MR. SIMPSON: You just don't listen.

THE COURT: Mr. Simpson. That isn't true.

MR. SIMPSON: It's not true?

THE COURT: No, it isn't because I don't care.

MR. SIMPSON: It's not true that he reached out to me?

THE COURT: It isn't that I don't care. Okay?

MR. SIMPSON: Then let's do something about it.

THE COURT: Mr. Simpson --

MR. SIMPSON: The bankruptcy court has authority to do something about it. During a bankruptcy --

THE COURT: No, it has something to do about you, your assets and your liabilities.

MR. SIMPSON: Yes, yes.

THE COURT: Not assets that belong to others.

MR. SIMPSON: They're prohibiting me to work, and they're prohibiting, and they're going into assets of mine --

THE COURT: No one is prohibiting you to work. They are just prohibiting you to work at things you've lost control of.

MR. SIMPSON: No, no.

THE COURT: Yes.

MR. SIMPSON: When they're trying to deteriorate my relationship with people, when they're disparaging me, when they're making comments about me, can they continue to do that.

THE COURT: How about you try to focus on what's actually, like, you know, what actually might be.

MR. SIMPSON: Yeah. I have. I've fought these vindictive thieves since literally when Judge Carter gave us direction to do that. Okay?

THE COURT: Okay.

MR. SIMPSON: Which was back in September of '23.

THE COURT: That's not what I'm saying.

MR. SIMPSON: And they've said no 25 times. Mr. Ostrow asked two weeks ago. They said no. We've asked countless times.

THE COURT: Okay. I understand. Some of them I'm going to actually be able to order to have to come and talk to you, okay, because they filed claims here. There might be a reason I can order them to talk to you. Some of them didn't.

MR. SIMPSON: Yeah, Chassen didn't.
THE COURT: I don't have --
MR. SIMPSON: Isn't that funny, Your Honor, that Chassen didn't file a claim?
THE COURT: It is, I know.
MR. SIMPSON: And then Mr. Schwartz attacks me, attacks me, attacks me --
THE COURT: All it means is --
MR. SIMPSON: -- and he doesn't file a claim. Is that interesting to you?
THE COURT: No, all he's saying is that you don't owe him any money.
MR. SIMPSON: It's not interesting? It's not interesting to you that Mr. Schwartz has taken how much time in this court over the last year and a half, but then they didn't make a claim? Is that interesting to you?
THE COURT: Yes, it's interesting to me.
MR. SIMPSON: It's pretty serious. That's frivolous. That's frivolous.
THE COURT: No, and (indiscernible) --
MR. SIMPSON: And the fact that they joined --
THE COURT: -- that he's with not asserting that there's any money that you actually owe him, because if he did, it's barred. So there's that.
MR. SIMPSON: Well, you know what? He has made

claims countless times for a year and a half since I fired him for being a thief. Okay? And the fact that he's come here and intervened in this case, as you know, he's intervened. I've asked you to keep him away from me. You said no, and he has taken a lot of my time, has caused serious problems for me. And he's connected to criminals.

THE COURT: Let's talk --

MR. SIMPSON: Chassen's connected to criminals. Chassen stole. He admitted he stole, and he's still here, and you don't seem to care. He lied to you, Your Honor. I'm the witness that he lied to you multiple times.

THE COURT: Okay. Just --

MR. SIMPSON: Do you want to hear about him lying to you? Because he did.

THE COURT: Mr. Simpson, Mr. Simpson --

MR. SIMPSON: That's a bankrupt crime.

THE COURT: -- I want to focus on is how this case actually goes anywhere.

MR. SIMPSON: Yeah, it goes somewhere by not having distractions over garbage where literally I am attacked.

THE COURT: It's not garbage.

MR. SIMPSON: But I am attacked when I'm doing what the Court said I should do to go to a property and sweating in 90-degree weather, chopping weeds down when

someone abandoned property that has $2 million of value.

THE COURT: No one required you to chop weeds. All you were supposed to do is take your property.

MR. SIMPSON: Not possible or practical.

THE COURT: Okay. Well then --

MR. SIMPSON: I showed videos before. I told you before that, and the fact that the man has literally abandoned the property, the fact the Court doesn't care, even Judge Cohen said, even Judge Cohen said, who I absolutely hate for everything he's done, he literally said, and it's on the record, he said if Mr. Huebscher abandons the property by leaving gates open and doors unlocked, he has done everything that Mr. Simpson could do and he needs to do to take the property back. He literally said that on the record.

THE COURT: Okay. Mr. Simpson --

MR. SIMPSON: You don't want to deal with that.

THE COURT: No. Mr. Simpson, I can't deal with it. So let's talk about --

MR. SIMPSON: You are dealing with the receiver, you're dealing with 1640 Motors, but you're not -- but you're allowing them to go and take money from the head of Ponce, which is something --

THE COURT: No, what I'm allowing them to do is what Judge Cohen already did --

MR. SIMPSON: Yeah. Which is Judge Cohen's a problem. And you said yourself there was a serious problem between me and Judge Joel Cohen. You said it yourself.

THE COURT: There is obviously discord between you. I've read the papers.

MR. SIMPSON: He should rescind it. He should take himself out of the equation.

THE COURT: Okay. Well, you know there's --

MR. SIMPSON: But nobody's going to go against a corrupt judge.

THE COURT: -- a process to protect you in state court if that's what you wanted to do, Mr. Simpson.

MR. SIMPSON: You know what? State court points to my issues to federal and back-and-forth, and the federal court was where this case was first filed.

THE COURT: Mr. Simpson, there is a process that's on the website about what you wanted to do, if you wanted to do any of three things. It's not that hard.

MR. SIMPSON: I did all of them. I did all of them.

THE COURT: If you did all of them, then you're ==

MR. SIMPSON: I went to the CJC. I went to the administrative judge.

THE COURT: You are where you are.

MR. SIMPSON: And no, no, no. I am where I am

because there's a political problem and there's a corruption problem and judges have been arrested and others have been ousted like Frank Seddio, and you just don't want to listen. There's a reason why Jared Chassen showed up with Imran Ansari --

THE COURT: I don't have any control the state court, Mr. Simpson. That's the problem.

MR. SIMPSON: Yeah, you know what? You know what? This state court action, right, had actually lied and said they had nothing to do with it when they sued me in federal court. So federal court is where this case started. Nobody wants to believe it, but it's there. It's on the document.

THE COURT: I believe you. I've seen it back-and-forth Mr. Simpson. It's not like I don't read things. I read all of your emails.

MR. SCHWARTZ: Yeah. And YJ Simco, when removal should have happened, which it should have happened, and Cohen had no right to ban the removal when they withdrew YJ Simco. But of course, if they withdrew YJ Simco under the law, they would owe me legal fees. They would owe me lots of stuff. But no, this court allowed it under YJ Simko because YJ Simko was still a defendant to the very last day. But this Court ignored that too.

This Court ignored that they're literally holding hostage monies that are on my schedules. I sent them to you

as well by Kevin Wiener. You ignored that also.
THE COURT: No, I read, I've read them. Look, I read that --
MR. SIMPSON: You just don't understand them and you don't want to understand them.
THE COURT: No, Mr. Simpson, I think I do understand.
MR. SIMPSON: No, you clearly don't. You clearly don't. There's 20 lawyers and 30 lawyers have all told me you've been screwed. Those are the words lawyers, prestigious lawyers have said to me.
THE COURT: All right. Well --
MR. SIMPSON: They said I've been screwed. So bankruptcy is the last stop on the train.
THE COURT: -- Mr. Simpson, everything I do is --
MR. SIMPSON: It was the last stop on the train. What is there after bankruptcy?
THE COURT: -- everything I do is according to the law --
MR. SIMPSON: I go to the Supreme Court? Then what's after bankruptcy? What's the next choice.
THE COURT: How about we talk about you for a second, please.
MR. SIMPSON: Let's talk about me.
THE COURT: I was trying to --

MR. SIMPSON: Let's talk about everything I've lost and everything this Court could do to help me, including insurance for lawyers.

THE COURT: Mr. Simpson, what I want to talk about is something different, which is you've got to focus on the future or you're not going to get out of it.

MR. SCHWARTZ: How? They sue nonstop. They sue my wife. They sue my lawyers. How? How?

THE COURT: Mr. Simpson. I'm going to say to you something. You have to assume that you have some things that are more important to you than things and money. And if you don't, I'm sorry for you. You have a wife, you have two children, you have a mother that's still alive, and my parents are dead. You have, like, you have cousins that care about you because they give you things. You have people in your family. You have your health, it seems to me largely. You are still able mentally and capably to work.

You need to focus on how you're going to get out of bankruptcy and move forward, not back. That isn't going to help. You're not going to get anywhere. All you're going to be is exactly where you've been for the last four years, which has not worked.

So maybe consider that I might be saying something that could be useful here. I don't see you focusing on the here and now, and I don't see you focusing on the future. I

see you all focused in the past. And you know something? You have to consider the fact that you might lose on every single thing you're suing on. It's possible because the justice system, as you said, sucks. So assume it sucks, assume you're going to lose it all, assume you're not going to win in any litigation you're in, what would that leave you with and plan going forward.

I'm not saying that's what has to happen here, but what I'm saying to you is if you constantly focus on the past and how you're going to undo things that happened to you in the past, it's not going to happen.

You already understand that Judge Cohen's appointed receivers in certain locations, the receivers are going to finish their work. You may think they do a sucky job. Okay, fine. Maybe that's, you know, that's up to Judge Cohen to decide if he doesn't want to replace them. I'm not saying they are. I'm just saying that's his job.

And the reason that you don't have control over that is because you didn't pay your debts, because you got into a fight with your partner. There's a lot of reasons.

MR. SIMPSON: It's all wrong. It's all wrong. You're dead wrong. You were dead wrong. I didn't owe anybody money. If you go back in time --

THE COURT: I do not believe that's possibly true.

MR. HUEBSCHER: You are dead wrong. If you go

back to 2023, I didn't owe a single person money. My partners failed to fund my business, and they wrote letters to us. They were running out of money.

THE COURT: Fine, but you owe all these people money.

MR. SIMPSON: No, I don't. Personally, I do not. Personally, I do not. No, I do not.

THE COURT: Some of them you do.

MR. SIMPSON: No, I do not.

THE COURT: (indiscernible)

MR. SIMPSON: Of the 30 people that have raised their hands, do you know how many of them are personally actually able to pursue me? Less than a handful. Do you know that? The majority of them are related to AREH. Almost all of them are related to AREH.

THE COURT: Some of them are related to --

MR. SIMPSON: I'm not personally responsible.

THE COURT: Some of them are related to, like, entities that you are -- you are not an entity. I understand that. That's certainly true. Some of them --

MR. SIMPSON: The majority of them are. The majority of them.

THE COURT: There's a bunch of them, that's for sure.

MR. SIMPSON: I'm happy to go through them with

you. I've been through every single one of them.

THE COURT: Right. I have too.

MR. SIMPSON: The legitimate claims that exist here are like maybe three or four --

THE COURT: Okay. No --

MR. SIMPSON: Not 25 or 28.

THE COURT: That's not true.

MR. SIMPSON: Oh, really? It's not. Oh, really, it's not.

THE COURT: (indiscernible) filed a claim (indiscernible) --

MR. SIMPSON: Do you want to go through tit-for-tat with me? Because we can. I've gone through every single one of them, and you know what? The majority of them are ones where you --

THE COURT: Well, if you really think that --

MR. SIMPSON: Burn my company down. They burned my company down and they didn't pay. Do you realize that Judge Cohen granted them access to my company because they were a funding partner and they refused to fund and they ran out of money.

THE COURT: That's already happened. It's not going to change.

MR. SIMPSON: No, no, but let's go forward. Let's go forward. Look at the four that are filed by Leo Jacobs.

Look at those four claims as an example.

THE COURT: I agree. I read those.

MR. SIMPSON: Those four cases, I'm not personally responsible for any of that --

MR. SIMPSON: -- if you look at --

THE COURT: I understand, Mr. Simpson.

MR. SIMPSON: -- a fifth one. I can't remember the individual's name. It's an Israeli name. His money was invested in those same properties.

THE COURT: I understand.

MR. SIMPSON: I didn't have control of what they did to it.

THE COURT: You're right.

MR. SIMPSON: But the majority of it is that. Adam Leitman Bailey was not representing me personally. It was an LLC. There's agreements that say that, okay? And he left me hanging for a bad conflict. The man's already lost his license once. So every one of these things can be dealt with one by one.

And Oaks' claim, it looks identical to their first complaint which was made after I fired Chassen when they told me viciously what they're trying to do to me on July 19, 2023.

THE COURT: My point to you is --

MR. SIMPSON: There is not a legitimate claim here

other than four or five --.

THE COURT: Okay. Well, then come in and object and prove it.

MR. SIMPSON: -- which are family members. I will. I will. My lawyer doesn't want to do it, right? I've said to you, he doesn't want to do the hard stuff. Well, the hard stuff is that. The hard stuff is pursuing JPMorgan for doing what they did to me by giving away my bank account.

THE COURT: No, because that's not a claim that they filed against you.

MR. SIMPSON: Excuse me, it is. Because my guarantees on the two homes that I live in, right, those folks -- First Republic Bank, I knew the CEO of the bank. I kept hundreds of millions there. The fact they went under in May 2023 --

THE COURT: You are still guaranteed a mortgage.

MR. SIMPSON: I am well aware of that.

THE COURT: It is not paid. People are aware of that.

MR. SIMPSON: And the fact that they gave away my bank access, they gave, they wouldn't even speak to me about mortgages.

THE COURT: That's a separate claim from their --

MR. SIMPSON: Yes, we will deal with that. It'll

be a counterclaim. Yes, that will need to be dealt with. But at the same time on the same properties, you have people that are suing in other courts.

THE COURT: Again, Mr. Simpson, I think you're better off trying to focus on how am I getting out of bankruptcy here because otherwise what happens, as you know, you've seen it, is that if you don't do what you're supposed to do here, then other people, again, not me, but other people might file claims, file motions, and I might have to convert your case to a 7 and you really wouldn't like that.

MR. SIMPSON: Yeah, I wouldn't like it. Nobody would want it. For the reasons you've described.

THE COURT: That's true.

MR. SIMPSON: They don't want it. They don't want it because we're going to be in the same place as we were with YJ. So frankly, Your Honor, to some extent you're stuck with me. I'm stuck with you because I don't see a way out for either one of us right now unless --

THE COURT: I agree with you --

MR. SIMPSON: -- I ask you to pull the plug on it.

THE COURT: -- which is why I'm trying to have a conversation with you and tell you what I really think you should be focused on, which is not the past, but the present.

MR. SIMPSON: So let's focus on that. I don't

mind doing it in front of everybody because I have nothing to hide. Let's focus on it. Let's be very clear here. The assets that I have that are tied to me --

THE COURT: Personally.

MR. SIMPSON: -- that are tied to me personally --

THE COURT: That you own personally.

MR. SIMPSON: -- which have a chain that I have -- the majority of what I have personally that's directly, it's very, very little.

THE COURT: Well, it's true.

MR. SIMPSON: It's insignificant.

THE COURT: But there seems to be --

MR. SIMPSON: It's less than $100,000 probably.

THE COURT: That's true according to you --

MR. SIMPSON: Okay.

THE COURT: -- but it's not according to some other people.

MR. SIMPSON: Yeah, well, have they presented a single document to you?

THE COURT: I've read all your emails and they're --

MR. SIMPSON: Have they presented a single document --

THE COURT: No, no, no.

MR. SIMPSON: -- to you that I own something

personally?

THE COURT: Right.

MR. SIMPSON: But I don't own anything.

THE COURT: No, but Mr. Simpson, let me just finish. So what I got out of that is that if I, you know, looking at your situation, it seems like there are some legal entities that their records still show that you own. And you say that YJ Simco owns, like their interest -- your interest in these specific entities.

I don't know the right answer to that at all, but I do know is that there are operating agreements. We have statute of frauds in every single state, which means that you can only transfer something like that if there's a writing. Sometimes the operating agreements require, you know, consent, sometimes they don't. I have no idea.

And those are all real issues about whether or not it's something that's owned by YJ Simco or something that's owned by you.

If it's owned by you, it's part of this bankrupt estate. If it's not owned, if there's anything that flows through, it belongs to the bankrupt estate, then it doesn't actually belong to YJ Simco.

And YJ Simcoe is not in bankruptcy anymore, as we know, so it's just that. That didn't seem like a crazy concern for someone to have. I will say that it does seem

like that would be there's answers to the questions because either you have documents, your accountants have documents, your lawyers have documents, or they have documents, one or the other. Somebody has either a document or they don't. The law is pretty clear. There's got to be a document there.

MR. SIMPSON: We've been to the dance. You've seen the documents that exist in YJ. There's nothing more that I'm aware of. We've been to the dance for months.

THE COURT: Well, you say that, but bankruptcy here in bankruptcy court, if you were actually like working with your lawyer -- in the way you should, no disrespect, who's very experienced -- you would have, if you really thought that there were bank documents that existed somewhere else, not in your possession, you could have utilized the 2004 process to get copies of them.

MR. SIMPSON: Why don't you ask Mr. Ostrow if I brought that up to him? Why don't you ask him? Because the answer is I have.

THE COURT: I'm not.

MR. SIMPSON: Well, I have since the first day. So there's them apples. I've been asking about 2004 discoveries since the very first day. So yes, that's right. You know what the answer is? It's expensive. It's a process.

THE COURT: It is expensive. It is a process.

MR. SIMPSON: It is, it is. So yes, yes, if I wasn't strangled by everything these people do, I only want to move forward. I want to move on, but there is no way to move on when criminals attack and attack and attack. They've done this to three other people.

They, I mean, you could see the note that Sean Southard wrote to Mr. Ostrow just last week when again, we've asked for the 100th time, how do we find resolution? We came to you and asked you about mediation.

I understand, Your Honor, you probably did ask around. You probably did try your best to find the resolution, you know, if you could.

THE COURT: I haven't given up yet. I have some other options, but yes, I have asked around. I mean one possibility, Mr. Simpson, as crazy as it is -- and I don't know why the hell I would ever do this, but it is an option -- I mean, you know, it's possible that, you know, I can try to find somebody to do this. I have not beat my head against everything that's pro se that exists.

It's just your situation is really hard, and if someone starts reading the record, I don't know what I'm going to do about getting someone to do this. I haven't given up.

I've certainly, you know, my colleagues are kind

of busy right now. We're going to be down one person for a while soon because my chief judge is retiring and we don't have a new person yet, so it's not really a great time for me to get my own colleagues. And it's going to take the right person. I mean it's just very tough, that's why.

So, you know, maybe in some ways, I'm sorry to say this, but if some of that, some of the money actually did belong to your estate, for example, it could be used for something like that or counsel.

MR. SIMPSON: Where's the money, Your Honor? They've held everything hostage. There is no money, you understand, you see my bank accounts. I --

THE COURT: I don't mean you. I don't mean you. I mean some of these -- Mr. Simpson, some of these entities, if, in fact, there's no evidence that is sufficient under the law to prove that it's owned by a YJ Simco, is going to be owned by you. That's just the way it is. Because it wasn't properly transferred. If that's true, then all the money that's out there that's supposed to flow through won't flow through to YJ Simco. It will flow to your estate, but then your estate can actually use it to pay for half of a mediator or a lawyer or --

MR. SIMPSON: So let's be clear. The insurance carriers offered on countless occasions to pay for a mediator, but they're not going to do it without the Court

involvement. They will pay for a mediator.
THE COURT: And I have --
MR. SIMPSON: They will even pay for counsel for both sides. They've offered this. They've offered to mediate it themselves. I don't think you realize --
THE COURT: Why don't you let them?
MR. SIMPSON: I offered it. I said yes. Kevin Wiener said no. And Jared doesn't make decisions.
THE COURT: Well, you have an option to go to the state court and do this short form --
MR. SIMPSON: In front of Judge Cohen?
THE COURT: All it is, is deciding who's --
MR. SIMPSON: Judge Cohen literally told the insurance company --
THE COURT: -- entitled to coverage under the insurance.
MR. SIMPSON: Do you realize the insurance? Do you realize what happened the last time I went in front of Judge Cohen concerning insurance? They wrote a letter to Judge Cohen saying, Your Honor, Mr. Simpson doesn't have counsel. We're prepared to give him $250,000. This is on the record. You know what Judge Cohen says? Well, you don't have to give it to him if you don't want to. And you know what the insurance company's position has been since? Without a definitive ruling by a court, we're not giving you

$1 regardless if we've covered you in the past. I'm happy to bring the insurance lawyers here. I wrote them a note yesterday suggesting that they should come here today. I don't see them.

THE COURT: In fair -- no, and in fairness to that, Mr. Simpson, I mean I don't think that a short form process that's all it's doing is trying to determine who's entitled to this money that's sitting there, is a bad idea.

MR. SIMPSON: Short form process. I've tried with Mr. Ostrow on a turnover action for two months now, as you suggested, as you suggested.

THE COURT: Yeah, but I was talking about the alternative, which is just to go back and have that short form proceeding. I don't see what just --

MR. SIMPSON: In front of Judge Joel Cohen?

THE COURT: Why does it matter? You are --

MR. SIMPSON: The man has -- he's written a letter to you criticizing me.

THE COURT: No.

MR. SIMPSON: He wrote a letter to you criticizing me. How is that not a conflict of interest?

THE COURT: Okay. I haven't, if you're talking -- I don't know what letter you're talking about.

MR. SIMPSON: There's an email exchange where he wrote negative commentary about me that you, your chambers

was on.

THE COURT: Okay.

MR. SIMPSON: He has said he's hated me on the record countless times. He just did it this past Wednesday again.

THE COURT: Okay. Mr. Simpson --

MR. SIMPSON: He has commented negatively upon me over and over. He wants me dead.

THE COURT: -- this is all about -- Mr. Simpson --

MR. SIMPSON: He tried to put me in jail for doing nothing other than protecting assets.

THE COURT: Mr. Simpson. Respectfully, the contract interpleader, you were in charge of this company. You were involved in it. You were a member, managing member. They found that you were entitled to coverage before. I'm not sure why --

MR. SIMPSON: Yeah, yeah, yeah, you're not sure. You know why you're not sure? Let me tell you why you're not sure. Neither am I. They funded $800,000. You know what happens? They funded for me and they signed up three law firms, who one of them made a claim here personally because the other two could not because they're under bankruptcy. They agreed. I didn't.

I'm very thorough if you haven't noticed, okay? Maybe you don't think I am, but I am. And that's why I've

never been in court in over 20 years, and I've dealt with hard, hard stuff, really hard stuff, hostage negotiations.

THE COURT: Well, unfortunately, you've spent about four years in court now.

MR. SIMPSON: No, I haven't. It will be August of 2023. It's three years after they stole my company. It's three years to the date, and frankly, I didn't want to go to court. They -- I fired Jared for stealing a business. I'm allowed to fire employees, and I fired him for good reason, and even Judge Cohen said I had the right to do it.

So yeah, it's really weird that we're here for three years later. And I didn't owe anybody any money. My partners didn't pay $20 million of bills. Okay? That was the problem.

But let's talk about the insurance. They go and agree to three law firms. One of them, Offit Kurman, who made a claim against me. They agreed to their retention. It wasn't presented to JJ Arch. We never got that far. But there were two other firms: Wiggin and Dana and then Scott Griffin on his own.

They agreed to pay those lawyers. They agreed to pay two other lawyers, by the way, too. I have email exchanges with the insurance company. I wouldn't have signed up $200, $300,000 engagements if I didn't have the money to pay.

THE COURT: But it's --

MR. SIMPSON: But hold on, fast forward, fast forward. Hold on. The moment that Jared made a competing claim, even though he's not allowed to by law because it's very clear he's had indemnification. It's very clear that he got $300,000 from Oak initially, and he's admitted that on the record, and then Oak intentionally, through AREH, sues the insurance company. That's where the interpleader comes from.

So their answer has been all along, you want us to fund anything? Just go through the interpleader to a judge that they themselves have said is completely prejudicial to me.

They endorsed the JJ Arch bankruptcy because they know Judge Cohen is so beyond imaginable prejudicial to me. Judge Cohen actually prohibited bankruptcy of AREH. You and I both know that's not allowed. A state court judge can't prohibit a person. Judge Carter told us that. I'm happy to show it to you in the record.

This happened in October of 2023, and every lawyer I spoke to said, Mr. Simpson, you have three choices. If your partner won't fund the business, because I was flush with cash. I had plenty of money at the time. If you're -- I was not in default of anything personally. They said if your business can't be funded by your partner, you could do

dissolution, which, by the way, I hired a broker to do that. They endorsed it. They even paid for it. They being Oak, Chassen was a part of it. You could file for bankruptcy, which I knew was a toxic word to my partners.

So how much controversial do you think I am? I did not want to upset them. So I worked for four months tirelessly. I offered in May of '23, it's on the record, to put my personal guarantee on the line for workouts for every single loan, and you know what? 90 percent of the lenders actually agreed to it to get Oak off of the guarantees, which is all they wanted. And they just didn't move forward with it.

And their answer was there's too much liability here. We want out. And I said that doesn't work like that. We all have obligations.

So fast forward, I got the July 19th memo which was highly controversial -- I don't know if you read it -- it's highly controversial and it caused a serious conflict with Chassen and I, and they were hellbent on moving forward with it anyway. And I told Chassen to stand down and he refused.

So that's where we are. Nothing's changed in three years. And when Chassen continued to go down a path, which he's not allowed to do by his agreement, and that's crystal clear -- and he admitted, he admitted it to state

court. He admitted to state court that he did what he did for his own reasons that he thought were good reasons. He admitted on the witness stand multiple times that he did what he did, which was illegal.

Judge Cohen referred to it as self-help. Judge Cohen referred to it as extralegal. I don't even know what that word means. Okay. This is not questionable. It's not questionable. He stole bank accounts. He stole intellectual property. None of those people have come to court. You know why? Because Oak has threatened to sue them just like they threatened to sue Yechiel Lehrfield, my CFO, who lied to the state court, and I called him out on it. Okay?

These people who did the stealing admitted it to me. Michelle Miller admitted it to me in front of a witness. Jason Paul admitted it to me in front of a witness. My key people of a business that I ran, some of these people worked with me or for me for over a decade, Your Honor. Okay? I paid them millions of dollars. Michelle Miller made $2 million last year with me.

THE COURT: Mr. Simpson, you are where you are now.

MR. SIMPSON: I am where I am because of the circumstances. No one's listening. So me doing what I need to do with you --

THE COURT: But I have some suggestions about that too.

MR. SIMPSON: Please, because me doing what I did with Mr. Huebscher, wait till you see the video, because I think you're going to vomit when you see the video. I believe you will vomit because when you see what I had to go through with someone videographing me to try to get the assets there. It was horrific.

When you see what this man did to property, which is diminution of value, which we have a motion on your calendar for -- okay? -- it is unquestionable when the doors are left unlocked to a $4 million asset, when a gate is left open for a year and a half, when there's 7 foot tall vines. His own representative said to me, How are we supposed to get those things out of here? This place is a mess.

The same individual who helped me and I prepared a report for you, Mr. Ostrow, wasn't comfortable sending it. I can't tell you why, but I prepared it for you on Wednesday evening because I do my homework, believe it or not, Your Honor. Okay? I have two master's degrees. I have an engineering degree. I always do my homework. I've never been accused of anything criminally. I've never been fired out of a job other than the crap I've dealt with for three years, and no, I can't work because nobody wants to work with me because of what Judge Cohen has done to me and what

the press has done to me.

So if there isn't adjudication of what has been done here, I am wiped. And my wife and my kids are more important to me than anything. And unfortunately when their dad, who was highly successful, who provided a great life for them, has been ruined over pure vindictive and illegal activity and no one's wanted to do anything about it because the courts are busted, that doesn't work. It just doesn't work.

You want to hear about my conversation with DMV three days ago where Chassen stole my identity illegally? And you said to me I could bring that to you. Well, Mr. Ostrow doesn't want to do it. You know what DMV's latest answer is in the number three of DMV? Their answer is "We may have made a clerical mistake."

Well, I almost had to get criminally arrested for driving without a driver's license, not knowing it because I had paperwork that was legitimate, and the police officer said, I'm not going to arrest you, but you need paperwork that's clean. And I called DMV and they said, Well, Mr. Simpson, you live at 55 Manor Pond Lane. I said, No, I don't. I've never lived there in my life. And they said, Well, according to our records, you live at 55 Manor Pond Lane, which is where Chassen lives. And I said, I've never lived there.

So I'm sorry, Your Honor, I've been to NYPD. I've been to the FBI. I've been to all of them. I've worked my tail off for three years, and you know what they all come back to? Joel Cohen. Joel Cohen.

I'm a problem solver. I move forward. Ask Chassen. Ask Miller. Ask Tristan Last. Ask my lawyers, David Scharf. Ask lawyers that you've known for years.

THE COURT: How about writing a book if that's how you feel?

MR. SIMPSON: What's that?

THE COURT: I said maybe you need to sit down and write a book.

MR. SIMPSON: I don't need to write a book. I can write a book. That's not going to solve this. What's going to solve this is dealing with the issues at hand. So if the assets on my schedules are being attacked in other courts, which are being attacked in other courts, how can I do what you're saying?

If assets, regardless if they're JJ, YJ, or Jeffrey Simpson, they're all being attacked in other courts while we're trying to deal with this right here. Everything is, other than maybe a handful of vehicles. Then how are we supposed to deal with my assets in this court? How?

THE COURT: But all your cases that you're a defendant in are stayed.

MR. SIMPSON: Yes, but I have a lot of LLCs on purpose. And when they sue my wife, who's my partner in LLCs, and they sue the LLCs --

THE COURT: That was bound to happen for sure.

MR. SIMPSON: Right. And then, well, it was bound to happen. It's bound to happen when it has --

THE COURT: Well, you know --

MR. SIMPSON: -- then they sue my lawyer. You don't think there's a conflict with Mr. Ostrow the day they sue my lawyer?

THE COURT: Okay. But Mr. Simpson, again, I mean you --

MR. SIMPSON: You approved, Mr. Ostrow, Your Honor.

THE COURT: I did.

MR. SIMPSON: They had the reasoning, and you said no, and then they took what you said, they didn't like it, and they ran to state court with it. Come on, that's what they did. Let's just call a spade a spade. Let's call it what it is. That's what they did. I'm not stupid. I've been around the block a lot.

THE COURT: I'm sure.

MR. SIMPSON: If you ask anybody, I've solved hard problems, some which were in your colleague Judge Lane's courtroom where five, six years of fighting, I came in and

was the white knight and solved those issues. That's what I did for 20 years. I solve problems. I don't create problems, but when there's no law and order and I've used every remedy that exists, the only thing left is bankruptcy.

And if the assets that I have, which are very limited, are being attacked in other courts, I think Your Honor needs to think really hard about why there isn't a plan in front of you, because the plan in front of you is going to talk about the assets that are being attacked in other courts. So, yeah.

THE COURT: Yeah, maybe, that may be true, Mr. Simpson --

MR. SIMPSON: It is true, it is true.

THE COURT: -- but for example, again, I mean, you know, if you're right, I'm just again --

MR. SIMPSON: Oh, I am right. I promise you. I'll show you the records.

THE COURT: I'm just saying this, just let me hear me out a second. If you're right and all this money was going to flow through to YJ Simco, then YJ Simco would presumably have enough money to go hire a lawyer and file a bankruptcy proceeding to stop all of it.

MR. SIMPSON: Which monies? The monies that they refused to release, so I have to go sue. So YJ Simco has to go sue. So if you look at Kevin Wiener's email, which I

sent you a copy of, when he refused to give YJ Simco proceeds, which I told --

THE COURT: There's a reason why I think he did that, Mr. Simpson.

MR. SIMPSON: Yeah, you know what? He was supposed to give it to Mr. Herbst, and he refused to.

THE COURT: Okay.

MR. SIMPSON: Mr. Herbst and Mr. Messer, and I pointed to them and I said, Don't give it to me. I said, Give it to the Chapter 7 Trustee. Is that not honorable of me?

THE COURT: It's not -- I understand. Yes, that's correct when it was in bankruptcy, if, in fact, it was actually owed to YJ Simco.

MR. SIMPSON: It was, and they refused to do it.

THE COURT: But, again, Mr. Simpson, again, respectfully, if you read that letter, that email to me or to you, I think it was, the issue is that there's a question about whether your transfer was appropriate under both --

MR. SIMPSON: Of course it was appropriate. I had all the decision rights on everything. Do you want to bring in every freaking lawyer? Do you understand the problem?

Do you understand the problem is Judge Cohen's answer is you are a dictator by your documents. I don't like it. I'm going to change it.

Hell yes, I am. In the business that I am in, or I was in, only one captain works. So you've been in law a long time and you've seen partnership disputes probably for a lot of years, okay?

THE COURT: I have.

MR. SIMPSON: And all my documents are curated a certain way for a reason that I was a dictator. I never acted that way. I always treated my people with respect, right? Okay?

THE COURT: That may be right, but my point is --

MR. SIMPSON: -- but my documents gave me full flexibility to transfer. Chassen had transferred the same thing I did.

THE COURT: You still have to transfer them pursuant to a written --

MR. SIMPSON: I didn't need to (indiscernible) for Oak.

THE COURT: But you still have to transfer it for --

MR. SIMPSON: I did not need consent from anybody.

MR. SIMPSON: Let's read the documents. They're simple. You want to bring the lawyer in that did it for me? We could bring him in. David Heymann. He already told the state court it. He already told the state court that everything was done properly.

THE COURT: My point to you is there, there just has to be either papers or there are not.

MR. SIMPSON: There are papers. There aren't a lot of them, but if I did a holistic YJ Simco, well, that family planning --

THE COURT: Well, that only says to me that maybe that if they're -- if they exist because someone did them, maybe they're sitting somewhere else. That's why I --

MR. SIMPSON: No, there aren't. Those papers that these people stole, there isn't more than that. It wasn't required. It has an (indiscernible) that says everything that was transferred in 2021, the date that we talked about it.

I'm not talking about the agreement with my wife because that was not consummated, but all of my other assets through AREH, where it was through JJ Arch, I moved them away from me personally for estate planning purposes. I was going to build a trust.

Again, if you want to hear the story, I don't know that you do, but for five years, Oak had exclusivity. It was over in 2022, Your Honor. You know who had to be the guarantor going forward for AREH? Only Jeffrey Simpson. There was nobody else to do it, and I prepared myself to do that. And part of me creating YJ Simcoe, a family office structure, was for that purpose.

If you interviewed my prior employees, they'll tell you that this was not done in some backroom. It was done to build an entity that I could give to lenders to say, hey, bless this.

THE COURT: What I'm explaining to you is if there isn't clear documentation and you now have a bankruptcy proceeding going on here, somebody might have a reason for being concerned about paying something to someone.

MR. SIMPSON: No, Kevin Wiener is not concerned. Kevin Wiener is a thief. He's been doing bad things.

THE COURT: I understand your position on it.

MR. SIMPSON: I mean, let's bring in some witnesses then. Then let's bring some witnesses so you can hear the things he said around my office. You can hear what he did with Judge Cohen --

THE COURT: It doesn't matter. You're asking about --

MR. SIMPSON: -- the money (indiscernible) dollar.

THE COURT: You're asking about who deserves this, where the money goes.

MR. SIMPSON: It does. He's holding assets that don't belong to him. And I brought this up with Greg Messer and Gary Herbst, and they were angry as hell. And I could bring Benjamin Rashad, who was a lawyer, on the phone and he could tell you. And he said, I'm going to get to the bottom

of this. And you know what happened? He came back and said, It's going to be too hard, and I don't want to deal with it. That's what they told us.

THE COURT: Well, it might be hard because the papers aren't there.

MR. SIMPSON: No, the papers are there. What more does there need to be? I've done a lot of corporate work in my life. I'm not even a lawyer. Do you know most lawyers from Fried Frank, from Greenberg Traurig accused me of being a lawyer because they said I was pretty freaking smart about documents.

I know what documents need to say, and they're very clear. It says I transferred on a certain day. And that was it. The end. Goodbye. I didn't need any more than that. If David Heymann did a bad job, then let's talk to David Heymann about that.

THE COURT: Okay, yes.

MR. SIMPSON: We already did that in state court. We already did that in state court. They told Judge Cohen exactly what was done. And Judge Cohen questioned him, and Judge Cohen had no more questions. So Judge Cohen just had to eat crow, and that's the problem. He made big mistakes and he doesn't want to eat crow. He made huge mistakes, huge, huge mistakes that are frankly illegal and he doesn't want to eat crow and that's what this is about.

THE COURT: Mr. Simpson, that's why we have appeals.

MR. SIMPSON: Right. Do you know what? We have appeals that are his friends. Gosh, why don't you read the system? Do you not read the news? Do you not read about Seddio and Carone? Do you not read about the way the system has worked? Do you not have an idea of what's going on in front you?

THE COURT: The court of appeals doesn't have anyone who's been arrested on it for the --

MR. SIMPSON: Do you know who Allen Schwartz works for? Who does Allen Schwartz work for? Frank Seddio. He gave a business card to a court reporter. Every other case Allen Schwartz done is with Frank Seddio.

THE COURT: Mr. Simpson, that's not --

MR. SIMPSON: Frank Seddio has been accused of all of these things. Frank Seddio is the nominee direct.

THE COURT: Mr. Simpson, there are a number of appellate judges that are --

MR. SIMPSON: He decides whose judges are nominated. Yes, he does. It's a fact.

THE COURT: Nominated, but my point to you is that look, respectfully, the people who sit on our court of appeals aren't what you're talking about.

MR. SIMPSON: 81 is not? 81 is not, of course

they are. 82 is not? What are you talking about? Cynthia Nixon, the woman from Sex and the City who's just appointed to be the person that makes decisions. People laugh about it in newspaper articles how someone who's a non-lawyer. I don't know her from Adam. They laugh about how a non-lawyer --

THE COURT: The court of appeals does not have non-lawyers on it, but that's --

MR. SIMPSON: That's not correct. The person that decides who is going to be the nominees, look it up, is Cynthia Nixon. It's not, she is not a lawyer.

THE COURT: It's nominees. It's what I'm saying to you.

MR. SIMPSON: It is who decides who the judges are, not in the federal court, in the state court. The state court --

THE COURT: Well, okay, I'm talking about our highest appellate court in the land of New York for the moment that is --

MR. SIMPSON: The highest appellate court in the land of New York, right, has in Manhattan is AD1, right?

THE COURT: Nope, but I'm not talking about in Manhattan. You could be appealing all the way up if you really think somebody got it wrong. You have, you go to the, you go to the appellate court, and then there's also

the court --

MR. SIMPSON: Yeah, it costs a fortune of money to do that, and AD1 sits on it for six months.

THE COURT: If you're so sure that it's wrong, then that's --

MR. SIMPSON: Where's the money coming from? These people are eating me alive. Do you understand? I made a million dollars a year or more for the last decade of my life. These people have taken everything. They've said it out loud in public to my employees. They said it to Chassen. We want to ruin Simpson. That's our goal. You know why? Do you know why?

Do you know, Your Honor, I can't walk into my synagogue, not because they can't tell me I couldn't, I have a friend who lost $18 million in one property. Do you know why? Because of what Kevin Wiener did, which is improper and it's not at all by documents. Do you know that?

I have people that lost $50 million more than these people. Not one of them has sued me. Now one has made a claim, Your Honor. You wonder why? Because they know I've done nothing wrong. They're mad at me. But the moment the proof of claims came in, that was an aha moment. You know why? Because of 120 investors, 130 investors I had, less than five of them stood up.

And the few that did were all focused on -- none

of them stood up and said I did fraud. The few that did, like Marco Scaba, he's the one who stood up about the Bushwick properties, that's not me personally, and he made a bunch of money with my company. So he has no grounds to come to me personally, but any of the people who told me with straight, like, in the face, who are former lawyers said, We invested $2 million to $3 million with your company based on our relationship with you. And the fact that Oaks stole the company, you better defend it to the end or we will sue you.

Well, those people, none of them have showed up with proof of claims. So we have a very good clarity here. So we accomplished one thing here, but what we haven't accomplished here is there has not been testimony by the folks of First Republic, which are JPMorgan. Not once.

There hasn't been testimony by -- if you look at my agreements, the key people in the in the agreements besides Chassen, are Tristan Last and Michelle Miller, they have not appeared once in three years, Your Honor. And you know what, they were subpoenaed in New York State court. You know what happened? They didn't show up. And you know what happened to them? Absolutely nothing.

You know what happened as a result? Judge Cohen said it was my fault. He said I had a year and a half to bring them to the Court. And you know what? He gave an

order that insinuated if I called people that I could be antagonizing them, and I should be very cautious calling in my former employees that he took away from me.

So the two key people who have pretty strict agreements, and Michelle Miller crossed every one of those agreement. She admitted to me in front of a witness, okay? In front of a former lawyer, okay, she admitted to me what she did, and her agreements are horrific.

Jason Paul, who was a friend of 17 years, who worked for me for 5 years, admitted to me again in front of people what he did to help Chassen steal this business. So it hasn't gone away.

THE COURT: Were those documents --

MR. SIMPSON: And the head of Ponce, which just --

THE COURT: -- with you personally or were they with your corporation?

MR. SIMPSON: So the agreement with Michelle Miller as an example, it explicitly says that she has a duty and an obligation to the members of JJ Arch.

THE COURT: I understand, but her contract was with JJ Arch is what --

MR. SIMPSON: It does, but it says her duties are to the members.

THE COURT: Okay, well then my point is --

MR. SIMPSON: To the members.

THE COURT: -- JJ Arch should be suing her for what she did because she breached her job as an employee.

MR. SIMPSON: Of course it should. Of course it should. And any time I raised my hand about anybody did anything, Judge Cohen bruised me for it, scolded me for it. When she didn't show up to court, when she should have came to court, he should have held her in contempt of court.

THE COURT: My point is that you don't -- that you're -- I was asking the question because I was just trying to understand who the contract was with. Sorry.

MR. SIMPSON: I'm sorry.

THE COURT: In which case --

MR. SIMPSON: If it says the duty is to the member, the member's defined as me.

THE COURT: Maybe, you're telling me no.

MR. SIMPSON: No, it is. No maybe it is. It's very clear in the documents.

THE COURT: No, no, no.

MR. SIMPSON: I do know JJ Arch's members, right here -- obviously if we have YJ --

THE COURT: No, you told me JJ Arch was --

MR. SIMPSON: If we have YJ in there for ownership --

THE COURT: That's you and your wife.

MR. SIMPSON: They have YJ in there for ownership.

THE COURT: You and your wife.

MR. SIMPSON: There's a difference between ownership and controlling interests. We've talked about this countless times, and the documents say that.

THE COURT: Okay. I understand. All right.

MR. SIMPSON: The documents have a clear explanation.

THE COURT: You're saying they only owed a duty to the controlling member, not to the other members. That's what you're saying. Okay.

MR. SIMPSON: Excuse me, there is no other members.

THE COURT: There are.

MR. SIMPSON: JJ Arch only had two members.

THE COURT: No, it had -- not according to you. It had YJ Simco, which is then owned by you and your wife.

MR. SIMPSON: So, no, what I said, and I'll say it again, I've said it in writing --

THE COURT: You said that.

MR. SIMPSON: -- and I'll say it 100 more times. I said something very similar to that, not exactly that. What I said was that JJ Arch's ownership interests, it's dollar interests, were originally owned by Jeffrey Simpson and Jared Chassen. Jared Chassen was washed for his member loans and everything he did when there's 100 provisions of

why he did what he did and he should have been wiped out, Okay? But Jeffrey Simpson and Jared Chassen both moved our economic interests to LLCs. Mine was to YJ Simco. I did not, and there was no way for me to move my controlling interest by non-money, but my controlling interest as a human, there was no way to do that. And I didn't do that.

THE COURT: But the agreement --

MR. SIMPSON: That is what it says.

THE COURT: -- generally would require that somebody would have to have a duty to all the members of that entity. And unless it specifically said that they could completely ignore all the ownership interests of the members, and they only had to listen to the controller, then that --

MR. SIMPSON: So then either YJ Simco or me, Michelle Miller did a bad, bad dirty. Either way, gosh, you put her on the witness stand, she will cry and fall in three minutes or less.

THE COURT: But if she, Mr. Simpson --

MR. SIMPSON: Gosh, this is ridiculous. We are caught up in technicalities and my schedules deal with the interests that I have that eventually find their way to me either through JJ or YJ. That's all I got. And I did that on purpose for a reason.

It all finds its way except for other 1055 Park

Unit 4, right, which I don't own it. My wife does, right? I guaranteed the loan, or 266 WMTR, which is very clearly owned by 266 WMTR, the home, and then from there it's owned 50/50 by my wife and I. Right. None of this is mystique. None of this is mysterious.

What's mysterious is everything else, is what's happened to erode -- when JJ Arch, right, through the court order, when Judge Cohen gave the member Oak the control of only an operating company, only an operating company, nothing else, because he couldn't do that because every other agreement said only Jeffrey Simpson, very crystal clearly, and they've done all these fraudulent conveyances. And by the way, Gary and Greg agreed with me. They just said they don't want to fight it because it costs too much money.

But let's just talk about that for a moment under AREH. The moment in which that they got control of the company, they had to pay the people. It is a law about paying people to work. People don't work for free. And JJ Arch's members were entitled to payments for the work that was done.

So Jeffrey Simpson through JJ Arch was entitled to $350,000 and the day on which it says in the agreement, the day in which that JJ Arch is no longer the member, that money has to be issued. You know what happened when he

brought it Kevin Wiener? A lot of people are asking for money. We're not going to pay it. We told Judge Cohen. You know what he did? He took a red pen through a motion and crossed the whole thing out.

I have indemnification, Your Honor, under the agreements. They can't even sue me. It says that you have to advance. You know what the term advance means? I'm sure you do, right?

You see, I'm not stupid. I know these things. I've talked to a lot of lawyers in my career. I spent $20 million in legal in my career without litigation, okay? I've done a lot of transactional work. You could talk to very senior people and ask. I know my stuff.

Indemnification, it crystal clearly says it has to be paid in advance. What is that there for? So partners don't sue each other because you've got to pay each other. You've got to pay for each other's legal fees. You think that Judge Cohen gave a hoot? He said no.

It talks about insurance under the Arch Property Holdings One agreement, which amended insurance to say the only person that could deal with that was the manager of JJ Arch, which was Jeffrey Simpson.

So no, AREH can't sue insurance. They have no right to do that. They have no right to control AREH. There's prohibitions in every loan agreement. I've written

my name into loan agreements across the board. It says the controlling person is Jeffrey Simpson. So everything they did is breached.

Do you respect law firms? Like, I can give you the names of the firms that the moment they took control of my company, they wrote letters saying you can't do what you did. We sent that to Judge Cohen. You know what he did? He didn't care. Okay. I can show you these letters, the CMBS offerings, you're familiar with them, right?

THE COURT: Yeah.

MR. SIMPSON: A $60 million CMBS offering.

THE COURT: Yes.

MR. SIMPSON: The law firm wrote a letter and said, what just happened in change of control, that can't happen. And if it did, it dates back to 2017. So you're on the hook for everything since 2017. I didn't write the letter. I had nothing to do with it. The law firm for the lender said you can't do this.

A second law firm wrote a letter and said the loan for a property was in full call. Fannie Mae's $8 million claim that's on my list, what's that about? Well, that was a performing property that was in Alabama, beautifully performing. Guess who the key principals are? Jeffrey Simpson and William Wiener. So there's no world in which Judge Cohen could interfere with that. It's a Fannie Mae

loan, gosh, it's a government loan. He can't eject the only person that had operating ability. William Weiner was there because he was a guarantor. He didn't have any operating ability. He's not even American. He's a Canadian guy. He's retired.

So they boot me out of it. The lender sees that the property goes into distress immediately. Someone died on the property. I got called to a Fannie Mae call. I wrote a detailed report of what happened on that Fannie Mae call, where the Oak folks just ignored the property, let it deteriorate. I wrote detailed notes of the call. I sent it to Judge Cohen. You think he did something? He ignored it.

I have sent hundreds of documents that support everything bad that's happened here, so it's so easy to say, let's just move forward. But we can't move forward if we don't know what the problem is that we're solving for.

The problem we're solving for is I've been eroded improperly, and I can't continue in my executive career or get any job of any kind when everything that's been out there with a picture of my face with a fire behind it, a picture of my face with a boot next to it, for a corrupt Judge Joel Cohen.

And yes, Judge Borrok, who gave a TRO during a bankruptcy without anyone having a chance to say anything, Judge Borrok has been accused many times with Frank Seddio.

So yeah, you don't want to look above the curtain. It's all there. It's clearly there.

Even the Eastern District, when I spoke to them about the Seddio shebang and I told them about the bank accounts and Chassen stealing the bank accounts, they said that's not legal. That's not proper. And I said, Well, are you going to do anything about it? He said, Well, we can't talk to you about that. We'll let you know. And that's the Criminal Division of the Eastern District.

The Southern District seems to be not interested in doing anything from what I could tell. They literally hung up on me based on your letter. I called myself. Mr. Ostrow refused to. I called them and they refused to do anything.

So Ms. Cornell's letter was great. It said a whole lot of nothing. So yeah, I have done hours and hours and hours and hours of work to try to move forward, but when someone like me, who has been a seasoned executive and my entire career is based upon my reputation, lenders didn't need brokers in the middle.

I negotiated my loan documents. The lawyers took number two and number three spots in all my loan discussions, $100 million loans. Ask them if you could bring them in here, experienced 30-year lawyers. None of them ever believed that I was anything other than the

greatest. They loved me. I did everything good for them and they did for me, and we had successful transactions. I mean, our last deal at Arch 2022 $60 million of profit, Your Honor, 6-0, $60 million of profit in less than three years on a $20 million investment.

Is that good or bad? That's pretty damn good, right? People were really happy with me. So why is it I'm such a bad guy in 2023? Even Judge Cohen said, I looked up Mr. Simpson, and I don't see a peep about this guy up until this August 2023. What am I seeing here or missing?

And you know what happened? He got infatuated, immediately he was infatuated with paperwork by Fried Frank, who was in conflict. And I sent you that, and it's on the record that he said it. And we had to fight it down.

He then got infatuated with Leslie Thorne of Haynes Boon. Do you know any documents Leslie Thorne has put on the docket that are pure lies, explicit lies by Kevin Wiener, by her? She lied to the court countless times. Allen Schwartz lied countless times.

How much more do you want me to send to you? I spent, I could send you 100 more documents. Why don't I get the chance to deal with this? You know what Judge Cohen's answer was? Well, you filed JJ Arch. You don't get a trial. He doesn't get to say that. He doesn't get to prohibit AREH from filing a bankruptcy.

You know what Judge Carter said? This is how good my memory is, and you can read the transcript if you want. He heard their argument because we removed it. Judge Cohen tried to fiddle with bankruptcy, which he's not allowed to do, and my prestigious lawyer who I really liked, Scott Griffin, removed the case to the federal court, and Judge Carter grabbed it immediately.

And Judge Carter heard us on a phone call, and he says, I don't know what we're fighting about here. If you think that a person is going to be stopped by me, and the definition of LLC is a person under the law, is it going to be stopped from filing a bankruptcy, you got, you just have the wrong guy.

And what Judge Carter said, I loved it. It was so eloquent what he said. He goes, I think of this like a 7th grade dance. Someone just needs to take the, take it and run with it, and you all need to go and meet and see if you can settle your differences. And he says to all the parties, Will you all go and meet and settle your difference? This is October '23. And I said yes. Scott Griffin said, Of course, Mr. Simpson will, and I, and we will, and JJ Arch will, and the other party said yes. And you know what they did? Oh, and by the way, just to be clear, it was on a Thursday.

And what Judge Carter said, which I loved, he

says, I don't like to sit on things. This is Thursday. And he said, Mr. Simpson, do you have to file AREH today? And my attorney says, Well, Your Honor, if we're working in good faith, he could wait a few days, of course, if that's what's necessary, because I hired Mr. Griffin to file AREH because it was necessary, and I was advised to do it by a lot of lawyers. And I was asked by the Court, and Judge Carter says, I want to give a one week process.

I'm giving you to Tuesday, it's Thursday, to tell me -- it's on a transcript -- to tell me if the parties settled their differences, and if not on Tuesday, I want on my desk a bid versus ask. I want to see why the parties can't settle their differences. And if by Thursday we don't have a resolution, I think you know where I'm going to rule on this, and I'm going to put a calendar invite for next Thursday.

And I thought what Judge Carter did was fantastic. I was like, wow, the SDNY is remarkable. This is great. The guy wants to get the bottom line quickly.

And instead, Judge Cohen on that Friday issues an order. That's not his case because that case was removed to the federal court. He issues the main case, the 158 case. He decides to open his mouth and give opinions about things that were not in front of him anymore. He put in a footnote that says, I've decided that based on my readings of AREH

that Mr. Simpson doesn't have the right to file bankruptcy unless there's a corporate approval to do so. And that's my opinion, but if a higher court decides the contrary, of course I'll reconsider.

Well, unfortunately, what did these guys do? They go and withdraw the action in front of the federal court, right, which originally was state court, and we removed it to federal court because they got a better ruling. They got a better ruling from the state court.

So now the action in front of Judge Carter is dead. So I'm saying to myself, well, what about the Thursday? And Mr. Griffin says, There is no more Thursday. They just killed off that action. So you see the games we're playing here, right?

They told Judge Carter, who's a respectable judge, I think, right? They told him in good faith that they would negotiate good faith. And they would get back to him by Tuesday as I did. We all agreed. He said if I need to file bankruptcy, he literally used the example again, test my memory, go read the transcript. I'll send it to you after this if you'd like, okay, to show you how good my memory is about things like this.

He says, Let me give you an example, and he laughed when he said, he goes so let's just assume somebody walked into Sears, ha, ha, ha, ha, right, because Sears had

a bankruptcy. Let's say somebody walked into Sears and said, I'm putting this place into bankruptcy. He says, you know what? By law, no one could stop that person. Now granted that person is probably going to be wrong because they probably just walked in randomly. They're probably not able to do such a thing. But the bankruptcy court will decide that. I won't decide that. That's not what I do here in the district court. Right?

But in the district court, I do have the authority to decide -- and I do agree with, in this case, I was the defense, right -- the defense's counsel, that it is under -- I don't know the section of the law, but it is defined an LLC is a person and a person has the right under the federal laws to file a bankruptcy, and the LLC agreement does not supersede that.

And the, and the -- as he said, the court of bankruptcy, the bankruptcy court would decide if it's you or someone else, right? Because I guess you were on the bench at that time, three years ago, right? The bankruptcy court would decide if it's a good bankruptcy or bad bankruptcy.

He goes, I am not in a position here. He goes, I gave a TRO for two days because these people came to me with an emergency action, because everything goes in as an emergency to them. He goes, So I put a TRO in place. If Mr. Simpson told me today he needs to file the bankruptcy, I

would not stop him. But Mr. Simpson has agreed to work in good faith. You parties are here working in good faith. So I will allow this to be on the -- on ice for, you know, a couple of days. But if you think for one moment, I'm going to continue this TRO past next Thursday, it's not going to happen. This is on the record, Your Honor.

So what do they do? They withdraw it because they didn't get the outcome that they liked. Does that not concern you? Don't take my word for it. Read the transcript. I've read it like 30 times. Any lawyer I've shown it to says, holy cow! Wow, Jeff. Wow. That's what they all say to me.

So why is it relevant? It's relevant because the next three years couldn't have happened. AREH needed a bankruptcy. It was my duty, my responsibility to the creditors. As Mr. Griffin advised me, he said, Listen, when you have $30 million of debts, not personal, business-wise, under AREH-controlled investment entities because Oak refused to fulfill their obligation under 7.6.3 -- I can point to the section of the agreement and all the agreements that they had when they refused to fund obligations -- my duty was to creditors of AREH. That's where he said it's a role switch.

That's what I was advised by counsel, okay? And he wouldn't have a problem with me saying it. And I've

checked with many lawyers. They all agreed. Michelle Miller listened to one of the calls and ran and told Jared, and Jared went rogue with Canadians that he's going to file bankruptcy.

Yeah, it's all true. This all happened in a matter of two weeks. Okay? So their view was if AREH were under bankruptcy, they would be under bankruptcy and they were scared to death of bankruptcy. They still are. Okay?

JJ Arch, do you know how they stopped JJ Arch? Do you know what they did to JJ Arch? JJ Arch had no problems. We did nothing at JJ Arch. They went with a new action that Jared Chassen started under a stay.

He went to state court and started an action relating to everything else that was on schedules for JJ Arch's bankruptcy. And he got a TRO on false claims from Judge Borrok in less than a day with no ability to defend anything. And he ran that piece of paper to Judge Mastando, and Judge Mastando says, Well, I have this piece of paper that says that those entities are not part of it, so therefore it's not. So I'm going to say it's non-core versus core.

That's not true. That's not correct, but I can't blame Judge Mastando because Judge Mastando, like you, says, Well, the state court did it. Well how would the state court give a TRO in less than a day with no defense,

nothing, when the state court is supposed to look, are these assets that are being discussed here on a schedule for bankruptcy? Of course they were. They were part of JJ Arch's bankruptcy.

Well, unfortunately, it moved so fast that there was no time to even deal with it. And we did submit a plan, by the way, under JJ Arch in front of Judge Mastando. We made a motion for mediation. And Judge Mastando asked the parties, I mean, Chassen's word means nothing if you haven't realized by now, he's admitted it at this point. He's nobody. It's all Oak deciding everything, and they didn't say that at the beginning. But Jonathan Cooper gets up and says, We're not doing mediation. And Judge Mastando says, Well, is it because you don't think it'll work or you don't want to? And Jonathan Cooper says, Both.

We end up in state court three days later, aggressively before there's any papers that even allow us to. And I say the same thing I'm saying to you to Judge Cohen. I want to be done with this. I said, You see my wife in the back of the room, Your Honor? I've got to be done with this. It's unhealthy for me. It's already over a year and a half ago. And Leslie Thorne gets up and says, of course we would mediate, of course we would resolve issues with Mr. Simpson. She lied. You know why?

Because she sent one proposal, Your Honor. If you

saw this proposal, you would vomit. You know what the proposal said? I would give -- and this is before this time -- it wasn't at this point, it was before this. You know what it said? It said that I am to give a nunc pro tunc consent. I think you know what that means.

THE COURT: Yes.

MR. SIMPSON: Nunc pro tunc consents for all the transactions that they conducted -- I know you know what I mean. You're much smarter than me, okay? For all the transactions that Oak did under Jared's reign with Jared's half-baked, I don't know what Judge Cohen granted to him, which isn't by any agreement, and lenders told us it wasn't by any agreement. I should give that nunc pro tunc. And you know what I said, Your Honor? I'll do it if the Court blesses it. I said, I'll do it.

They said they want to take all the insurance money. You know what I said? Fine, I'll do whatever you want, but I need the Court to bless it because what I'm not going to do -- and by the way, the insurance company says to me, You can't approve this proposal because what it does is it sets you up for litigation the next day. And I said, why? The insurance lawyer says, They're not giving you a release. And I said, I know, it's bad and I just want to be done. And they said, Well, if they don't give you a release, we're not giving them $3 -- $2 million because

they're going to sue you the next day and we're going to be held accountable because we would have approved this proposal. I said, I agree with you, Scott Schechter, but I need to be done. I was willing to do it.

I wouldn't do other things when he asked me to endorse Jared Chassen and insurance proceeds. You know why I wouldn't do it? You know what I told Judge Cohen? I said, I cannot as JJ Arch's managing member endorse Jared Chassen insurance proceeds because I was advised by a number of lawyers that I was endorsing insurance fraud.

When Chassen asked for insurance proceeds, but he was paid for legal defense by Oak vindictively through a joint defense agreement which was held hostage for over two years. Over two years, we knew it existed. And I had proof that they gave you $300,000 to hurt me. For them, Schwartz works for them. Schwartz's bills are paid for by them, you know, everyone knows it.

Sean Southard, Jared doesn't have the money to pay for Sean Southard. Jared doesn't have any money, okay? That's why he keeps reaching out to me. He's desperate. Okay? These people put me in a situation where I said to the insurance company, How could I endorse Chassen getting money for legal defense? I'll be participating in insurance fraud. We told Judge Cohen this. You know what he said? I understand. He didn't even fight me on it because the

insurance company says, I'll give $50,000 to you and $50,000 to Chassen, but I'm only going to do it if Simpson acknowledges and approves us giving money to Chassen under JJ Arch.

And I said, I cannot do that because he's done criminality. He's done vindictive things. You know, when Chassen lost in the first round -- because this litigation was short in the very beginning -- he went for a bond pleading to state court. You should read it. I sent it to you. I hope you read it at one point. He admits what he did. He says what he did. He's very clear as to what he did. He even describes what JJ Arch owns, which he then contradicts himself under JJ Arch's bankruptcy under oath.

Gosh, these things are so important that no one wants to read. And the lawyers have all looked at it and say, I don't want to touch this. It makes no sense. None of it makes sense. None of it does. Why do you think the insurance company gets away with what they are?

I went to DFS. You know who DFS is? Department of Financial Services in New York State.

THE COURT: Yes.

MR. SIMPSON: That's who you go to when insurance companies don't want to fulfill their obligations under the law.

THE COURT: I know. I used to do insurance

insolvency.

MR. SIMPSON: There you go. So I went to them too, Your Honor. There isn't a door I haven't knocked on. So I'm sorry to be emotional, but the bankruptcy court is the last stop on the train.

THE COURT: No, I understand. I understand why you're emotional, Mr. Simpson.

MR. SIMPSON: You were the last stop on the train.

THE COURT: What I'm trying to do -- yes, that's probably --

MR. SIMPSON: What else is there? Me moving far, far away and my kids suffering with the consequences of what these people will do to my children and wife, because that's what they're going to do.

THE COURT: All right --

MR. SIMPSON: They've proven it already. They've already tried to do it. So when you know these things as a judge, I'm sorry, maybe I misinterpret things, maybe, but don't tell me the truth, but I've heard from law enforcement countless times. I've heard even from the U.S. Attorney's Office. The U.S. Attorney's Office said to me, and I can tell you who I spoke to. His name was, I think, Andrew Leaf (sic). If the bankruptcy court thinks there's bad things happening, they should have addressed it to the trustee's department. They have a bankruptcy department.

THE COURT: Federal bankruptcy, if it's bankruptcy fraud under our statute, Mr. Simpson --

MR. SIMPSON: They've done it. Jared Chassen has lied to you countless times. Eric Huebscher lied to you. You caught Eric Huebscher lying to you. You literally caught him. Do you want me to show you where on the transcripts? You caught him lying to you.

THE COURT: Mr. Simpson --

MR. SIMPSON: Lying is perjury the law of the bankruptcy code.

THE COURT: Mr. Simpson, okay, but what you --

MR. SIMPSON: Intentionally, maliciously. Do you want me to tell you what he lied to you about?

THE COURT: Mr. Simpson --

MR. SIMPSON: He lied to you about the contents of 1640 Motors. He lied to you. You called him out on it.

THE COURT: Mr. Simpson, can we just go back for a second here, which is, you're right, I am like the last stop. I get that, okay? I really do, and I've had some, I've seen some pretty difficult scenarios that people have found themselves in, Mr. Simpson.

I had one person, you know, who ended up, unfortunately because of their not filing their tax returns on a timely basis, ending up, like, having to go to jail for that, and also having to, you know, having, you know, having

lost just about everything in their whole empire. They were another person that had hundreds of millions of dollars of things -- sorry, I'll use that word things, stuff. They had a business.

And look, you know, bankruptcy, that person went on to have another career. They went on to move on with their lives. They still have their wife, their children, their health, even they had to go to jail.

It's not I -- you're right, I am like the last person. I get that, okay? I don't always see lovely rosy things here. That's not what bankruptcy is. I get that.

But I'm just trying to tell you that we're going to have to move forward in this process, and it sounds like if I allow Mr. Ostrow to withdraw as your counsel, which is up to me, that this would be you and me having to deal with this alone, which won't be that easy.

And I just, honestly, I just, I'm just telling you this because I think you can't -- you're right that some of this is going to have to resolve some of these issues because I'm going to have to figure out what you actually own at the end of the day. Sorry to say that.

MR. SIMPSON: Why are you sorry? Don't be sorry. Don't be sorry.

THE COURT: But first, what's got to be --

MR. SIMPSON: I have nothing to hide about it.

THE COURT: And what's actually going to be passed through and what you're going to -- what it's going to be, what it is worth, what it might be worth, what it could be sold for even, like, I mean things that we don't, that I have to figure out. And if you're going to do a plan, Mr. Simpson, because you're going to have to show that, like, you only --

MR. SIMPSON: Why wouldn't I do a plan? Of course I would. We asked for an extension for that. Mr. Ostrow and I discussed it. But unfortunately here, to your point, as you've said very clearly several times, there are also claims that I am entitled to, and frankly, I'm not the fiduciary if I don't pursue those claims. Okay?

There are serious claims here, right? Even the investors through AREH, when JPMorgan has done what they've done, giving away my personal bank accounts, do you realize they gave my personal bank accounts to Chassen? Do you realize on a single one-line email, they gave almost 200 bank accounts' access to Chassen? I went to the bank the next day and they said, We don't have you in the system.

This is a bank I knew the CEO. I knew every senior person at the bank, hundreds of millions deep, but because they went out of business in May 2023, Chassen and Oak used their vulnerability. There's email exchanges with Chassen and Oak that say Simpson is asking for his wife and

his personal bank account back. Should we give it to him? How is that not a concern of yours? It's a serious issue. It's a serious problem.

THE COURT: If somebody issued -- if somebody breached the law by doing that, Mr. Simpson --

MR. SIMPSON: They did.

THE COURT: -- and somebody -- I'm not, I'm just explaining to you, it's not me who's the person that prosecutes them for that. Unfortunately, it's just not. I've got, I'm a bankruptcy judge. That's all I'm allowed to do.

MR. SIMPSON: When you see criminality that's in front of you -- Judge Cohen when he sees criminality in front of him, has a duty.

THE COURT: The point is there is no criminality happening in front of me.

MR. SIMPSON: You are. Chassen lied to you directly about assets.

THE COURT: I understand you have questions. Okay.

MR. SIMPSON: Okay. It's not a question. It's factual. Do you want examples? I'll give you specific examples if you want.

THE COURT: Okay. Mr. Simpson --

MR. SIMPSON: I'll write them to you. I'll tell

you now. He lied to you explicitly on the stand multiple times.

THE COURT: Okay. If you want -- if you haven't noticed by now, I know details pretty well, okay? People accuse me of a lot of things. But I'm really good at micro details and big picture. I can see them both.

THE COURT: But what --

MR. SIMPSON: And the big picture here that you're not seeing that I've seen --

THE COURT: The only --

MR. SIMPSON: What is the purpose of this bankruptcy? If at the end of the day --

THE COURT: Mr. Simpson --

MR. SIMPSON: -- if at the end of the day, the only thing I have that's relevant, okay, it's not in my name, and they're trying to go after it elsewhere, what are we accomplishing here? The same people on the list of creditors are the same people --

THE COURT: You might be right except you got a pause in all the litigation that you don't have lawyers to defend.

MR. SIMPSON: I have a pause? They're still doing it. They went to Cohen and they just did what they did. That is where things changed last week, because why would Marty Bunin get $200,000 for the things that he's

accomplished, which are horrific? And I'm sorry. What he's done in your court in front of you, in front of you, and what Eric has done in front of you, abandonment of property, diminish the value of property, you have that in front of you.

And by the way, if you want to go by that little, little LLC law rules --

THE COURT: But it's not owned by you.

MR. SIMPSON: You want to talk about your little LLC rule rules, we could talk about them. If there's no operating agreement for 1640 Motors LLC, which there is not, and no one has presented one, including me, I don't have a signed one. Okay, I've looked and looked and looked, and you'll say it's a change of position. I've been trying to find documents, and I haven't found one, and Chassen hasn't either.

So you know what the rule is in New York State about LLCs when there's no signed agreement? The majority is the person that owns it. Well, unquestionably, I'm the majority owner of 1640 Motors. Well, if I'm the majority owner of 1640 Motors, which you don't want to look at, then there's a real issue with what the receiver's doing. There seriously is.

THE COURT: Mr. Simpson, what you'd have to do, honestly, because it's already been determined by the state

court, that --

MR. SIMPSON: Determined by a guy that vindictively does everything to destroy me.

THE COURT: -- in connection with the receivership motion --

MR. SIMPSON: His court, but okay, sure.

THE COURT: -- that it was JJ Arch that was the --

MR. SIMPSON: That was the belief --

THE COURT: -- owner of it --

MR. SIMPSON: -- that was the belief.

THE COURT: Well, okay, it was --

MR. SIMPSON: They stole all the files.

THE COURT: It was when somebody decided there was evidence to point --

MR. SIMPSON: Again, he decided things that were unlawful. The man is prejudicial. Why don't you understand that? Why don't you understand the prejudicial? I mean, the things he has said, you said there's a problem with. Well, how is he still involved? There's so many judges there. Why hasn't he recused himself?

You know why? The moment he recuses himself, he is out of business because what he's done is shameful. And he's not -- I'm not the only victim. I've talked to a bunch of lawyers where he's done this to people.

So yes, I do believe he should be here. And I was

pretty serious when I said I don't want to come here unless you're going to bring him here. You don't want to do it. I understand why. It's political.

THE COURT: I can't bring him --

MR. SIMPSON: Yes, you can. You absolutely can. When state court does damage to a guy in bankruptcy, when a state court does damage to someone, he continues to do damage to someone as he's doing today --

THE COURT: Mr. Simpson, he's again, all your actions that are actually against you personally, which is the only thing that's in front of me in bankruptcy --

MR. SIMPSON: Okay.

THE COURT: -- you personally, I'm sorry to say.

MR. SIMPSON: Yeah.

THE COURT: Because maybe it would make more sense if there was more of it in here. I agree with you, but it's not. I've got you personally. So there --

MR. SIMPSON: In YJ, you pushed and said you should be doing personal bankruptcy because we think it'd be more relevant there. So if it's not relevant here, it's not relevant there. Where is it relevant? In JJ Arch, which was kiboshed by illegal activities through breaches of stay? You don't think during YJ there's breaches of stay? Of course there were.

THE COURT: My point to you is --

MR. SIMPSON: Greg and Gary knew there were, but you don't want to hear it. You didn't want to hear it, but there were breaches of stay, absolutely, absolutely in writing. I proved it to them. They didn't want to fight it.

So sure, convert to Chapter 7. Good luck. What are they going to do? They need to get paid. People need to get paid, right? No one wants to deal with this. Why do you think when I call the trustee's office, they don't want to call back? They don't want to deal with it. No one likes the situation.

THE COURT: No, in fairness, Mr. Simpson, you're represented currently by counsel.

MR. SIMPSON: He's called too. Lawyers have called. They don't want to talk. They don't want to talk.

THE COURT: They have to do their own investigation.

MR. SIMPSON Their own investigation? They've been involved in this case for six months now. They haven't asked a single question.

THE COURT: Okay.

MR. SIMPSON: They haven't asked a single question other than about like $500 from one bank statement to another. Okay. There's lots of big questions to ask here. They should be asking the hard questions --

THE COURT: All right.
MR. SIMPSON -- and no one wants to deal with it. And yes, I've gone to the crime unit. I've gone to the fraud unit. I've gone to all of them.
THE COURT: And that's all I could do too, Mr. Simpson.
MR. SIMPSON: Well, if you actually say definitively that you were recommending an investigation, they would do it. But in all due respect, your letter didn't say that.
THE COURT: I cannot say that because it's not my job to do that. I don't investigate those types of crimes. That isn't my job.
MR. SIMPSON: No, you do have a job to recommend if you see things that are improper.
THE COURT: I do have a job to alert people to it, and I have done that. There's nothing more I can do about it, Mr. Simpson.
MR. SIMPSON: I don't agree with you. That's fine.
THE COURT: Stuff that actually happens -- okay, I understand.
MR. SIMPSON: That's what they told me. You call them yourself. I told them to call you.
THE COURT: I told you I don't care, you know, no

offense, I know what --

MR. SIMPSON: You don't care, I know.

THE COURT: -- I have to do as a job.

MR. SIMPSON: I know so the system's broken. We have Canadian nationals who've done this to three other companies that I know of.

THE COURT: Mr. Simpson --

MR. SIMPSON: I spoke to the CEO.

THE COURT: Unfortunately, I know what my jurisdiction is because I've been told by the district court exactly what I'm allowed to do. It's in an order. Our court gets its jurisdiction from them. It's not personal to me. That's all my court, the entire court, the entire bankruptcy process is allowed to do in the Southern District of New York.

What's in this statute -- in this order, that's not crimes like you're talking about. If they were committed, unfortunately, I don't get to investigate them. I don't get to prosecute them. I've done literally everything that I can with that.

If it's something that actually happened here, yes, maybe that's a different story, but most of the things you're talking about are things that didn't happen here.

MR. SIMPSON: Well, they've been reinforced in front of you.

THE COURT: Didn't happen here.

MR. SIMPSON: They've been reinforced in front of you. Let me give you simple examples. If we're going to run circles. I'll give you some examples because again, that's my memory. I'm pretty good. Now, not every document that I don't have anymore, but things I read and things I listen to.

You ask Eric Huebscher about contents that they claimed I never told anybody about my contents. You actually criticized me that I waited too long to -- you did criticize me for it, and I told you, you were wrong. And then you read the record and said, I've read here that Mr. Simpson notified you of contents in July of 2025. You're now saying, Mr. Huebscher, you didn't hear anything until many months later. You said this to him.

THE COURT: Yes.

MR. SIMPSON: And then he says, Well, I didn't. And you said, Well, your lawyer has copies. I see emails, your lawyer's copied. Well, I don't know if my lawyer told me. Of course his lawyer told him. I have copies of emails that went to him, okay? And he was vindictive about it. So he literally lied to you about that issue as a specific example.

Chassen literally lied to you about vehicles that are on the Schedule A of the August 1st agreement. He told

you explicitly that there was one car that's worth $40,000 to $50,000 that he bought with his own money, and he's owned it since the beginning. Well, guess what? That's dead wrong. And guess what? I bought it personally in 2021, okay?

And I have pictures of it with my son Max, who's now a lot older, but he looked like a baby in it. And it has license plates that have my name attached to it and a title attached to my name.

So how could he tell you in in front of your court I bought it with my own money. I've owned it since the beginning. It's a lie. It's just a straight up lie. So yes, they're lying to you, and lies in front of you, as you've told me, because I never lied to you, I may have made mistakes about documents I didn't have, okay, but you've read me the riot act about what perjury means, and I know what it means.

And I would never intentionally lie to anybody about anything, okay? Right or wrong or ugly, I will not. But when Chassen lies to you and says to you "the car was my name since the very beginning," that's a real problem because it wasn't.

And I have all the proof to -- I showed it to the police. They all see it. People say civil, civil, civil. So when he's brought to the stand in your court, and he lies

to you about an item worth 40 or $50,000 that he retrieved to the receiver, who did no research whatsoever about it in front of your court, don't you think that's an issue for your court? I think it is.

I think it is, but again, that's your decision. You make the rules here, but it happened in front of your eyes, and I tried to tell you, and I wasn't heard. So I don't know what to say.

And when I went there last week, Wednesday, I was tortured. Nobody with a video camera chases after someone that had to go for a bathroom break or for a water break. I tell people that you're the kindest person I've ever met as a judge. You brought me a glass of water when I was on the witness stand. I couldn't believe it. I said, there's five other people that work for you, but you personally handed me a glass of water. You're a kind person. That's very clear. You're a considerate person.

These people literally chased after me with the video camera when I went to drink water after my clothes were sweated through within an hour of hacking weeds and chopping it. And I nicely asked several times not to do that, and I had to call the police to ask them to. In my view, it's invading my privacy, and they said, Well, it's on a public street.

And my answer is yes, that might be true. When

the history of the receiver driving past my house and Chassen driving past my house taking pictures of my property and running to court with it, there is a history of harassment here.

So when I'm asked by the Court to have a camera person there, it was for the purposes of, as you said to protect me and protect everybody about contents leaving the site. It wasn't in the purposes of watching me do slave labor, so that everyone else could benefit. That was not the purpose of an embarrassment contest.

If I were in prison in a hard labor camp for doing the worst thing in the world in Siberia, they wouldn't be video cameraing somebody doing hard work with axes and shovels and whatever else for a property the man abandoned.

That's why they haven't sent the video to you. It only takes three minutes in electronic video. They tried to redact the last one. They admitted to you why they want to redact the last one. They admitted to you and said, Well, it might incriminate us for all the customer stuff that's there. They literally admitted that to you. You glossed right over it. And then you told them they couldn't redact it.

Why haven't they sent the video? The video shows his neglect. So yeah, I don't care in the big picture of that day. The embarrassment doesn't matter to me --

THE COURT: Mr. Simpson --

MR. SIMPSON: -- in the bigger picture. The system's been tested today in front of you.

THE COURT: I respect you. I've seen the process. I've seen the property before. It honestly, I understand what you mean about the condition of it, okay? I don't --

MR. SIMPSON: Do you understand the meaning of somebody who's an executive hacking weeds and literally spending two hours, because I know I'm being watched, not taking a break, dehydrating myself. My arms aren't working anymore because I was told that at 1:05 the alarm's going on, but your order doesn't have a time frame in it.

THE COURT: That's true.

MR. SIMPSON: Your order says five visits, and I was told at 1:05 the alarm's going off. Here, here, (indiscernible) water. Right now I'm rushing through it. I have vendors there pissed and angry, saying I'm charging you anyway.

And I'm trying chaos because I'm good at chaos. But you know, when it's only my own two hands it's really, really, really hard. And I tried to organize it in advance because Mr. Alec, Mr. Ostrow was on vacation with his daughter. I didn't think it was appropriate for me to bother him about asking for keys to things that were basic and simple.

And no, it doesn't at all deserve a cease and desist order when that schmuck of a person literally left me with no keys. He didn't even give keys to the gate of the property. He didn't even give a combination to his own guy. I had to remove the gates to the property. I felt it would be unlawful.

And I literally said, Am I removing these gates where I'm going to be criticized later? And this person said, Look, we can do this. And I said, I'm not comfortable removing these gates where there's a lock on it. And it's under a video camera. It's on the videotape. And he called Huebscher. Huebscher refused to give him the combination.

So I don't care about removing the gates. I built the gates, Your Honor, myself, my own two hands. I know how to do it. They're farm gates. It's very simple. It takes three minutes, but I didn't feel it was legal to do it.

But I said, What choice do I have, right? I'm here to do a job, and the guy who's there says, I don't think there's a problem. I'll help you. So when he's Eric Huebscher's person -- I don't know his name -- says he's going to help me, I said, Okay, I guess I'm going to do that.

And guess what I did at 1:00 or no, at 12:45, you know what I did, Your Honor? I told the camera person and the helper, I said, We're out of time. I need to make sure

this place is locked down because 1:05 is around the corner, and I think it's a ridiculous deadline, but I know that this man's going to do something bad. So let's all stop what we're doing and let me race around with you to lock all the doors to the property and get this place as safe as I can before 1:05. And that's what I did, Your Honor.

And I don't -- if you don't give me some good credit for that. Gosh, I tried my darndest to be responsible. That's all I tried to do. But when I'm attacked the way I'm attacked here, the only thing I have is to defend myself, is to show you what they do. And there's no world in which, if, in fact, again, if I was wrong and there's no signed LLC agreement -- I can't find one, and no one else finds one -- and the only owner of it, 1640 Motors, Jeffrey Simpson -- and I'm wrong -- and again, as I said to you, I might be wrong because I did research and research and research, trying to find the files, and this is the best that I've come up with is an agreement with someone that we never signed, then that is an asset of the estate.

If it's an asset of the estate, he shouldn't be meddling with it. So if there's a question about it being an asset of the estate -- and yes, if we told the Court prior something that had information because they stole my files, do you understand what they did to me?

Again, do you not know what happened in August?

They wiped me out of the electronic systems. I have proof of it. Do you want to see the email exchanges?

THE COURT: I understand. That's why I said that's --

MR. SIMPSON: They wiped me out.

THE COURT: -- why we have 2004, Mr. Simpson. That's why I --

MR. SIMPSON: And Mr. Ostrow told me no. So then what? So then what?

THE COURT: Okay --

MR. SIMPSON: Come on, Alec, speak up. Did I ask? Did I ask for 2004, Alec? Did I ask or not? Please answer the judge.

THE COURT: You don't need to. We're not going to get into what you discussed with your lawyer today.

MR. SIMPSON: Okay, well, you know, I definitely ask it of the court.

THE COURT: It will be a discussion for another day when we have --

MR. SIMPSON: Sure, we can have that discussion, but I asked for 2004, and yes, him and I've had the discussion. If he leaves, it's me and you, and I think him and I've also had the discussion. All three of us are sort of stuck together more or less, right, unless the case is dismissed. We're all sort of stuck together. And I think

I've also discussed with him, I don't see why Chapter 7 would work. They don't even want it, right? I don't think your trustee programs don't want it because it's horrific.

So again, I'm a problem solver, and I know you think we could just move on, but if we don't have an identification of what happened here over the last couple of years, because that does deal with the assets at hand, because I didn't put anything in my name and I haven't bought anything of substance in four years, that is the assets.

THE COURT: Well, then there is nothing to pay for -- to pay your creditors with, which is fine. That's how it works sometimes, Mr. Simpson, because maybe you don't own it. Maybe it's owned by YJ Simco and half of it goes to your wife. That may be true. Maybe it's owned by somebody else. That that may be right, and maybe eventually it does flow through, but only if it gets through, like, all the debt and all the claims. And everything in that entity and then the next entity and the next entity and the next entity. That's what LLCs look like.

MR. SIMPSON: Well, that's what we have. That's how I set up my company. You can talk to the corporate lawyer if you want. We could bring them in.

THE COURT: That would be right.

MR. SIMPSON: We could bring them in anytime you

want. David Heymann and (indiscernible).

THE COURT: It's all going to be based on what you propose to do with.

MR. SIMPSON: It's what I propose to do when I have extremely limited resources because of what's been done to me. I didn't live my life with a Park Avenue address --

THE COURT: That may be not the worse --

MR. SIMPSON: -- where I couldn't afford my own home.

THE COURT: Mr. Simpson, sometimes that's not the worst circumstance to try to get a plan done either if you don't actually own these things, because it's -- the plan is going to be whatever people can get out of your estate. It's what you actually have or you're actually really going to get.

MR. SIMPSON: But don't you think it makes sense for a plan to be done shortly after the claims are produced? That was the mission we were on.

THE COURT: Yes.

MR. SIMPSON: So we're not being negligent here.

THE COURT: I didn't say you were negligent. All I said is the next step is to deal with the claims. I didn't -- and try to figure this out. I didn't say you were being negligent. I just raised what's the next steps to move forward.

MR. SIMPSON: No, I understand, and that has been what Mr. Ostrow and I discussed.

THE COURT: As you know, I've issued several orders where I wouldn't take action on things without seeing claims because I need to figure out what my jurisdiction is over things, and I know that there's a bar date that's coming up in a month and I'm not going to rule on something without having all the information in front of me. That doesn't work for me. And I think you know that. So --

MR. SIMPSON: And I appreciated that. Yes, I saw that. I appreciated it. It doesn't mean -- doesn't preclude the fact that they're running off and doing the exact same thing in state court because they are. And you'll say I'm not part of it, but you know, gosh, there's so much overlap that it would be impossible.

And I really encourage you, maybe I have to encourage you through some other channel, to have the corporate lawyer come to this court and describe for you everything that's been done, right?

Because David Heymann has had no problem going to the state court and walking Judge Cohen through all the -- you know what? You know what David Heymann's conclusion is? You know what he tells everybody who asks? He says at the end of the day, the whole damn thing relies on Jeffrey Simpson. It was all built that way, every part and piece.

None of it worked without Jeffrey Simpson. It's just what it was. Yes, there are LLCs in between, but it all relied on Jeffrey Simpson. So that is the harsh reality.

THE COURT: The problem is LLCs have obligations, Mr. Simpson, and the -- and they have other creditors or they're a conglomerate where things get conglomerated before it goes to you because that's the way I sort of look at it.

MR. SIMPSON: Well, we dealt with that at YJ Simco and we saw who showed up and it wasn't a very large audience. It was a very small audience. We've already been there, right?

THE COURT: Yes, we have.

MR. SIMPSON: We had a very small audience there. And what did they do the next day? They started a new action against YJ Simco in the state court after they pretended that they took it away from state court. They only put it right back. Oh, they're allowed to do that.

So you're going to, you know, there is something about good faith, and many lawyers have told me, many lawyers have told me, experienced lawyers, 25-year lawyers -- it's the only people I've ever talked to, experienced lawyers, right? And I'm a pretty good judge myself, and most of my career actually has been a judge of what to do next, because I've had a lot of people work for me.

And you know what the lawyers have told me? That,

you know, a lot of this stuff is not just the law. It has to do with the way things are conducted. And they told me that when Judge Carter asked the various parties if they would give their word to Judge Carter, that they would proceed in good faith, that the moment that they didn't do that, that there will be some consequence. We didn't know what it would be. It may not be one that has an order because that case was dismissed, but it doesn't work in the long run for those lawyers.

Well, those are the lawyers we're dealing with here. If lawyers gave you their word here, and you asked them to their face, and they gave you their word in good faith, and then you find out four days later, they dismissed that motion, do you still feel the same way about them?

You don't have to give me an answer. But I've been told in the world that you guys live in, I didn't go to law school, that there is a certain camaraderie and that doesn't exist anywhere in this case. It does not.

So nobody wants to stand up for reality. Mr. Ostrow does not want to, and no lawyer wants to deal with the facts of what JPMorgan has done to me personally and through businesses.

The insurance company is controversial because what they've done is very much controversial, and everyone gets away with it. You know why? I'm vulnerable. Why is

that? Because of what Judge Cohen continues to do.

And even last Wednesday, I'll get you the transcript. I wasn't there, but I heard there's a lot of overlap about maybe Jeffrey Simpson this, and there was garbage talk about me. Judge Cohen has said countless times, Well, you did this in the bankruptcy court and therefore, we do X to you.

I mean it is vindictive. And when things have occurred over the last three years, I don't know the rules, statutes, you do probably more than I do, but when things are happening around my assets and they're being deteriorated because of vindictive people, including a judge, including a receiver, there's some immunity, they might have some vulnerability too.

So those things need to be looked at, and I'm asking you nicely, please, to look at those things, because I have the evidence to support it. And when they come to your court and lie to you and tell you that I did not describe the assets of what I had at 1640 Motors for over a year, Mr. Bunin told you that, Your Honor, it's on the record. I told him within 24 hours.

If you hadn't noticed, I'm hot to trot. I deal with issues immediately, immediately. I gave Mr. Ostrow a full written report Wednesday evening, and we've gone back and forth about that report, and it still hasn't been issued

to you, okay? I don't sit on things. It's not who I am as a person. I don't break laws and I don't sit on things. I may be rough on the edges, but I get it done, okay?

I got it done Wednesday with a lot of, you know, posts or whatever from what I had to do Wednesday. And just the next day I learned that Judge Cohen is granting Marty Bunin hundreds of thousands of legal bills, and by the way, we don't even know for which asset. He's just giving him hundreds of thousands of dollars of money.

And the fact that 225 (indiscernible) was transferred with Chassen threatening, and that was brought up to you under YJ Simco. It happened during YJ Simco. I brought it to your attention under YJ Simco. I believed it was owned there through JJ Arch. It was all ignored, and they went and sold the asset at a discount from what they already told Judge Cohen they were going to do, and that money is now gone, gone.

And as you've told me, there's no clawbacks. Other people don't agree with you. That's okay. Other people have told me there are clawbacks, and bankruptcy courts have rights to do clawbacks, that once things are gone, doesn't mean they're gone. That if there's fair reasoning -- but I'm not going to debate it with you over case law with you. I'm not a lawyer.

THE COURT: No, I understand.

MR. SIMPSON: But they just gave the money away.
THE COURT: Respectfully, there's a state court receiver that's appointed, and the state court receiver has a job to do, and the state court --
MR. SIMPSON: Yeah.
THE COURT: -- is the one to decide whether they did the job or didn't do the job and also pay them. And that isn't me, none of it.
MR. SIMPSON: You've already said, you've said out loud that the moment things were brought to you with the receiver and the moment Chassen intervened in your court with the receiver, that all of a sudden it starts to become a very difficult situation where there's two courts involved. You said the same words out loud.
THE COURT: That's true, but I also, I'm figuring out --
MR. SIMPSON: So we can't pick and choose. We can't subject me to hard labor, and then the next day have Judge Cohen give him $200,000 to give him a reward for what he's done to me.
THE COURT: Because Mr. Simpson --
MR. SIMPSON: He's a receiver for me, Your Honor. There's no other party's fiduciary to.
THE COURT: No, that's --
MR. SIMPSON: Who is he fiduciary to? Judge Cohen

told him he's fiduciary to me. Judge Cohen told him that. You want to see that transcript too?

THE COURT: I am not arguing about that one.

MR. SIMPSON: So then what is he doing here?

THE COURT: What I'm saying is JJ Arch is the party that he appointed the receiver for. And if there's any issues, it relates to JJ Arch.

MR. SIMPSON: He did not relate it to JJ Arch. He did it for certain assets of JJ Arch.

THE COURT: Right, that's --

MR. SIMPSON: Not JJ Arch's totality, which, by the way, they snuck in and he signed the order to show cause and they snuck it all in and you asked a very concise question just two weeks, three weeks ago. I don't know if you remember you asked the question. You asked the question. I think it was a leading question. I applaud you if it was, okay, because JJ Arch has a lot more. And none of that is under my control right now, even though it's supposed to be. You know why? Because they commandeered it.

So you'll say, oh, that should be brought up under JJ Arch. Well, it was. And you know? We have a bunch of judges who are all scared to expose Judge Cohen, and that's where we are.

Judge Cohen has done horrific things.

THE COURT: Judge Cohen is -- look, Judge --

MR. SIMPSON: He's dirt of the earth. He is shit of the earth, excuse my French. What that man has done to me and others, what he's done to me and others, no lawyer could justify it. It makes no law -- he doesn't have the right under the law to change contracts. I took my one law class in business school. You know what that was about?

THE COURT: And he's not changing contracts. He appointed a receiver.

MR. SIMPSON: No, he changed the contract. You know what his words were in the transcript? I read your contract and I hate it and I'm going to change it. Yes, he literally said Chassen has no rights, but I'm going to grant him some just because I want to. He can't do that under the law. He has no right to do that.

THE COURT: That's why we have appeals, Mr. Simpson.

MR. SIMPSON: Yeah, appeals that all are part of his brethren, right? You guys are part of a club that I'm not, and Eric, you sure, I've talked to a number of people --

THE COURT: Mr. Simpson, that doesn't mean we don't get reversed if we make decisions.

MR. SIMPSON: Oh my gosh, you really believe the people that are his colleagues and go to his little cocktail

parties where he talks bad about people like me too are going to do horrific things to him? We went down those roads. It takes months and months and months and months. You know what Judge Cohen says along the way? I'm just going to chill out. I'm going to keep doing what I'm doing. I don't care if there's an appeal.

THE COURT: Mr. Simpson, all I can say is you have a really, really clear view of what you think happens for a --

MR. SIMPSON: No, I know what's happened. I know what's happened. I've seen it. I've seen it. I've seen what happened in '82, by the way, in Brooklyn.

THE COURT: Okay, I --

MR. SIMPSON: I've seen what happened in '82.

THE COURT: I clearly don't know. Look, in fairness --

MR. SIMPSON: I know Kevin Nash tried to present in front of you last two weeks ago, but I refused to do it. Kevin Nash was representing me as a conflict of interest. He told Mr. Ostrow, you don't want to even get there. Kevin Nash had no authority on behalf of the board of directors at 75 Park to present anything to you. I'm the board. My wife's on the board and my aunt's on the board. There's no one else.

THE COURT: I understand that.

MR. SIMPSON: Kevin Nash is in conflict. Fried Frank is in conflict. Mr. Huebscher is in conflict. I've shown you why. Sean Southard's group in conflict with Huebscher. Why doesn't anybody care?

THE COURT: Because Mr. --

MR. SIMPSON: Where's the system?

THE COURT: -- Mr. Huebscher, again, Mr. Huebscher is appointed by the state court.

MR. SIMPSON: So you just throw your hands up, okay? You just throw your hands up.

THE COURT: I'm not throwing my hands up.

MR. SIMPSON: You are.

THE COURT: But my point is if there's an issue about the person having a conflict of interest in a representation, there's also the bar association that you can --

MR. SIMPSON: Yeah, I've called them too. They don't give a hoot. I've called them too.

THE COURT: Okay, (indiscernible).

MR. SIMPSON: They protect their brethren. You are all part of a club.

THE COURT: No --

MR. SIMPSON: You know, when I hired law firms like Greenberg Traurig and you name it --

THE COURT: It's not true.

MR. SIMPSON: Nobody gets it. When I spent millions a year, right, they're law firm partners, 20+ years that I was a third of their revenue, and I've hired Davis Polk, and I've hired all of these people, Fried Frank, you name it. They loved me, loved me, but now they all don't want to deal with it because the system's broken. That's what we're dealing with a broken system, and you're aloof to it. I get it. You're a judge.

THE COURT: I'm not --

MR. SIMPSON: You're a lawyer yourself. You'll aloof to it.

THE COURT: I don't --

MR. SIMPSON: You can't see the business side. I can. I've been the business side.

THE COURT: Fine, okay. Well, that may be right.

MR. SIMPSON: I've been the business guy for 23 years.

THE COURT: But I do see the law, Mr. Simpson, and I --

MR. SIMPSON: Yeah, and you're seeing the law for partial things and not others.

THE COURT: Okay.

MR. SIMPSON: So you see the law, but then you want to shut me up and gag me when I am being crucified by people, crucified by them --

THE COURT: Mr. Simpson --

MR. SIMPSON: And the lawyer was unwilling to bring these issues to your attention, so I should just keep suffering. Because your order is defective where it allows Huebscher to do bad things. So I should go to Judge Cohen about your order where he gets to do bad things to me and abandon property and then accuse me in front of you that I broke in.

Remember that? I broke into the property. Remember he said that to you and you said, Is there any evidence? He said, No. Come on, wake up. Please have some judgment here, more than just whatever the procedures are.

This requires a little more zooming out. I'm sorry. In the bankruptcy court, I remember Judge Sean Lane saying it in a case I took over, right, where I was a stalking horse bidder in 2012, a property called 69 East 125th Street. You can look it up, and I was in shock. I told every friend I knew that they should watch Judge Sean Lane in action, that he was remarkable.

He was better than any TV show I ever saw. I was so enamored by the way he conducted the case. I was there as a stalking horse bidder to say nothing other than to watch. And I learned so much those couple of times I went there. I didn't appear. I had a Greenberg Traurig lawyer with me. I was the stalking horse bidder. And I watched

and listened.

You know what Judge Sean Lane said? He said, you know, as a bankruptcy judge -- because he had a hard decision in front of him -- he goes, I have a lot, a lot of ability to make decisions. I have pretty much a pretty wide mandate of what I can do. It doesn't mean I'm going to do it, but I can pretty much do anything. But I'm not sure I'm going to do it, take those powers to those extent, right? I probably can find the transcript, by the way.

And he says, But I'm going to have to justify anything I do because I'm going to follow the law, but I have a pretty wide mandate of what I'm allowed to do. Well, it looks like that man's pretty well respected. I think he was just promoted, right?

So I don't think his words were taken out of context. It was a tough situation, and he gave them a lot of time, and ultimately, it worked out fine. And he did that for me in a case where he was the judge and I was on the other side as Arch.

And he gave the guy, who was horrific, however bad you think I am, the person on the other side was way worse because he had no paper, he had no nothing. He gave the guy three weeks and three weeks and three weeks and three weeks and Judge Lane kept saying, you know, I have a lot of ability to do bad things here, but I'm not going to. And he

kept giving him the benefit of the doubt.

You converted YJ Simco on one hearing, you literally, Jared Chassen squawked and the Chapter 7 Trustee and my lawyer told you before the hearing that he was walking away and I didn't even know, and you converted it without a chance. So I'm sorry.

Look, we're all human, but we have to zoom out and see the big picture. Why was Chassen jumping in on YJ Simco? Why was Chassen with Schwartz abusing me through all types of depositions, and they don't make a claim?

I've read what it means as a result of not making a proof of claim when you're part of a litigation. It isn't pretty. Isn't that a fair statement that there are possible ramifications that can be made for any individual, not Chassen, when you're actively involved in a litigation and you don't make a proof of claim? Aren't there ramifications that could occur? I believe so, right?

So I know where we are. I hope you can see where we are. We have Oak who's attacking the same way. Look at the proceeding in front of you. It's identical to what they said in the very first action that Chassen told me that they were going to do to me to threaten me.

He told me when I fired him that if I don't do X, Y, and Z, they're going to sue you in federal court. I have it in writing. I presented it to you. I don't know if you

read it. And literally two days later it appears -- I don't remember the name of the judge, but it appears on August, I think 11th or 10th in the federal court. It looks identical to what their claim is right now in front of you, where they claim I did fraud.

I didn't do fraud. I didn't do anything of the sort. They told us they were out of money. They thought that -- every employee in my office knew they were out of money. They knew what they were up to. They admitted it. They wrote us letters saying, You better find a bigger partner. We have no more cash.

So let's please get to the bottom line of where we are. And if we don't adjudicate how we got here, how this guy Jeffrey Simpson, who I'm sorry, I'm pretty indestructible, I'm pretty tough. If you hadn't noticed, okay? I've dealt with the harshest of people through a 23-year career of construction problems and issues and bank failure issues and banks and loans in default with Goldman Sachs, you name it.

And I was a hero in most of those situations. No one ever sued me personally or corporately. You can look up my litigation prior to '23, and it was frivolous nonsense, $20,000 all settled, all resolved.

I don't litigate because of this reason. It is nothing but a food throwing contest, as one of my former

lawyer investors told me. It's a food throwing contest in front of Judge Cohen. We're not getting anywhere there. There's three more years to go. There's two more years to go, right? We brought it here, as Mr. Ostrow said to you, to bring it all under one roof, to consolidate this all under one roof, and come here to get this resolved. That's not happening.

So instead, what's happening is we're going to get to the harsh reality that I have nothing, okay? Because if I had something, I would hock it. I would do what I got to do and hire the biggest lawyers imaginable, because yes, I would take all the money I have to hire lawyers to defend me and fight to the very end because that's what I need to do to clear my name so I could work again. Okay?

But I don't have anything to my name. And where's there are LLCs and such, I'm not going to take any actions during this bankruptcy because I'd be stupid to do so. We all would be. My wife would be too, because someone would only point fingers and accuse us of something.

So we are landlocked, okay? We are landlocked. My family's landlocked. We are screwed. So sure, we could keep playing this game here. We could do a plan. We could spend the next six months. I could spend another $200,000 300,000 dollars' worth to Ostrow, money I don't even have, to get what at the end? A bunch of lawsuits in the state

court where they're going to sue my wife and sue my kids and sue me any which way they can all for the same vindictive purpose.

They're not there for money. They're there because they did fraud, Your Honor. They're there because they did fraud that consists of hundreds of millions. And they're scared to death that someday someone's going to uncover it.

So the only version is to burn me down. They threatened me of this. Do you know they offered me a payout? Do you know that, Your Honor, in August '23? They offered me a $3 million payout. Chassen presented it to me. They said, Your investments in Arch are $6 million. We'll give you $3 million to go away. And you know what I said? I'll take $0, Your Honor. You know why I said that? I said, I'll take $0. I want one thing in return.

I want you to give me a testament that you're going to fulfill the obligations to the investors and the lenders. You don't even have to do it after you sign it. That's your decision, right? But I could clear my head and know that I passed the baton to you for $0 because I could afford it at the time. I had probably a million dollars cash in the bank. I could have retired. I had no personal debts that were all behind, zero, okay? And I said, I will give it to you for free.

And when they said no, Your Honor, where do you think that leaves us? So please see the bigger picture here, okay? When I said I'll take 0, my investor said to me, if you take $1 from those people, we would assume you're Madoff, and you know Madoff better than anybody, right?

And I said, first of all, I'm not taking any money. Second of all, I will do anything and everything. Those same investors threatened me. I said, You better defend and defend and defend. And I tried my hardest. They advised me. They're lawyers. And you know what happened three months later? When they saw that Judge Cohen is willing to give Oak control, they wrote a letter to Judge Cohen saying that they should give Oak control, and they burned me down the river. Okay?

Those people won't talk to me anymore. These were friends. This has ruined my life because of vindictive actions. And if you could do something about it or not, gosh, I am sure with the smarts that you have, and the people around this case, if you look hard enough, there's plenty here that you can do. Okay?

When there's vindictive action -- I've researched the laws on these things. Are they enforceable? I don't know. I'm not a lawyer, but there are things like fraudulent joinders. There are things in the law when two people join together, Chassen and Oak, to vindictively hurt

me, why do they hold the joint defense agreement hostage for over two years, Your Honor? Do you know their lawyer, Leslie Thorne, told Judge Cohen in February of 2025, that she would give him a copy in-camera between a break between sessions, and you know what? She didn't. And two days later, Chassen didn't show up to show his strength and show his importance. And we brought it up to Judge Cohen, he says, I don't care.

And she was supposed to give it to us. And you know what? After that, six months of fighting, kicking and screaming, Judge Cohen got it maybe four months later, sat on it for almost two months, this joint defense agreement. He doesn't sit on things. He's very reactive. He sat on it because he knew when he would release it, it would cause major trouble because he kept saying to us, what's your defense agreement? Big deal. When I was at Davis Polk, I did hundreds of them.

It's not what the document is, it's what it says. They merged JJ Arch with Arch as a result of it. They breached every loan covenant. They put me at risk for loan bad boy carveouts. They did everything imaginable the day they did it. And he knew the day he had to release it because I had to almost threaten him to get it out of him. No one else did. I did. No lawyer did. I had to kick and push and scream to get it out of him.

And you know what? He tried to give me sanctions for speaking up, and you know what happened? Nothing, because he knows I'm right. And if he even thought I was wrong, he'll put me in jail, okay? I don't want to talk to him the way I am. I don't want to talk to a judge this way. I don't want to deal with judges, period. As you and I discussed before, you say, I'm very comfortable speaking to you.

Yeah, I'm an executive. I'm used to speaking to large audiences of people. I'm used to speaking to very senior people. Yeah, I'm not comfortable talking to court. I'm not a lawyer, but I have no choice. I'm fighting for my life, as you said, I'm fighting for my life.

Well, you know what? When Judge Cohen held that agreement, joint defense agreement hostage for six months, do you know his ruling for the receiver, which was appealed? Do you know we said to him, Your Honor, we agreed in testimony that Chassen gave, that we were going to deal with the joint defense agreement before you made a ruling. He says, I don't care. He ate his own words. He ate his own words. Chassen didn't show up for the second day.

So yes, there's foul play here. And the moment that agreement was released, you know what it said? I think the receiver is a goner, because the actions that they took broke so many rules and laws about documents and other

creditors and everybody and their brother, but nobody sues.

You know why? Because Oak has said to people, look what we've done to Simpson, we'll do it to you next. They talked to my former CFO, Yechiel Lehrfield. I mean, he showed up to state court. You know what Judge Cohen said after his testimony? Because I don't even know what that was. It was here nor there.

I called him out afterwards. What are you doing? He goes, Well, they've threatened to sue me, so I'm not going to say anything stupid. I said you might as well not show up at all if you're going to, if you're going to lie to the court. I didn't lie.

Okay, we tried to bring him here. Mr. Ostrow tried to bring him here. He didn't want to show up. They don't want to come, Your Honor. You know why? Because Oak has threatened to sue them all.

Do you know Chassen offered through Oak indemnification to my employees at Arch, that they'll go against Jeff Simpson, not JJ Arch, not AREH. If they'll go against Jeff Simpson, they'll trade for indemnification.

I have the emails that show them giving out like candy. My former HR director, she wrote back and said, Is this legal? Are we allowed to do this? Don't worry, we'll have a lawyer talk to you. You know what happened to the HR director when I got control of the company? She

mysteriously disappears on FMLA. She wasn't sick, okay?

Nobody wants to go near this, Your Honor. No lawyers want to go near this. If Mr. Ostrow's out, there is no other lawyer. You're right, it's you and I, okay?

I told him this morning, I wrote him an email, send it to you, I said, Before you go and run so fast, it's not my decision or yours, it's the Judge's decision. She will have to decide this, not you or I.

So it's her decision, it's your decision, Your Honor, right? As you said, it's your decision. Nobody wants this. It's not because I'm such a bad person. I'm not. I don't steal from people. I don't physically hurt people. I don't threaten people.

But I get hard things done. And when people steal and do bad things, this is the me that they know, and they love me for it, is I stand up for justice. And that's why I haven't sued in 20 whatever years, is because people tried to pull fast ones.

Real estate development is really hard, really, really, really hard. You've seen it. I've watched. You've seen it in front of your own court. I've seen it, right? It's not easy. Being a landlord isn't easy, but I always took the high road, and I always found a way out.

The three times I didn't, guess why I didn't? Because Chassen made a stupid decision that I didn't allow.

And we had a text message Chassen sent, and we got -- they awarded $500,000 against us in a mediation because of his stupid text message, one text message.

So you give me the time, you give me the day, and I'll bring in Tristan Last. I'll bring in Michelle Miller. I'll bring in Jared Chassen. I could question them. You could ask, you could question them.

You could bring the lawyers. You could bring David Scharf, who I'm sure you know from Morrison and Cohen. I got to imagine you've crossed paths with David Scharf in your years. Okay? He's a very prestigious lawyer. David did all my workouts for me when I bought property. And he helped me work out my own situation with Oak.

And he was promised by Oak for payment. Oak didn't want to pay his bill. And he helped me work with every lender to put my personal guarantee on the line. Which I was willing to do, to not fight, Your Honor, to not be here, Your Honor, in May of 2023. There's proof of it.

And they promised Scharf, even after they kicked me out of the company, they would pay him. They never paid him, $750,000. This is what we're dealing with here. They haven't paid any bills. Every property has gone into default or foreclosure. Every property is going to be a disaster.

So Judge Cohen granted them authority to my

portfolio, which he only gave them the operating company. He didn't give them authority under any other JJ investment entity. And yes, that was brought to the courts, and I spent a lot of money with no one to read the documents because of Judge Cohen.

I brought it in front of Judge Cohen's face, and you know what he did? You'll read it in my writings. I don't know if you've ever heard the word in Yiddish,(indiscernible), and my grandmother would say it. It's, you go like this (indiscernible), right? You put your head over your -- you cover your eyes because you're so embarrassed.

Well, when I told Judge Cohen after JJ Arch's bankruptcy, what he did to cause JJ Arch's bankruptcy with Judge Borrok, and Schwartz could not even explain our corporate structure, he covered his eyes and said, I can't listen to you anymore. And he said to me, Mr. Simpson, you won. I always tell people when you win, you should stop.

But I said, no, I won't stop. I won't stop because you've said I've done cause, and I haven't done cause on anything. There hasn't been a single witness here. There hasn't been testimony, there hasn't been discovery, nothing for you to say I've done cause.

You can't say that about me and ruin my reputation. And he goes, Well, didn't I do this? I said,

No, you did not. Let's go back to the record. I got transcripts. No, no, no, don't pull them out. I said, Well, I have them here, Your Honor. I've every single one of them here. I brought a huge thing with me, one of those, what do you call Redwelds. I brought a Redweld. I pretended to be a lawyer for a day, and I brought every single transcript underlined with all the things that were eating words.

So when a human here, Jeffrey Simpson, is under bankruptcy because my whole life has been turned upside down, it's very difficult for me to work, I work really hard for very little money. I almost lost two fingers three weeks ago. Okay? I'm recovering because I'm tough. Okay?

But this is not where I should be, and it's all because of malicious and vicious things that have occurred here. And no, Mr. Ostrow is not willing to do those things. No lawyer's willing to. They won't go against the way they pay their bills, right?

The system is how lawyers make money, right? You all judges, you can't be questioned. I'm sure I've challenged you in ways you probably felt you haven't been challenged your whole career, and I'm sorry. I don't want to do that.

But I need to do it in a constructive way, and I need to do it from a collegiate way to show you I'm not

playing games here. If I'm wrong, put me in jail in an electric chair. I know you can't, but I'm happy to go, do it, because I know I'm right. And I wouldn't be this confident if I wasn't.

But if we're not going to deal with it, what are we doing here? We're going to waste four or five months to come to the conclusions that I already know. I don't have much. They know I don't have much, right? We have 28, 26 creditors that probably 4 of them are legitimate. Right? And Oak is not legitimate at all.

And by the way, when we deal with Oak, we're going to go through everything I'm talking about here because their claims date back to 2023. And we're going to deal with everything in front of you which was dealt with in front of Judge Cohen. So how do you deal with that? You're going to say, Oh, it's not my problem because we dealt with it in front of Judge Cohen? I don't know how you're going to do that. It seems like a good luck one, right?

Chassen didn't make a proof of claim because he can't. He's not entitled to anything. Actually, I own his house. I haven't asked for it yet. I own everything in his life, he says under JJ Arch, read the documents. If he does vindictive things, he admitted to them. So did Michelle Miller. She admitted to it in her agreements. So as a member of JJ Arch, I have the rights to pursue them. How?

And by the way, Your Honor, if I was such a bad guy, why am I not suing everybody? Who am I suing? Can you see who I'm suing because I'm not. I've sued the receiver for doing bad acts. That's it. But what other litigation do you have in front of you that I brought to you? I'm not suing anyone. I haven't sued anyone in my career. I don't sue people, even if they're wrong, because I care about justice more than money, okay?

And I care about my family, but this is not healthy. It's not good for my well-being. You think I'm healthy? I'm not healthy right now. I'm in the worst health I've ever been in my life, and I'm a strong ox. This is beyond diminishing for me, my children. They know of me as someone successful. They know of someone -- they know of me as someone who is high integrity. I come from a World War II veteran family.

Honesty and integrity is number one to me. If I screwed up, I've told you I've screwed up to your face that I've made mistakes. I've come to, I've written to you, I've made mistakes. I told you at one point in YJ, like if you say what you're about to say, you might hurt yourself economically. And I said, I don't care because it's the truth, Your Honor. Do you remember that?

That's what I do. That's who I am. I speak the truth even if it will hurt me. I don't care because you

know what? At the end of the day, if I lose something but my integrity's there, I will restart. I will have a fresh start and people understand that I have high integrity and I'm honest, there will always be a place for me.

But if we don't get through this stuff, we won't be able to do that for me. I won't be able to do it. And I called my thousands of contacts, and they're not willing to do anything with me because of what the court system has done to me.

And the fact that no police, no law enforcement will do anything when we have guys like Chassen admitting on the witness stand, the answer that the state court said to me -- sorry, the state police said to me? You have a judge problem. That's what the highest level of New York State Police said to me.

Gosh, I had someone from the administrative judge's office. I won't say a name, who told me off the record, Keep fighting for your life, don't stop.

So I'm sorry if I'm upsetting you by sending you evidence in ways that are unusual, but this is an unusual circumstance. I heard about the other case you described. I highly doubt that person had as clean hands as I do, right?

I'm behind on tax returns. It's not my fault. Those tax returns I can't do because somebody else is doing

tax returns who is not opposed to, Kevin Wiener, who literally took over JJ Arch's tax returns, and he called Alec Ostrow just last week asking him about it. I mean he's done it and admitted it.

So yeah, my hands are as clean as they can be given the circumstances. They're not perfect, but I haven't done anything maliciously. I haven't done anything harmfully, and I've had a really successful career.

And if you brought in my investors, we could do that too. If they had a proof of claim, they would have made it. Don't you think if somebody lost $20 million that they knew me, they didn't know Kevin Wiener. They didn't know Jared Chassen. Most people didn't know any of them. They believed in me. Don't you think they would have come to you and said, I want to make a claim for $10, $20, $30 million, $3 million if they believed it?

The three investors, two of them are Jared's friends, Michael Queller and Hilary Gibson. They're both Jared's friends. And the third one is Marco Scaba. And Marco, he just doesn't understand anything, even though we've all tried to explain to him, my former staff did, that it's not me personally, and it's all under LLCs.

I don't really, I don't remember many other investors even raised their hands of 120, 130 people. So if that's not a testament to you of who I am, gosh, it should

be because these people, the ones that invested the majority of the money -- come from my Upper East Side neighborhood, Park Avenue crowd, mostly lawyers. Retired lawyers, wealthy lawyers -- if they thought I did something, as one of them told me, I will destroy you and your life if I find I did something criminally.

I said, please do. I'll come to your house with my computer. I can give you anything you want. You can keep my computer for a month. And that lawyer, who you would know, says, Okay, I surrender.

I haven't done anything wrong, and that's not what we're judging today, but you're going to be dealing with it unless you tell me there's some other way. When Oak makes a claim against me for $50 million which, as you advised to them, the guy doesn't have much, so what are you chasing after? You can put any amount of money you want around it. It doesn't matter. Those were your words of wisdom.

I heard your words loud and clear, and you're asking to make compromises. What can I compromise when I have nothing? Everything's locked up. What can I give? My skin, my soul? What do you want me to give them? I've offered it all.

They wanted to take all the assets of JJ Arch. I said yes. They wanted the insurance money. I said yes. But what more can I give? They want my blood, and that's

what you're not seeing.

And I don't know how it's handled in the bankruptcy court, but it is purely Eric Huebscher's a gun. Jared's a gun. If you hadn't noticed by now, when Eric Huebscher, when you ask them, Does the JJ Arch have other assets? And I was very happy that Mr. Bunin didn't lie to you, but what he didn't tell you is he made an order to show cause to the New York state court to expand the relief that I told Judge Joel Cohen just a month before that's what they were trying to do, to get those nunc pro tunc consents.

Because as you probably know, Your Honor, in agreements where it says the only human that can make decisions is Jeffrey Simpson, probably a trustee or receiver can probably replace that person, Jeffrey Simpson. But other than that, if I died, there is nobody else.

Well, Kevin Wiener, if you kept reading that little email he wrote, there is no replacement for Jeffrey Simpson. He pretends that there's some way to do that. The agreements say Jeffrey Simpson and Jeffrey Simpson and Jeffrey Simpson. There is no way. It was on purpose, and everyone around me knew it. They wanted me in control.

Chassen said to me in 2021, I can never imagine being in co-control with you. I can't run next to you side by side all day long. You control this company. And I said maybe you'll earn it, because I had an earnout with him

where he would get co-control. And I said he wasn't ready because he's eight years younger than me. He's a lot to learn, but I still -- and I gave him more money, by the way, in compensation when we signed that agreement in 2021. And I said, Maybe one day you can have co-control. His answer was, You don't need to put in any amendment. I accept it. You are the only one in control. Ask David Heymann. He'll tell you that too. He was the lawyer for it.

So all these things, they're there. August 1st, you're going to hear about that maybe one day soon. I think there's something on the calendar. We have an email from Chassen that literally says, I need to sign this with Simpson immediately before I -- what was the word he used? It was diminished or it was -- oh, sour -- before I sour the relationship with Simpson. He wrote that in the email when he said he didn't have any other lawyer because David Heymann was representing both sides waived conflicts, but he did have another lawyer. And that other lawyer, you'll say, well, it's privilege if I read it. It's not privileged because that lawyer worked for me too, named Jeffrey Dion, Okay? And I have that email, and it says, before I sour the relationship with Simpson.

On August 1, how could it be the August 1st contract has anything meaningfully, like in good faith, when just three days later when I fire him, he already stole the

bank accounts before I fired him, by the way. Michelle Miller tipped him off. He already went to the bank and pulled his maneuver on a one-line email.

What do you think JPMorgan does every time they're called to court? They bring big law firms to try to find reasons why to avoid coming to court. They made an order to show cause in state court. Judge Cohen, who says, I love banks, he just said, Okay, no problem. They were called to the receivership order to attend.

I mean the only people who attended to that hearing were customers from Rever Motors that Chassen inappropriately solicited because he said he had no access to customers. Well, how did he get these names and phone numbers? And how did you prep them to come if you had no access?

You understand what we're dealing with here? This is all circular. It's never going to end. So my choices in my mind, right, are ask you to dismiss this case, which I don't want to because -- but I'm not sure I'm getting a lot out of it, honestly, right now. I'm not sure you're willing to do that, okay? But I'm not sure I'm getting a lot out of it because I know who's already suing me. It's the same people, other than two or three other people that showed up because why not, right? It's basically they're all the same people, right? And just deal with it as I need to and fight

the wars in state court, which I already have to fight anyway, right? It's just, there's no end in sight.

So I wish you were right. Mr. Ostrow and I had this conversation yesterday. I wish you were right that I'll get to a point where either things will be, you know, I've got to type the right word, either dismissed or there's a word for it, when a person can't go after you for a period of time. I can't remember the word, but I'll get to that point through this process through the creditors, right? You'll decide if the creditors are justified or not, right?

And those creditors that you say are entitled to something, they'll get something, and those they're not, they're not, right? That's all part of bankruptcy at the end, right? We'll get to our plan and then we work the plan.

But at the end of the day, the only things my family have that are significant are through LLCs that these guys are attacking anyway. And it's all related in some way or another, and I'm involved some way or another, and this Court isn't recognizing it, what are we accomplishing here? What are we accomplishing?

You see what I'm saying? Is it making sense to you? If they're only suing in state court anyway with the same issues, the same people, which they are, you talked about dueling court. Even Judge Cohen talked about dueling

court. How much I don't respect him, at least he had the common sense to say that, that two courts to try to adjudicate the same amount at the same time is a problem. But meanwhile, no problem lining Marty Bunin's pockets, just a day after I'm doing slave labor for him.

I don't know what to say. I believe if you feel that you can't do these things in state court, and when we brought to your attention the state court issues in the early phases of this bankruptcy, it seemed like you were willing to deal with them. Sounds like you're not willing to deal with them. So maybe I'm getting answers to my questions.

If I don't know what you're going to do when we deal with the Oak claim for $50 million which is the same claim that they sued me for originally for $50 million and I had to sue Jared in state court because it's the only place I could sue him, by the documents, by the documents because he stole the business and I need to get the business back.

So this whole fictitious view of I'm the litigant and I'm the one that set on the suing, I'm sorry, Judge Furman, you're wrong. And I know your wife, and that's why you walked away because she's the head of my kid's school. It's a big problem and she's awesome. She's a great lawyer, okay?

But he couldn't have ruled on that in an hour,

Your Honor. No judge can rule on a case this complicated in one hour. It's -- I don't care how smart you are. None of this is possible. Everybody skips over, including Judge Mastando, skips over the Oak litigation where they sued me when I had to fire Jared for being a thief. They sued me.

And the only choice I had when I was wiped out of access to my bank accounts, access to my email accounts, my cell phone was at risk. Everything was at risk. My office building at risk. My name was on the deed for the office building. Everything was taken from me overnight because I fired Chassen.

Let me ask you a stupid question. If you had to terminate someone, I'm sure over your career you did, does that person get the right the next day to say, ha, ha, I terminated you? That's what Chassen did, and Cohen actually, it's laughable. Cohen said he couldn't do it, but that somehow gave some merit to him. Like, are you out of your freaking mind?

No company ever anywhere, if someone steals $10 allows them back in the building. Is that not a rule of most companies? You've got a lot of companies, I'm sure, a thief is never allowed back.

Well, this guy, now he's stole. He admitted he stole. He stole my identity for a car. Yeah, I'm talking to DMV about it. Pretty -- I don't care. I hope he hears

it. I hope Jared hears it. He reached out to me yesterday. I don't even know why. He reaches out to me every couple of weeks, every couple of months. He tells me that the truth doesn't matter. Yeah, Chassen tells me that to my face. Truth doesn't matter. He tells me Michelle Miller is covered. What does that mean? She's covered.

Yeah, there is bad stuff here. You just don't want to deal with it. I get it. But I don't know what to tell you, because if we're not going to, if we're going to avoid everything that state did, which is horrific, which affects me personally, and you can read the words, Judge Cohen references Jeffrey Simpson a whole lot of times, a whole lot of times. He doesn't say JJ Arch, he says Jeffrey Simpson.

And we're saying we don't want to deal with that here, I don't know what relief I have. I don't know if there is any relief to me anywhere. I don't think you're going to provide any relief that's going to work. I don't know how I get a fresh start.

So the highest court is here. And if the highest court isn't willing to deal with the fact that state has done horrific things to me, which you've said yourself, me coming to you, if state court did what they did to me, doesn't preclude you from hearing this, and it's not forum shopping. You said those words very clearly, unless I

misheard you. I thought I heard them very clearly when they started coming after doing things or lifting stay, was about a month ago when you said I can't talk about stay lift until I see what the claims are, right?

One of those people that came to you was Eric, was Jared Chassen's lawyer. Did it not happen with Allen Schwartz crying and whining, how you should lift stay, that I should go get arrested and this and that. And you said, I'm not doing anything until I get a proof of claim. Well, now that Mr. Schwartz didn't give a proof of claim to you, how are you lifting a stay? You're not. But they're still suing. They're still doing it. He just participated on Wednesday.

How could he participate on Wednesday? What would give him any right to participate in anything if he didn't even make a proof of claim? He's been resigned by 100 reasons why what he's done. He just lied to this very court about a stupid car of $40,000.

Again, you want to put me under a lie detector, I'll show it to you. If you want me to give you the documents, I'll show it to you. If you want to get DMV in here, I'll show it to you. He straight up lied to you about a vehicle that I bought for my family in Nantucket. I can show you the receipt. And not only that, him as my little assistant did the paperwork for me for DMV and I even have

the paperwork in the email where he said, Hey, I filled this out for you. Can you please sign this? I'm going to take the DMV for you. He processes it for me.

So for him to say to you, this Court, I own that car since the beginning, my family bought it. That doesn't matter to you either, huh? That's not considered a bankruptcy crime when someone perjurized to you on your stand? Yes.

This is not the only example. I could do hundreds. If you hadn't noticed, I'm pretty articulate, and I could support it. I will not tell you something I can't support. Like I told you with 1640 Motors, I don't know. I don't have a signed operating agreement. I'm not going to say anything definitive other than I don't think there is one. Maybe there is one. I don't think there is. Okay? But I tell you I don't know.

I do know about that Mercedes that he lied to you about. I do know that he brought it to a criminal's place in upstate New York, a known car theft criminal who served 10 years part-time for stealing Porsches and Mercedes. Yes, these are facts, and I spoke to local police and I went there myself with my own two eyes, and I got a police report to prove it's there, and Eric Huebscher handed it to him.

So there's serious issues here. And to say that's state court, that's not your court, well, it sounds like

there's a lot of overlap.

So again, I don't know there's a conclusion today. I don't know what to do.

THE COURT: I think there is a conclusion today, Mr. Simpson, but --

MR. SIMPSON: I don't know what to do though, because if I'm going to spend the next four or five months working through a plan to only get to the same place where I am anyway, we already know who's coming after me, right? They're going to do it anyway. They're doing it anyway in other places. Adam Leitman Bailey has been crying wolf, even though he did the worst of the worst of the worst things, and the day we have discovery of that man, he'll lose his license for a second time.

THE COURT: Mr. Simpson. I mean, there's a process that you have to go through here if you want to stay here. That's just true. We've discussed it. And part of it involves objecting to claims.

MR. SIMPSON: I'm aware, but part of it also has to deal with a court has to make a decision because if a court is not going to deal with the issues, which include claims which deal with what's in state court, I need to assess how to take on future --

THE COURT: Okay. I don't, I --

MR. SIMPSON: -- liability.

THE COURT: Mr. Simpson. Until somebody objects to a claim, I don't -- or a files a motion that I --

MR. SIMPSON: Do you think I'm not going to object to Oak's $50 million claim? Of course I'm objecting. There it is in the record. I object.

THE COURT: That doesn't matter.

MR. SIMPSON: I'm objecting to almost all the claims.

THE COURT: You need to file a written objection.

MR. SIMPSON: We will, we will have. We have not shown the courts in general over the last three years of the crime they've done? We will do that. But when we do that, look at their claim. It's fully overlapped in the state court. They joined -- the moment Jared lost, and admitted he lost, and by the way, he asked for a bond, didn't get it. He didn't appeal it, okay? So he was gone, effective October 2nd, 2023.

Then Oak, five minutes later, says, Hi, we're here. We know you talked about us the last three months, just kidding. We told you on the record that we're not part of the case, but we are. And Cohen says, what about SDNY across the street? Oh, that case, you know, we didn't serve it. We're not sure. And Leslie Thorne did her little talk from Haynes Boon, and Cohen's like, Well, if there's a case across the street, I can't do that here too. I'm like, Oh,

the judge is being good.

And then she spun it more, and he was so infatuated with her, and he literally said to her at one point, Masterful workmanship, Ms. Thorne, masterful workmanship. Who compliments a lawyer who's trying to torture me? Who does that?

Anyway, here nor there, they ran that whole New York State case. They paid for it. We both know they paid for it. How do we know? I have evidence. Chassen admitted it. He wrote it in an email and he admitted it under sworn testimony. They paid for the litigation. They were working together the entire time under a joint defense agreement. Gosh.

So now we deal with Oaks's claim. You don't think we're dealing with the whole New York State case? Of course we are. So I don't know where that leaves us.

If your position is you're not going to deal with anything that's happening in state court, I don't know how we deal with a bankruptcy that has a claim of $50 million that deals with the same issue.

THE COURT: I don't get to rule on what I'm going to do or not do unless it's brought before me in a claims objection. Okay? Respectfully, that's just not what I do.

MR. SIMPSON: Well, you have said you're not going to, you're not going to deal with state court action.

You've said that several times today.

THE COURT: I've said what I'm not going to do is get involved with the receivership process that the state court appointed. Because that is their --

MR. SIMPSON: Oh, that's interesting.

THE COURT: -- (indiscernible). You object.

MR. SIMPSON: That's quite interesting because the receiver wouldn't be there without Chassen. And if Chassen lied in front of your court to you and he committed perjury in front of you, there's no duty for you to do anything about that?

THE COURT: Mr. Simpson, that's not what I said, but what I said to you is that --

MR. SIMPSON: I know what you said. I know what you said.

THE COURT: What I said is that I'm going to do things when I'm actually asked to do them. I don't get to just decide to do things because I think I should do them on my own. That doesn't generally work that way. Unless it happens to be that someone violates my own orders, then I do get to do things on my own.

MR. SIMPSON: And when someone commits perjury in front of you, you don't have a duty to do anything about it?

THE COURT: No, that isn't true. I certainly, you know, have a duty if it's actually, it could be demonstrated

that it was perjury. But again, that's --

MR. SIMPSON: So how are we demonstrating that Chassen did perjury? Give me the transcript. If there's a way to get to it. I'll get the transcript somehow, and I'll show you the papers because gosh, well, the moment we do that -- the receiver's there for one reason. And you yourself said there's a joint, there's a joint agreement between Chassen and the receiver. I mean how could that possibly make any sense to you? You questioned it yourself, okay? It couldn't make any sense.

The receiver has a duty to the members of JJ Arch at the minimum, which should be Jeffrey Simpson and Jared Chassen. So them coming to this court and harassing me and attacking me and coming to any court, that makes no logical sense. Everyone knows that.

So to simply say, well, the state court appointed them and therefore they appointed them. Well, if Jared Chassen's commenting on things --

THE COURT: What I said was if there are problems with the state with the receiver that' appointed by the state court, you have to take it up with the receiver with the state court because I didn't appoint them. They did; the state court decided.

In fairness, if you do read the record, you objected to it numerous times. You asked for them to --

MR. SIMPSON: Yeah, but the judge who doesn't listen. From a judge --

THE COURT: Well, I mean it's not --

MR. SIMPSON: -- from a judge who's prejudicial.

THE COURT: Well, then you need to, Mr. Simpson --

MR. SIMPSON: I've done everything I can. The system is broken.

THE COURT: Yes, everything you can should be -- yeah, I hear you. But my point to you is, okay, that's where you are. So those four properties are going to be administered by the receiver. My mother had a phrase --

MR. SIMPSON: So you just accept that when it's in front of your court, and there's a possibility that 1640 Motors might be owned by me personally, you just let that be gospel because the state court said it and wash your hands of it?

THE COURT: I'm saying to you that the state court's already decided that it was owned by JJ Arch. ]

MR. SIMPSON: The state court did a lot of horrific things. The state court would like to put me in jail. The state court would allow the receiver to my house, and you said, I'm not going to allow that because that would hurt me from an ability to make a living, right? And a debtor has to have the right to make a living, right? In order to pay creditors, right? We talked about that.

THE COURT: There's also no reason that I think that somebody needs to go to your house, but --

MR. SIMPSON: Well, okay, so -- but I --

THE COURT: But nevertheless --

MR. SIMPSON: I appreciate you supported that, but do you really get to pick and choose which of the state court things that are relevant, which are not?

THE COURT: Mr. Simpson, because that involves you personally. It doesn't --

MR. SIMPSON: It all involves me personally. Everything does.

THE COURT: No, Mr. Simpson, it involves --

MR. SIMPSON: Look at the first lawsuit. It's against Jeffrey Simpson, 608941 versus Jeffrey Simpson.

THE COURT: Mr. Simpson, respectfully, 1640 Rever Motors is not in front of me as a bankrupt entity, okay? And the second -- and in fairness, there's already a court decision by the state court that it is owned by JJ Arch.

MR. SIMPSON: Yeah, a court decision --

THE COURT: Mr. Simpson, you're asking me to what?

MR. SIMPSON: -- a court decision with a judge that allowed them to take my files and said very clearly not to do anything with spoliation with files, and they did it anyway, and I went to order to show cause to judge and what you do? Crosses it out. The guy literally says on the

record, Did you take away all Mr. Simpson's income? Gosh, it seems pretty crazy. And they say, well, yeah. He goes, Okay. Moves on. So it all it did deal with me personally, a lot of it. It's vindictive against me --

THE COURT: I understand, but what I --

MR. SIMPSON: I hope you read it one day and see it's all there.

THE COURT: My authority is -- okay, fine. If it comes up in a certain circumstance, I might, but I'm --

MR. SIMPSON: It has come up already. It's come up already.

THE COURT: Mr. Simpson, I've already determined that I'm not going to -- that I don't have the authority to just undo the receiver in the state court.

MR. SIMPSON: Then why did I make a motion? Why do you give us the ability to replead? What was the point in doing that?

THE COURT: Because I don't know what was being asked of me when I read the complaint. I didn't find that it was clear enough to me what was being asked. I couldn't tell what the -- what was being asked for me to do in that count. And so I allowed for a leave to replead. If I don't understand --

MR. SIMPSON: Okay. We'll replead it.

THE COURT: -- if I don't understand --

MR. SIMPSON: We'll replead it. I guess we'll see when you're ready if you -- how you feel about it.

THE COURT: Right.

MR. SIMPSON: So it's replead.

THE COURT: We're here today about a status conference. You've answered my questions about the status. I think I've given you an hour and 15 minutes at least because I probably only took up, well, maybe an hour and maybe an hour and two hours, Mr. Simpson. Not the whole time because I certainly talked to you too. So, I -- but I've let you say your peace here today and that's all I can do at this point.

I have another hearing, as you know, that's scheduled on Thursday. You will either show up or you won't. You'll do what you wish.

Mr. Ostrow, I'll have to wait for your motion, and I'll have to hear it at that time. That is not today.

So now I'm going to ask the hard question, which is, is there anything else that I need to deal with today with respect to the status conference? I think honestly, I've heard from the Debtor's side plenty and I'm not sure what else there is.

MR. BUNIN: Your Honor, Marty Bunin for the receiver. Late last week, Mr. Schwartz sent you a letter.

THE COURT: Yes, we have an order that I'm going

to grant the extension.

MR. BUNIN: Oh, okay. Thank you.

THE COURT: I've actually -- I've read it. I considered it. I understand the Debtor didn't want to grant it, but I'm going to grant the extension. I don't see that there's the -- that it's an inappropriate time of request for an extension here. And to be honest, I've certainly signed things where parties agreed to extensions and other things, and I'm willing to grant the extension that was requested.

MR. BUNIN: Thank you, Your Honor.

MS. LEVINE: Your Honor, if I could be heard?

THE COURT: Yes, Ms. Levine.

MS. LEVINE: Good morning. I just wanted to comment --

THE COURT: Good morning. It's actually the afternoon, but that's okay.

MS. LEVINE: Good afternoon. That's true. It's been a long morning. I just wanted to comment, twice Mr. Simpson defamed my client who I happen to work for, Adam Leitman Bailey. The docket at 158055-2023, Simpson v. Chassen, where Mr. Adam Leitman Bailey represented Mr. Simpson, speaks for itself. It's exemplary work, and we got a judgment for unpaid attorney fees, which Mr. Simpson chose not to defend that case.

And there was an arbitration and it was confirmed. And so under Rooker Feldman, our claim is a valid claim, and Mr. Simpson has defamed my client twice during this hearing by suggesting that he received less than proper service.

I know that things have to be submitted in writing, but I did want to defend Adam. That's it. Thank you.

THE COURT: Okay, Ms. Levine. Thank you. All right, Mr. Schwartz, I'm granting your extension.

MR. SCHWARTZ: All right. Thank you. Thank you, Your Honor. And just for the record, I just, you know, obviously, I don't -- we've already been here since 10 o'clock and I don't want to, keep us any longer, but we obviously, I obviously, and on behalf of Mr. Chassen, obviously, reject and dispute the ad hominem as baseless and the demeaning attacks that we heard today from Mr. Simpson against myself, my client, and many others.

THE COURT: All right. Thank you. Okay, with that, I wish you all a good rest of day. Court is adjourned, and I will -- I appreciate everybody coming in today and taking the time to speak with me, and I'll wait to get some more filings.

MR. SIMPSON: I apologize, Your Honor. If I can very quickly. We haven't resolved the issues with the receiver. I mean, I don't know if you want to schedule

another conference for that, but we have not dealt with -- I mean, unfortunately, my status report was not issued. I'll issue it. Mr. Ostrow doesn't want to issue it, but it was a horrific experience.

So I don't know if we have a plan for this or not, but I've shared plenty of information with Your Honor about it, and I should not be asked to go and try to get assets with a property with seven feet overgrown. Even his own representative says it's nuts. It's just not even safe for anyone to walk through that property.

So if he's not going to be demanded to go and cut the grass and do some basic things, you're ruling with -- with two days, you know, it just -- the practicality of the situation is pretty remarkable. And I don't -- I know that's not today, but I just, I hope that we find a resolution because there's ticking time clock on that.

And I don't see how it's physically possible. I already exerted myself way too much, and I shouldn't have to do that again. Nobody should.

THE COURT: Okay, I understand what you said, Mr. Simpson, but I mean, unfortunately, you had visited the place before, you saw how horrible it was. If you wanted the property, you have, unfortunately, some -- it has to be removed somehow, and that's just the answer to it or it has to be sold.

MR. SIMPSON: I was in it. It was April. How would I know he wouldn't maintain the property over the summer and things would grow vines seven feet tall?

THE COURT: I understand.

MR. SIMPSON: How would I know that?

THE COURT: All I've seen is April myself, so I understand. I haven't seen --

MR. SIMPSON: I mean, you'll see the video. I mean, even his own representatives said, How do we even walk past this --

THE COURT: Well, if somebody wants to ask for more time, I might order --

MR. SIMPSON: No, I want him to do what he's supposed to do is cut the grass and do what he's supposed to do. It's basic stuff.

THE COURT: I think the parties should talk about it, but if somebody --

MR. SIMPSON: There's no one to talk to. There's no talking to Mr. Bunin. There's no talking to Mr. Huebscher, but sure, we'll try that. That will go nowhere, but that's fine and like everything else with them, but sure, okay, I appreciate your time. Thank you.

THE COURT: I haven't even seen the video, Mr. Simpson, but I --

MR. SIMPSON: Well, is that my fault, Your Honor?

THE COURT: I believe you.
MR. SIMPSON: Is that my fault?
THE COURT: No.
MR. SIMPSON: What -- is there a reason there should be a delay in the video?
THE COURT: I don't -- I didn't require them to present the video to me, Mr. Simpson.
MR. SIMPSON: Well, will you please ask them to send it to you, or is that I need a motion?
THE COURT: I think somebody needs to ask me to do something about it, either extend the time and the basis is that you need more because they have to cut the grass, so I don't have that in front of me. But I hear you.
MR. SIMPSON: But didn't you say the video was for your benefit also? So, I'm sorry. So the video is --
THE COURT: If there was a dispute that came up, Mr. Simpson, that's why it was a benefit.
MR. SIMPSON: Well, there's disputes, but okay, okay.
THE COURT: I understand. That's why I asked for it, because honestly, the video the first time was helpful for me.
MR. SIMPSON: So are you asking them to produce the video or not, because they clearly have not.
THE COURT: Okay, I am not asking them to because

I don't have anything in front of me that you're asking me to do. Are you asking for an extension because you want the grass cut and you need more time to do that, then you have to send me a request for an extension.

Otherwise, the property is what it is, and if it's impossible to remove it, then you have to explain to me you need more time because it's impossible to remove it. And either you need to have someone come in and cut the grass yourself, because you're not going to do it. I understand. And believe me, I'm not saying you should, or that's just something that needs to happen here.

So I think, again, I don't have that in front of me today. I couldn't just go ahead and order it.

MR. SIMPSON: Okay.

THE COURT: Sorry about that. But I'm not going anywhere. I'm here. All of August. I'm not traveling anywhere, so I'm literally here.

Okay. All right. Well, anyway, thank you all for coming in today. I wish you all a good rest of the day and court is now adjourned.

(Whereupon these proceedings were concluded at 12:35 PM)

# I N D E X

## RULINGS


| | Page | Line |
|---|---|---|
| Motion for extension | 156 | 9 |

CERTIFICATION

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

Sonya Ledanski Hyde

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: August 25, 2026

**&**

**&** 3:3

**0**

**0** 123:15,16,21 124:3

**1**

**1** 45:1 124:4 138:23
**1.16** 9:20
**10** 135:15 142:19 145:20 156:12
**100** 67:20,25 73:23 74:21 144:16
**100,000** 39:13
**10004** 1:14 4:4
**10017** 3:13
**10038** 3:20
**100th** 42:9
**10171** 3:6
**10359** 5:25
**1055** 68:25
**10:01** 1:17
**10th** 121:3
**11** 7:13 8:8 16:1 17:20 20:18,20
**11501** 162:23
**11th** 121:3
**120** 63:23 135:24
**12151** 162:6
**125th** 118:17
**12:35** 160:22
**12:45** 102:23
**130** 63:23 135:24
**15** 154:7
**150** 3:19
**156** 161:5
**158** 76:22
**158055-2023** 155:21
**1640** 28:21 86:16 91:11,20 91:21 103:14 110:19 145:12 151:13 152:15
**16th** 3:5
**17** 1:16 65:9
**18** 63:15
**18th** 4:3
**19** 36:23
**19th** 49:16
**1:00** 102:23
**1:05** 101:11,15 103:1,6
**1st** 97:25 138:9 138:23

**2**

**2** 28:1 50:20 64:7 82:25
**20** 20:6 31:9 47:1,13 55:2 70:10 74:5 117:2 128:17 135:11,15
**20,000** 121:23
**200** 47:24 88:18
**200,000** 90:25 112:19 122:23
**2004** 41:16,22 104:6,12,21
**2012** 118:16
**2017** 71:15,16
**2021** 58:12 98:4 137:22 138:4
**2022** 58:21 74:3
**2023** 34:1 36:23 37:16 47:6 48:20 74:8,10 88:23 129:18 132:13 147:17
**2025** 97:13 125:3
**2026** 1:16 162:25
**2090-1** 9:20
**21st** 12:24
**225** 111:10
**23** 25:16 49:7 75:20 117:16 121:16,22 123:11
**24** 110:21
**25** 19:22 25:18 35:6 108:20 162:25
**250,000** 44:21
**26** 5:24 132:8
**26-10359** 1:3
**266** 69:2,3
**28** 35:6 132:8
**299** 3:5
**2nd** 147:17

**3**

**3** 19:23 64:7 82:25 123:12 123:14 135:16
**3-1/2** 18:3
**30** 19:2,2,24 31:9 34:11 73:24 79:10,17 135:15
**300** 162:22
**300,000** 47:24 48:6 83:15 122:24
**330** 162:21
**350,000** 69:23
**37200** 3:12

**4**

**4** 18:3 51:12 69:1 132:9
**40** 99:1
**40,000** 98:1 144:18

**5**

**5** 65:10
**50** 63:18 136:14 141:14 141:15 147:4 148:19
**50,000** 84:1,1 98:2 99:1
**50/50** 69:4
**500** 94:23
**500,000** 129:2
**55** 52:21,23

**6**

**6** 5:18 123:13
**6-0** 74:4
**60** 71:11 74:3,4
**608941** 152:14
**622** 3:12
**69** 118:16

**7**

**7** 38:10 51:13 56:10 94:6 105:1 120:3
**7.6.3** 79:19
**701** 3:19
**75** 115:22
**750,000** 129:21
**7th** 75:15

**8**

**8** 71:20
**800,000** 46:19
**81** 61:25,25
**82** 62:1 115:12 115:14

**9**

**9** 161:5
**90** 27:25 49:9

**a**

**a.m.** 1:17
**abandon** 118:7
**abandoned** 28:1,8 100:14
**abandonment** 91:3
**abandons** 28:11
**ability** 23:23,23 72:2,4 80:16 119:5,25 151:23 153:16
**able** 25:22 32:17 34:13 78:6 134:6,6
**above** 73:1
**absent** 13:21
**absolutely** 14:16 28:10 64:22 93:5 94:3,3
**abusing** 120:9
**accept** 138:6 151:12
**access** 35:19 37:22 88:19 139:12,15 142:7,7
**accomplished** 64:13,14 91:1
**accomplishing** 90:17 140:20 140:21
**account** 11:2 11:11 14:16 37:9 89:1
**accountable** 83:2
**accountants** 41:2
**accounts** 43:12 50:8 73:5,5 88:16,17,19 139:1 142:7,7
**accurate** 162:4
**accuse** 90:5 118:7 122:19
**accused** 51:22 60:9 61:16 72:25
**acknowledges** 84:3
**act** 98:16
**acted** 57:8
**action** 9:22 22:23 30:9 45:10 77:6,10 77:13 78:23 80:11,13 107:4 108:15 118:19 120:21 124:21 148:25
**actions** 93:10 122:16 124:17 126:24
**actively** 5:6 120:15
**activities** 93:22
**activity** 52:7
**acts** 133:4
**actually** 7:8 8:8 11:7 12:23 13:12 15:8 18:10 19:5,11 25:11,11,22 26:23 27:18 30:9 34:13 40:22 41:11 43:7,21 48:16 49:10 56:14 87:20 88:1 93:10 95:7,21 96:21 97:10 106:12,14,14 108:23 132:20 142:16 149:17 149:25 155:3 155:16
**ad** 156:15
**ad1** 62:21 63:3
**adam** 4:1,2 6:12 36:15 62:5 146:11 155:20,22

156:6
**addition** 7:2
**address** 8:20 106:6
**addressed** 85:24
**adjourned** 156:20 160:20
**adjudicate** 121:13 141:3
**adjudication** 52:2
**administered** 151:11
**administrative** 16:11 29:23 134:16
**admits** 84:10
**admitted** 27:9 48:6 49:25,25 50:1,3,14,15,16 65:6,7,10 81:10 100:17 100:18,20 121:9 132:23 132:24 135:4 142:23 147:14 148:9,10
**admitting** 134:11
**advance** 70:7,7 70:15 101:21
**advised** 76:6 79:16,24 83:9 124:10 136:14
**affects** 143:11
**afford** 106:8 123:22
**afternoon** 155:17,18
**agenda** 23:17
**aggressively** 81:17
**ago** 9:2 17:21 18:3 24:2,2 25:19 52:11 78:19 81:22 113:14 115:18 131:13 144:3
**agree** 9:13 16:20 18:2 20:13 36:2 38:19 47:16 78:10 83:3 93:16 95:19 111:19
**agreed** 46:23 47:17,21,21 49:10 69:13 77:18 79:1 80:1 126:17 155:8
**agreement** 49:24 58:14 65:6,17 68:7 69:11,23 70:20 70:25 78:14 79:20 82:12,13 83:13 91:11,18 97:25 103:13 103:18 125:1 125:12,16 126:15,15,19 126:23 138:4 145:13 148:12 150:7
**agreements** 36:16 40:11,14 64:17,17 65:5 65:8 70:6 71:1 79:20 132:24 137:12,19
**aha** 63:22
**ahead** 5:22 15:12 160:13
**alabama** 71:22
**alarm's** 101:11 101:15
**alec** 3:8 6:2 101:22 104:11 104:12 135:3
**alert** 95:16
**alive** 32:13 63:7
**allen** 3:22 6:7 61:11,12,14 74:19 144:6
**allow** 79:3 81:17 87:14 128:25 151:21 151:22
**allowed** 20:17 23:11 30:21 47:9 48:4,17 49:24 75:4 89:10 96:11,14 108:17 119:12 127:23 142:22 152:22 153:22
**allowing** 28:22 28:24
**allows** 118:4 142:20
**aloof** 117:7,11
**alternative** 45:13
**amanda** 1:25
**amended** 70:20
**amendment** 138:6
**american** 72:4
**amount** 15:24 15:25 136:16 141:3
**analysis** 23:1
**andrew** 85:22
**angry** 59:23 101:17
**announce** 5:10
**ansari** 30:5
**answer** 14:25 15:8 17:8 40:10 41:19,24 48:10 49:13 52:14,14 56:24

74:23 99:25 104:12 109:15 134:12 138:5 157:24
**answered** 154:6
**answers** 10:22 41:1 141:11
**antagonizing** 65:2
**anybody** 33:23 47:12 54:23 57:20 66:4 97:9 98:18 116:4 124:5
**anymore** 40:23 76:24 97:6 101:11 124:15 130:17
**anytime** 105:25
**anyway** 12:7 14:6 15:1 49:20 101:18 140:2,18,23 146:9,10,10 148:7 152:24 160:18
**apologize** 13:3 156:23
**appeal** 115:6 147:16
**appealed** 126:16
**appealing** 62:23
**appeals** 61:2,4 61:9,24 62:7 114:16,18
**appear** 118:24
**appearances** 5:24,25
**appeared** 64:19
**appearing** 5:19
**appears** 121:1 121:2
**appellate** 61:19 62:18,20,25
**applaud** 113:16
**apples** 41:22
**apply** 21:12,13
**appoint** 150:22
**appointed** 33:13 62:2 112:3 113:6 114:9 116:8 149:4 150:16 150:17,20
**appreciate** 152:5 156:20 158:22
**appreciated** 107:10,11
**appropriate** 56:19,20 101:23
**approval** 77:2
**approve** 82:20
**approved** 54:13 83:2
**approves** 84:3
**april** 11:20 13:5,24 14:3 14:24 16:21 158:1,6
**arbitration** 156:1
**arch** 23:16 47:18 48:14 58:16 65:19,21 66:1,21 67:14 69:7,22,24 70:19,22 74:3 74:23 75:22 80:9,9,10,10,11 81:7 84:4,12 92:7 93:21 111:14 113:5,7 113:8,9,17,22 119:19 123:13 125:19,19 127:18,19 132:22,25 136:23 137:5 143:13 150:11 151:18 152:18
**arch's** 66:19 67:22 69:20 80:15 81:4 83:8 84:13 113:11 130:13 130:14 135:2
**areh** 17:20 34:14,15 48:7 48:16 58:16,22 69:17 70:23,24 74:25 76:2,5 76:25 79:14,18 79:22 80:6 88:15 127:19
**arguing** 113:3
**argument** 10:1 75:3
**arising** 20:19 20:20,21
**arms** 101:10
**arrest** 52:19
**arrested** 30:2 52:16 61:10 144:8
**articles** 62:4
**articulate** 145:10
**asked** 8:21 25:19,19 27:4 42:9,10,15 76:7 81:8 83:5 83:11 88:9 94:20,22 99:21 100:5 104:21 109:3,11 113:13,15,15 132:21 147:15 149:17 150:25 153:19,20,21

157:7 159:20
**asking** 41:22 59:16,19 66:9 70:1 88:25 94:25 101:24 110:16 135:3 136:19 152:20 159:23,25 160:1,2
**asks** 107:23
**assert** 19:14
**asserting** 26:22
**assess** 146:23
**asset** 8:6 51:12 103:19,20,22 111:8,15
**assets** 7:7,16 19:11,13 21:14 22:4 24:20,22 24:24 39:3 46:11 51:8 53:16,19,23 55:5,9 58:15 59:21 81:2 89:18 105:7,10 110:11,19 113:9 136:23 137:6 157:7
**assistant** 144:25
**association** 116:15
**assume** 32:10 33:4,5,5 77:24 124:4
**ate** 126:20,20
**attached** 98:8,9
**attack** 42:5,5,5
**attacked** 27:21 27:23 53:16,17 53:20 55:6,9 103:10,10
**attacking** 120:19 140:18 150:14
**attacks** 26:6,7 26:7 156:16
**attend** 139:9
**attended** 139:10
**attention** 22:20 111:13 118:3 141:8
**attest** 16:12
**attorney** 3:4,11 3:18 4:2 9:18 16:10 76:3 155:24
**attorney's** 85:20,21
**attorneys** 5:10
**audience** 108:10,10,13
**audiences** 126:10
**audio** 5:12
**august** 1:16 12:5,24 17:7 47:5 74:10 97:25 103:25 121:2 123:11 138:9,23,23 160:16 162:25
**aunt's** 115:23
**authority** 24:17 78:9 115:21 129:25 130:2 153:8,13
**avenue** 3:5,12 106:6 136:3
**avoid** 139:6 143:10
**awarded** 129:2
**aware** 7:22 37:18,19 41:9 146:19
**awesome** 141:23
**awful** 22:17
**axes** 100:13

**b**

**b** 1:21
**baby** 98:7
**back** 9:4,9 12:3 25:16 28:14 29:14 30:13 32:19 33:23 34:1 45:13 53:4 60:1 71:15 77:17 81:20 86:17 89:1 94:10 108:17 110:24 127:22 131:1 132:13 141:18 142:20,22
**backroom** 59:2
**backwards** 23:18
**bad** 36:17 45:8 59:10 60:15 68:16,16 72:14 74:6,8 78:20 82:23 85:23 103:3 115:1 118:5,6 119:20 119:25 125:21 128:11,15 133:1,4 143:7
**bailey** 4:1,2 6:12 36:15 146:11 155:21 155:22
**baked** 82:11
**ban** 30:18
**bank** 11:11,12 37:9,14,14,22 41:14 43:12 50:8 73:4,5 88:16,17,19,19 88:21,22 89:1 94:23 121:17 123:23 139:1,2 142:7

**bankrupt** 27:16 40:19,21 152:16
**bankruptcy** 1:1 1:12,23 6:23 7:21 9:20 17:21 18:7,16 18:18,18,19,23 20:19,20,25 22:2 24:17,18 31:14,17,21 32:19 38:6 40:23 41:10,11 46:23 48:14,16 49:3 55:4,22 56:13 59:6 72:24 74:25 75:4,12 77:1 77:19 78:1,2,6 78:14,17,17,19 78:20,20,25 79:15 80:4,7,7 80:8,15 81:3,4 84:13 85:4,23 85:25 86:1,1 86:10 87:5,11 89:10 90:12 93:6,11,19 96:14 110:6 111:20 118:14 119:3 122:17 130:14,14 131:10 137:3 140:13 141:9 145:7 148:19
**banks** 121:18 139:8
**bar** 7:3 107:6 116:15
**barred** 26:24
**based** 23:1 64:8 73:12,19 76:25 106:2
**baseless** 156:15
**basic** 101:24 157:12 158:15
**basically** 139:24
**basis** 86:24 159:11
**bathroom** 99:11
**baton** 123:21
**battery** 4:3
**beat** 42:19
**beautifully** 71:22
**becker** 3:3 6:3
**beckerman** 1:22 5:22
**beckerman's** 5:2
**beginning** 11:1 23:22 81:12 84:8 98:3,12 98:21 145:5
**behalf** 115:21 156:14
**belief** 92:8,10
**believe** 9:18 12:11 13:24 14:8 20:14 30:12,13 33:24 51:6,19 92:25 99:14 114:24 120:17 141:6 159:1 160:10
**believed** 73:25 111:13 135:14 135:16
**belong** 22:6 24:22 40:22 43:8 59:22
**belongs** 40:21
**bench** 78:18
**benefit** 100:9 120:1 159:15 159:17
**benjamin** 59:24
**best** 42:12 103:17
**better** 16:7 38:5 64:9 77:8 77:9 118:20 121:10 124:5,8
**beyond** 48:15 133:13
**bid** 76:12
**bidder** 118:16 118:22,25
**big** 60:22 90:6 90:8 94:24 100:24 120:8 125:16 139:5 141:23
**bigger** 21:9 101:2 121:10 124:2
**biggest** 122:11
**bill** 129:15
**billion** 19:23
**bills** 47:13 83:16 111:7 129:22 131:18
**bit** 9:9
**blame** 80:23
**bless** 59:4 82:18
**blesses** 82:15
**block** 54:21
**blood** 136:25
**board** 71:1 115:21,22,23 115:23
**bond** 84:8 147:15
**book** 53:8,12 53:13,14
**boon** 74:16 147:24
**boot** 72:6,21
**borrok** 72:23 72:25 80:16 130:15

**bother** 101:24
**bottom** 59:25 76:19 121:12
**bought** 98:2,4 98:11 105:9 129:12 144:23 145:5
**bound** 54:4,5,6
**bowling** 1:13
**box** 14:14
**boy** 125:21
**breached** 66:2 71:3 89:5 125:20
**breaches** 21:8 93:22,23 94:3
**break** 99:11,11 101:10 111:2 125:4
**breakdown** 9:18
**breeches** 21:10
**brethren** 114:19 116:20
**bring** 45:2 52:12 56:21 57:22,23 59:12 59:13,24 64:25 73:24 93:2,4 105:23,25 118:3 122:5 127:13,14 129:5,5,6,8,8 139:5
**broadway** 3:19
**broke** 18:6 118:8,9 126:25
**broken** 96:4 117:6,7 151:7
**broker** 49:1
**brokers** 73:20
**brooklyn** 115:12
**brother** 127:1
**brought** 41:18 59:22 70:1 98:25 99:13 111:11,13 112:10 113:21 122:4 125:7 130:3,6 131:4 131:5,6 133:5 135:9 141:8 145:18 148:22
**bruised** 66:5
**build** 58:18 59:3
**building** 142:9 142:10,20
**built** 102:13 107:25
**bunch** 15:16 34:23 64:4 92:23 113:22 122:25
**bunin** 3:15 6:5 6:5 90:25 110:20 111:7 137:6 154:23 154:23 155:2 155:11 158:19
**bunin's** 141:4
**burn** 23:17 35:17 123:9
**burned** 35:17 124:14
**bushwick** 64:3
**business** 34:2 47:8 48:22,25 50:17 57:1 61:13 65:11 79:17 87:4 88:23 92:22 114:7 117:13 117:14,16 141:18,18
**businesses** 109:22
**busted** 52:8
**busy** 43:1

**c**

**c** 3:1 5:1 9:20 162:1,1
**calendar** 10:19 51:11 76:15 138:11
**call** 5:23 13:20 54:19,19 71:20 72:8,10,11 75:8 94:9,10 95:23,24 99:22 131:5
**called** 50:12 52:20 65:1 72:8 73:12,13 86:16 94:14,15 102:11 116:17 116:18 118:16 127:8 134:7 135:2 139:5,8
**calling** 22:16 65:2
**calls** 5:5 80:2
**camaraderie** 109:17
**camera** 99:10 99:19 100:5 102:11,24 125:4
**cameraing** 100:13
**camp** 100:11
**canadian** 72:4 96:5
**canadians** 80:3
**candy** 127:22
**capably** 32:17
**captain** 57:2
**car** 98:1,20 142:24 144:18 145:5,19
**card** 61:13
**care** 15:5 16:17 23:4,4 24:11 24:14 27:10

28:8 32:15 71:8 95:25 96:2 100:24 102:13 115:6 116:4 125:8 126:20 133:7,9 133:22,25 142:2,25
**career** 70:10,11 72:18 73:19 87:6 108:23 121:17 131:22 133:6 135:8 142:13
**carone** 61:6
**carriers** 43:24
**carry** 10:5
**carter** 18:10 25:13 48:18 75:1,7,8,14,25 76:7,17 77:10 77:15 109:3,4
**carveouts** 125:21
**case** 1:3 5:6,23 5:24 6:21 7:20 7:24 8:5 17:18 17:19 18:25 19:18 20:21 23:21 27:3,17 29:15 30:11 38:10 61:13 66:12 75:6 76:21,21,22,22 78:10 94:19 104:24 109:8 109:18 111:24 118:15,21 119:18 124:19 134:21 139:18 142:1 147:21 147:22,24 148:8,15 155:25
**cases** 20:18 36:3 53:24
**cash** 48:23 121:11 123:23
**catch** 16:25
**caught** 68:21 86:5,6,7
**cause** 10:9 113:12 125:14 130:14,20,21 130:23 137:8 139:7 152:24
**caused** 27:5 49:18
**cautious** 65:2
**cease** 102:1
**cell** 142:8
**ceo** 37:14 88:21 96:8
**certain** 33:13 57:7 60:13 109:17 113:9 153:9
**certainly** 7:14 7:22 16:21 19:3,12 34:20 42:25 149:24 154:10 155:7
**certified** 162:3
**cetera** 7:5
**cfo** 50:12 127:4
**chain** 21:17 39:7
**chair** 132:2
**challenged** 131:21,22
**chambers** 5:17 45:25
**chance** 72:24 74:22 120:6
**change** 5:3 14:4 35:23 56:25 71:14 91:14 114:6,12
**changed** 49:22 90:24 114:10
**changing** 114:8
**channel** 107:17
**chaos** 101:19 101:19
**chapter** 7:13 8:8 16:1 17:20 56:10 94:6 105:1 120:3
**charge** 46:13
**charging** 101:17
**chased** 99:18
**chasen** 3:18
**chases** 99:10
**chasing** 136:15
**chassen** 6:8 24:1 26:1,4 27:9 30:4 36:21 49:3,19 49:20,23 52:11 52:24 53:6 57:12 63:11 64:18 65:11 67:24,24 68:2 73:5 80:12 83:6,9,11,22 84:2,3,7 86:3 88:17,19,23,25 89:17 91:15 97:24 98:20 100:2 111:11 112:11 114:13 120:3,8,9,15,21 123:12 124:25 125:6 126:18 126:21 127:17 128:25 129:1,6 132:19 134:11 135:13 137:22 138:12 139:11 142:11,15 143:4 148:9 149:8,8 150:3 150:8,13 155:22 156:14

**chassen's** 27:8 81:9 144:6 150:18
**chassin** 3:3 6:3
**check** 14:14
**checked** 80:1
**chief** 43:2
**children** 32:13 85:13 87:7 133:13
**chill** 115:5
**chime** 12:19
**choice** 21:15,16 31:21 102:17 126:12 142:6
**choices** 48:21 139:17
**choose** 112:17 152:6
**chop** 28:2
**chopping** 27:25 99:21
**chose** 155:24
**circles** 97:4
**circular** 139:17
**circumstance** 106:11 134:21 153:9
**circumstances** 50:24 135:6
**city** 62:2
**civil** 98:24,24 98:24
**cjc** 29:22
**claim** 9:24 19:3 19:7 26:4,9,16 35:10 36:20,25 37:10,24 46:21 47:17 48:4 63:20 71:21 120:10,12,16 121:4,5 132:19 135:10,15 136:14 141:14 141:15 144:9 144:10,16 147:2,4,13 148:14,19 156:2,2
**claimed** 97:9
**claims** 7:3 19:13 25:23 27:1 35:3 36:1 38:9 63:22 64:12 80:15 88:12,13,14 105:18 106:17 106:22 107:5 132:13 144:4 146:18,22 147:8 148:22
**clarification** 11:21 12:20 14:3
**clarify** 12:11,13
**clarity** 7:15 11:25 64:12
**class** 114:7
**clawbacks** 111:18,20,21
**clean** 52:20 134:22 135:5
**clear** 12:1 39:2 41:5 43:23 48:5,5 49:25 59:6 60:13 66:17 67:6 75:24 84:11 99:16 115:8 122:14 123:20 136:18 153:20
**clearly** 7:11 31:8,8 69:2,12 70:14 73:2 88:11 115:15 143:25 144:1 152:22 159:24
**clerical** 52:15
**clerk** 5:2
**client** 9:19,22 9:24 10:3 16:10 155:20 156:3,17
**clock** 157:16
**close** 12:22
**clothes** 99:19
**club** 114:19 116:21
**cmbs** 71:9,11
**cocktail** 114:25
**code** 9:21 20:19 20:20 86:10
**cohen** 18:6 28:9 28:9,25 29:3 30:18 33:16 35:19 44:11,13 44:19,20,22 45:15 47:10 48:15,16 50:5 50:6 51:25 53:4,4 59:15 60:19,20,21,21 64:23 66:5 69:8 70:2,18 71:7,25 72:12 72:22 74:8 75:3 76:20 81:19 82:11 83:7,24 89:13 90:23 107:21 110:1,5 111:6 111:16 112:19 112:25 113:1 113:23,25 114:1 115:4 118:5 122:2 124:11,13 125:3,7,11 126:14 127:5 129:9,25 130:5 130:13 132:15 132:17 137:9 139:7 140:25 142:15,16

143:12 147:21
**cohen's** 29:1 33:12 56:23 74:22 130:6 147:24
**colleague** 54:24
**colleagues** 42:25 43:4 114:25
**collegiate** 131:25
**combination** 102:4,12
**come** 9:4 25:22 27:2 37:2 45:3 50:9 53:3 54:18 64:5 93:1 103:18 104:11 107:18 110:17 118:11 122:6 127:15 132:7 133:15 133:19 135:14 136:2,7 139:14 153:10,10 160:8
**comes** 48:9 153:9
**comfortable** 51:17 102:9 126:7,11
**coming** 23:14 63:6 107:7 139:6 143:23 144:2 146:9 150:13,14 156:20 160:19
**commandeered** 113:19
**comment** 17:6 155:15,19
**commentary** 12:20 45:25
**commented** 46:7
**commenting** 150:18
**comments** 17:5 25:8
**commits** 149:22
**committed** 20:4 20:6 96:18 149:9
**common** 141:2
**communicati...** 10:10
**companies** 84:23 96:6 142:21,21
**company** 35:17 35:18,19 44:14 46:13 47:6,23 48:8 64:4,7,9 69:9,9,18 71:6 82:19 83:22 84:1,18 105:22 109:23 127:25 129:20 130:1 137:24 142:19
**company's** 44:24
**compensation** 138:4
**competing** 48:3
**complain** 16:7
**complaint** 36:21 153:19
**completed** 11:19
**completely** 48:12 68:12
**complex** 8:6
**complexity** 11:1
**compliance** 14:8 15:1
**compliant** 13:3
**complicated** 7:6 142:1
**compliments** 148:5
**complying** 7:12 8:10 15:3
**compromise** 19:19 136:19
**compromises** 136:19
**computer** 136:8,9
**concern** 7:18 40:25 79:9 89:2
**concerned** 59:8 59:9
**concerning** 44:19
**concerns** 7:25
**concise** 113:13
**concluded** 10:14 160:21
**concludes** 22:1
**conclusion** 107:22 146:2,4
**conclusions** 132:7
**condition** 101:6
**conducted** 82:8 109:2 118:21
**conference** 2:1 6:18 154:6,20 157:1
**confident** 132:4
**confirmed** 18:24 19:18 156:1
**conflict** 36:17 45:21 49:18 54:9 74:13 115:19 116:1,2 116:2,3,14
**conflicts** 138:17
**confusion** 11:10

**conglomerate** 108:6
**conglomerated** 108:6
**connected** 27:6 27:8
**connection** 5:18 92:4
**connectivity** 5:15
**consent** 40:15 57:20 82:5
**consents** 82:7 137:10
**consequence** 109:6
**consequences** 85:12
**consider** 32:23 33:2
**considerate** 99:17
**considered** 145:6 155:4
**consistent** 8:22
**consists** 123:6
**consolidate** 122:5
**constant** 16:14
**constantly** 33:9
**construction** 121:17
**constructive** 131:24
**consummated** 58:15
**contact** 5:17
**contacts** 134:7
**contempt** 5:14 66:7
**contents** 86:15 97:8,9,13 100:7
**contest** 100:10 121:25 122:1
**context** 119:16
**continue** 25:8 72:18 79:5
**continued** 49:23
**continues** 93:7 110:1
**contract** 46:13 65:20 66:10 114:10,12 138:24
**contracts** 114:6 114:8
**contradicts** 84:13
**contrary** 18:11 77:3
**control** 25:3 30:6 33:18 36:11 69:8,17 70:24 71:5,14 113:18 124:12 124:13 127:25 137:21,23,24 138:1,5,7
**controlled** 79:18
**controller** 68:13
**controlling** 67:3,9 68:4,5 71:2
**controversial** 11:22 49:5,17 49:18 109:23 109:24
**conversation** 9:17 14:20 38:22 52:10 140:4
**convert** 38:10 94:6
**converted** 120:2,5
**conveyances** 69:12
**cooper** 81:12 81:15
**cooperate** 10:3
**copied** 97:19
**copies** 41:16 97:18,20
**copy** 56:1 125:4
**core** 80:20,21
**cornell's** 73:15
**corner** 103:1
**corporate** 60:7 77:2 105:22 107:18 130:16
**corporately** 121:21
**corporation** 21:19 65:16
**correct** 13:1,16 13:18 18:5 56:13 62:9 80:22
**corrupt** 29:10 72:21
**corruption** 30:1
**costs** 63:2 69:14
**counsel** 8:17 17:15 43:9 44:3,21 78:11 79:24 87:14 94:13
**count** 153:22
**counterclaim** 38:1
**countless** 17:13 21:3,3,4 25:20 27:1 43:24 46:4 67:4 74:18,19 85:20 86:4 110:5
**country** 162:21

**couple** 16:24 79:4 105:6 118:23 143:2,3
**course** 7:6 22:13 30:19 56:20 61:25 66:3,3 75:21 76:4 77:4 81:3 81:23,23 88:8 93:24 97:20 147:4 148:15
**court** 1:1,12 5:12,14,21,22 6:14,17 8:17 9:2,8,12 10:21 11:5,13,15 12:10,16 13:1 13:5,9,12 14:4 14:12 15:6,7 15:10 16:4 17:22,24 18:2 18:7,9,12 20:1 20:7,11,14,17 20:23 21:6,10 21:12,15,18,21 21:24 22:5,8 22:12,16,21,23 22:24 23:5,6,7 23:10,11,19,25 24:4,7,9,11,14 24:16,17,19,22 25:1,5,10,15,17 25:21 26:2,5,8 26:11,15,17,20 26:22 27:7,12 27:15,17,22,24 28:2,5,8,16,18 28:24 29:4,8 29:11,12,13,15 29:16,21,24 30:6,7,9,11,11 30:13,21,23,24 31:2,6,12,15,18 31:20,22,25 32:2,4,9 33:24 34:4,8,10,16,18 34:23 35:2,5,7 35:10,16,22 36:2,6,10,13,24 37:2,10,17,19 37:24 38:4,13 38:19,21 39:4 39:6,10,12,14 39:16,20,24 40:2,4 41:10 41:11,20 42:1 42:14 43:13,25 44:2,6,9,10,12 44:15,25 45:5 45:12,16,19,22 46:2,6,9,12 47:1,3,4,8 48:1 48:17 50:1,1 50:10,12,21 51:1 53:8,11 53:23,24 54:4 54:7,11,15,18 54:22 55:11,14 55:18 56:3,7 56:12,16 57:5 57:10,14,18,24 57:24 58:1,6 59:5,11,16,19 60:4,17,18,19 61:1,9,9,13,15 61:18,22,23 62:7,7,12,15,15 62:16,17,18,20 62:22,25 63:1 63:4 64:20,25 65:13,15,20,24 66:1,6,7,7,8,12 66:15,18,21,24 67:1,5,8,13,15 67:19 68:7,9 68:19 69:7 71:10,12 74:18 75:6 76:7,22 77:3,6,7,8,9 78:6,8,9,16,17 78:19 80:13,24 80:25 81:1,16 82:6,14,18 84:9,21,25 85:4,6,9,15,23 86:1,8,11,14,17 87:24 88:1 89:4,7,15,19,24 90:3,7,10,13,19 91:2,8,24 92:1 92:4,6,7,9,11 92:13 93:4,6,7 93:9,13,15,25 94:12,16,21 95:1,5,11,16,21 95:25 96:3,7,9 96:10,12,13,13 97:1,16 98:10 98:25 99:3,4 100:3,5 101:1 101:4,13 103:22 104:3,6 104:10,14,17 104:18 105:11 105:24 106:2,7 106:10,19,21 107:3,13,18,21 108:4,12,15,16 110:6,18 111:25 112:2,2 112:3,4,6,11,15 112:21,24 113:3,5,10 114:1,8,16,22 115:7,13,15,25 116:5,7,8,11,13 116:19,22,25 117:9,12,15,18 117:22 118:1 118:14 120:24 121:3 123:1 126:11 127:5 127:12 128:21 134:8,12 137:3 137:8 139:5,6 139:7 140:1,20

140:23,25 141:1,7,8,16 143:20,21,23 144:17 145:4 145:25,25 146:4,15,20,21 146:22,24 147:1,6,9,14 148:18,21,25 149:2,4,6,9,12 149:16,24 150:13,14,16 150:19,21,22 150:23 151:3,5 151:8,13,15,17 151:19,20,21 152:1,4,7,8,12 152:15,17,18 152:19,20,21 153:5,8,12,14 153:18,25 154:3,5,25 155:3,13,16 156:8,18,19 157:20 158:4,6 158:11,16,23 159:1,3,6,10,16 159:20,25 160:15,20

**court's** 5:13 151:18

**courtroom** 54:25

**courts** 22:7,11 22:11,14 38:3 52:8 53:16,17 53:20 55:6,10 111:21 112:13 130:3 141:2 147:11

**cousins** 32:14

**covenant** 125:20

**cover** 130:11

**coverage** 44:15 46:15

**covered** 45:1 130:16 143:6,6

**cow** 79:11

**crap** 51:23

**crazy** 40:24 42:16 153:2

**create** 55:2

**creating** 58:24

**credit** 103:8

**creditor** 6:13

**creditors** 15:15 79:16,22 90:18 105:12 108:5 127:1 132:9 140:9,10,11 151:25

**crime** 20:24,25 27:16 95:3 145:7 147:12

**crimes** 21:4 95:12 96:17

**criminal** 73:9 145:19

**criminal's** 145:18

**criminality** 84:6 89:12,13 89:15

**criminally** 51:22 52:16 136:6

**criminals** 27:6 27:8 42:5

**criticize** 97:11

**criticized** 97:10 102:8

**criticizing** 45:18,20

**crossed** 65:5 70:4 129:10

**crosses** 152:25

**crow** 60:22,23 60:25

**crowd** 136:3

**crucified** 117:24,25

**cry** 68:17

**crying** 144:7 146:11

**crystal** 12:1 49:25 69:11 70:14

**curated** 57:6

**currently** 94:13

**curtain** 73:1

**customer** 100:19

**customers** 139:11,13

**cut** 157:11 158:14 159:12 160:3,8

**cynthia** 62:1,11

**d**

**d** 5:1 161:1

**dad** 52:5

**damage** 93:6,7 93:8

**damn** 74:6 107:24

**dana** 47:19

**dance** 41:7,9 75:16

**darndest** 103:8

**date** 7:3 10:19 47:7 58:12 107:6 132:13 162:25

**dates** 71:15

**daughter** 101:23

**david** 53:7 57:23 60:15,16 106:1 107:20 107:22 129:9 129:10,11 138:7,16

**davis** 117:3 125:16
**day** 10:18 30:22 41:21,23 54:9 60:13 69:23,24 80:16 80:25 82:21 83:1 87:21 88:20 90:12,14 100:25 104:19 107:24 108:14 111:6 112:18 125:21,22 126:21 129:4 131:6 134:1 137:24 138:5 138:10 140:16 141:5 142:14 146:13 153:6 156:19 160:19
**days** 13:17 16:25 24:2 52:11 76:4 78:22 79:4 81:16 109:13 121:1 125:5 138:25 157:13
**dead** 20:3 32:14 33:22,22 33:25 46:8 77:11 98:3
**deadline** 103:2
**deal** 6:21 28:17 28:18 37:25 53:21,23 60:2 68:21 70:21 74:3,22 81:6 87:15 94:8,10 95:2 105:7 106:22 109:20 110:22 117:6 125:16 126:6 126:18 132:5 132:11,13,15 139:25 141:10 141:11,14 143:8,15,21 146:20,21,22 148:14,17,19 148:25 153:3 154:19
**dealing** 19:23 28:20,21 53:15 109:10 117:7 129:21 136:12 139:16 148:15
**deals** 148:20
**dealt** 7:4 36:18 38:1 47:1 51:23 108:8 121:16 132:14 132:16 157:1
**death** 17:16 80:8 123:7
**debate** 111:23
**debt** 105:18
**debtor** 1:9 3:4 11:2 151:24 155:4
**debtor's** 154:21
**debts** 8:9 33:19 79:17 123:24
**decade** 50:18 63:8
**decide** 10:17 33:16 78:7,7 78:10,17,20 112:6 128:8 140:10 149:18
**decided** 21:25 76:25 92:13,15 150:23 151:18
**decides** 61:20 62:10,14 76:23 77:3
**deciding** 44:12 81:11
**decision** 56:21 99:5 119:4 123:20 128:7,7 128:9,9,10,25 146:20 152:18 152:19,21
**decisions** 44:8 62:3 114:23 119:5 137:13
**deed** 142:9
**deemed** 5:14
**deep** 88:22
**defamed** 155:20 156:3
**default** 48:24 121:18 129:23
**defective** 118:4
**defend** 64:9 80:16 90:21 103:11 122:12 124:9,9,9 155:25 156:6
**defendant** 30:22 53:25
**defense** 9:25 78:11 80:25 83:12,13,23 125:1,12,16 126:15,19 148:12
**defense's** 78:11
**defined** 66:14 78:12
**definitely** 6:19 13:13 104:16
**definition** 75:11
**definitive** 44:25 145:14
**definitively** 16:21 95:8
**degree** 10:22 27:25 51:21
**degrees** 51:20
**dehydrating** 101:10
**delaware** 21:21

**delay** 159:5
**demanded** 157:11
**demeaning** 156:16
**demonstrated** 149:25
**demonstrating** 150:2
**department** 84:19 85:25,25
**depositions** 120:10
**describe** 107:18 110:19
**described** 38:12 134:21
**describes** 84:12
**deserve** 102:1
**deserves** 59:19
**desist** 102:2
**desk** 76:12
**desperate** 83:20
**destroy** 92:3 136:5
**detailed** 72:9 72:11
**details** 90:4,6
**detector** 144:19
**deteriorate** 25:6 72:11
**deteriorated** 23:22 110:12
**determine** 45:7
**determined** 91:25 92:2 153:12
**development** 128:19
**dfs** 84:19,19
**dialogue** 16:12 17:12
**dictator** 56:24 57:7
**died** 72:7 137:15
**difference** 67:2 75:20
**differences** 75:18 76:11,13
**different** 32:5 96:22
**difficult** 10:5 86:20 112:13 131:11
**diminish** 91:4
**diminished** 138:14
**diminishing** 133:13
**diminution** 51:10
**dion** 138:20
**dip** 14:16
**direct** 61:17
**directed** 5:17
**direction** 25:14
**directly** 39:8 89:18
**director** 127:22 127:25
**directors** 115:21
**dirt** 114:2
**dirty** 68:16
**disagreement** 9:23
**disappears** 128:1
**disaster** 129:24
**discharged** 8:10
**discord** 29:4
**discount** 111:15
**discoveries** 41:23
**discovery** 130:22 146:13
**discussed** 81:2 88:10 104:15 105:1 107:2 126:7 146:17
**discussion** 8:12 104:18,20,22 104:23
**discussions** 16:11 73:23
**dismiss** 139:18
**dismissed** 104:25 109:8 109:13 140:6
**disparage** 10:15
**disparaging** 25:7
**display** 5:3
**dispute** 19:12 156:15 159:16
**disputes** 57:3 159:18
**disrespect** 15:15 41:12
**disrespecting** 15:22
**dissolution** 49:1
**distractions** 27:20
**distress** 72:7
**district** 1:2 18:11 73:3,9 73:10 78:8,9 96:10,14
**division** 73:9
**dmv** 52:10,14 52:20 142:25 144:21,25 145:3
**dmv's** 52:13
**docket** 6:25 13:6,10,22 14:1,19 15:19

16:2,6,20 74:17 155:21
**document** 30:12 39:19,23 41:4,5 97:5 125:18
**documentation** 59:6
**documents** 41:2,2,3,3,8,14 56:24 57:6,11 57:21 60:11,12 63:17 65:13 66:17 67:4,6 72:13 73:21 74:16,21 91:15 98:15 126:25 130:4 132:22 141:17,17 144:21
**doing** 15:3 16:13 23:14,15 27:23 37:8 39:1 45:7 46:10 50:24 51:3 59:10 73:11 81:13 89:5 90:22 91:22 93:8,19 100:11,13 103:4 107:12 113:4 115:5,5 127:8 132:6 133:4 134:25 141:5 144:2,9 144:12 146:10 153:17
**dollar** 59:18 67:23
**dollars** 50:19 63:8 87:2 111:9 122:24 123:22
**door** 85:3
**doors** 28:12 51:11 103:5
**doubt** 120:1 134:22
**drama** 23:24
**drink** 99:19
**driver's** 52:17
**driving** 52:17 100:1,2
**due** 12:25 13:13,15 15:13 95:9
**dueling** 140:25 140:25
**duties** 65:22
**duty** 65:18 66:13 67:8 68:10 79:15,22 89:14 149:10 149:23,25 150:11

**e**

**e** 1:21,21 3:1,1 5:1,1 161:1 162:1
**earliest** 10:19
**early** 141:9
**earn** 137:25
**earnout** 137:25
**earth** 114:2,3
**east** 118:16 136:2
**eastern** 73:3,9
**easy** 8:5 11:3 15:8 72:14 87:16 128:22 128:22
**eat** 60:22,23,25
**eating** 63:7 131:8
**economic** 68:3
**economically** 22:25 133:22
**ecro** 1:25
**edges** 111:3
**effective** 147:16
**effectively** 10:6
**eight** 138:2
**either** 16:19 17:4 38:18 41:2,4 58:2 68:15,16,23 91:16 106:11 140:5,6 145:6 154:14 159:11 160:8
**eject** 72:1
**electric** 132:2
**electronic** 100:16 104:1
**eloquent** 75:15
**email** 5:17 11:25 45:24 47:22 55:25 56:17 88:18,24 104:2 128:5 137:17 138:11 138:15,21 139:3 142:7 145:1 148:10
**emails** 10:8,11 30:15 39:20 97:18,20 127:21
**embarrassed** 130:12
**embarrassment** 100:10,25
**emergency** 78:23,24
**emotional** 85:4 85:7
**empire** 87:1
**employee** 66:2 121:8
**employees** 47:9 59:1 63:10

65:3 127:18
**employment** 10:6
**enamored** 118:21
**encourage** 107:16,17
**endeavored** 10:13
**ended** 86:22
**endorse** 83:6,8 83:22
**endorsed** 48:14 49:2
**endorsing** 83:10
**enforceable** 124:22
**enforcement** 85:19 134:10
**engagements** 47:24
**engineering** 51:21
**entire** 73:19 96:13,13 148:12
**entities** 23:12 34:19 40:7,9 43:14 79:18 80:19
**entitled** 15:25 44:15 45:8 46:15 69:20,22 88:12 132:20 140:11
**entity** 21:24 34:19 59:3 68:11 105:18 105:19,19,20 130:3 152:16
**equation** 29:7
**eric** 3:11 4:9 6:6,10 86:4,5 91:3 97:8 102:19 114:20 137:3,4 144:5 145:23
**erode** 69:7
**eroded** 72:17
**estate** 40:20,21 43:8,20,21 58:17 103:19 103:20,22 106:13 128:19
**et** 7:4
**evening** 51:19 110:24
**events** 9:16
**eventually** 18:20 21:20 68:22 105:16
**everybody** 39:1 100:7 107:23 127:1 133:2 142:3 156:20
**everything's** 136:20
**evidence** 43:15 92:14 110:17 118:11 134:20 148:9
**evidenced** 10:7
**ex** 10:10
**exact** 107:13
**exactly** 32:21 60:20 67:21 96:11
**example** 36:1 43:8 55:14 65:18 77:19,23 97:23 145:9
**examples** 89:22 89:23 97:3,4
**except** 68:25 90:19
**exchange** 45:24
**exchanges** 47:23 88:24 104:2
**exclusivity** 58:20
**excuse** 37:12 67:11 114:3
**executive** 72:18 73:18 101:8 126:9
**exemplary** 155:23
**exerted** 157:18
**exist** 35:3 41:8 58:7 109:18
**existed** 41:14 83:14
**existing** 9:25 10:2
**exists** 42:20 55:4
**expand** 137:8
**expect** 10:18
**expenses** 15:25
**expensive** 41:24 42:1
**experience** 157:4
**experienced** 41:13 73:24 108:20,21
**experiencing** 5:15
**explain** 130:15 135:21 160:6
**explained** 20:7
**explaining** 59:5 89:8
**explanation** 67:7
**explicit** 74:17
**explicitly** 65:18 90:1 98:1
**expose** 113:23
**extend** 159:11
**extension** 10:1 88:9 155:1,5,7 155:9 156:9 160:2,4 161:5

**extensions** 155:8
**extent** 13:18 38:16 119:8
**extralegal** 50:6
**extremely** 106:5
**eyes** 99:7 130:11,16 145:22

**f**

**f** 1:21 162:1
**face** 64:6 72:20 72:21 109:12 130:6 133:18 143:4
**fact** 23:18,20 26:21 27:2 28:7,8 33:2 37:15,21 43:15 56:13 61:21 64:8 103:12 107:12 111:10 134:10 143:21
**facts** 109:21 145:21
**factual** 89:22
**failed** 34:2
**fails** 10:3
**failure** 121:18
**fair** 45:5 111:22 120:13
**fairness** 24:4 45:5 94:12 115:16 150:24 152:17
**faith** 10:1 76:4 77:16,17 79:2 79:2 108:19 109:5,13 138:24
**fall** 68:17
**false** 80:15
**familiar** 71:9
**family** 32:16 37:4 58:5,24 133:9,16 140:17 144:23 145:5
**family's** 122:21
**fannie** 71:20,25 72:8,9
**fantastic** 76:17
**far** 12:5 23:1 47:18 85:11,12
**farm** 102:15
**farrell** 3:10 6:6
**fast** 48:2,2 49:16 81:5 128:6,18
**fault** 64:24 134:24 158:25 159:2
**fbi** 53:2
**february** 125:3
**federal** 18:6 29:14,14 30:10 30:11 62:15 75:6 76:22 77:6,8 78:13 86:1 120:24 121:3
**feel** 7:10 53:9 102:16 109:14 141:6 154:2
**fees** 30:20 70:17 155:24
**feet** 157:8 158:3
**feldman** 156:2
**felt** 102:5 131:21
**fictitious** 141:19
**fiddle** 75:4
**fiduciary** 7:23 88:13 112:23 112:25 113:1
**fifth** 36:7
**fight** 33:20 69:14 74:14 83:25 94:4 122:13 129:17 139:25 140:1
**fighting** 54:25 75:9 125:10 126:12,13 134:18
**figure** 18:23 19:9,10,17 87:20 88:5 106:23 107:5
**figuring** 112:15
**file** 8:23 15:12 18:7 22:22 26:4,9 38:9,9 49:3 55:21 76:2,5 77:1,18 78:14,25 80:3 147:9
**filed** 6:24 7:3 7:20 8:14,25 9:3,3 15:18 25:23 29:15 35:10,25 37:11 74:23
**files** 92:12 103:17,24 147:2 152:22 152:23
**filing** 10:8,10 74:25 75:12 86:23
**filings** 156:22
**filled** 145:1
**financial** 84:20
**find** 24:3 42:9 42:12,19 68:22 91:15 103:13 103:17 109:13 119:9 121:10 136:5 139:5

153:19 157:15
**finds** 68:25 103:14
**fine** 14:2 15:7 16:9 33:15 34:4 82:17 95:20 105:12 117:15 119:17 153:8 158:21
**fingers** 122:19 131:12
**finish** 33:14 40:5
**fire** 47:9 72:20 138:25 142:5
**fired** 27:1 36:21 47:8,9 51:22 120:23 139:1 142:11
**firm** 71:13,17 71:19 117:2
**firms** 46:21 47:16,19 71:4 71:5 116:23 139:5
**first** 5:4 8:19 14:20 29:15 36:20 37:14 41:21,23 64:15 84:7 87:24 120:21 124:6 152:13 159:21
**five** 37:1 54:25 58:20 63:24 99:14 101:14 132:6 146:7 147:18
**flexibility** 57:12
**floor** 3:5 4:3
**flow** 43:19,20 43:20 55:20 105:17
**flows** 40:20
**flush** 48:22
**fmla** 128:1
**focus** 18:14 25:10 27:17 32:5,18 33:9 38:5,25 39:2
**focused** 33:1 38:23 63:25
**focusing** 32:24 32:25
**folks** 37:14 64:15 72:10
**follow** 14:23 119:11
**food** 121:25 122:1
**foot** 51:13
**footnote** 76:24
**foreclosure** 129:23
**foregoing** 162:3
**form** 44:10 45:6,9,14
**format** 12:20
**former** 64:6 65:3,7 121:25 127:4,22 135:21
**forth** 9:10 12:3 29:14 30:14 110:25
**fortune** 63:2
**forum** 143:24
**forward** 6:21 8:5,9 10:15 17:7 19:17 23:23 32:19 33:7 35:24,25 42:4 48:2,3 49:11,16,19 53:5 58:22 72:15,15 73:17 87:13 106:25
**fought** 25:12
**foul** 126:22
**found** 46:15 86:21 91:15 128:23
**four** 6:24 13:15 13:15,17,24 32:21 35:4,25 36:1,3 37:1 47:4 49:6 105:9 109:13 125:11 132:6 146:7 151:10
**frame** 101:12
**frank** 30:3 60:9 61:12,14,16,17 72:25 74:12 116:2 117:4
**frankly** 18:6 38:16 47:7 60:24 88:12
**fraud** 20:4,6 64:1 83:10,24 86:2 95:4 121:5,6 123:5 123:6
**frauds** 40:12
**fraudulent** 69:12 124:24
**freaking** 56:22 60:10 142:18
**free** 69:19 123:25
**french** 114:3
**fresh** 8:9 134:2 143:19
**friday** 76:20
**fried** 60:9 74:12 116:1 117:4
**friend** 63:15 65:9 118:18
**friends** 61:4 124:16 135:18 135:19
**fritz** 3:10 6:6

**frivolous** 26:19 26:19 121:22
**front** 39:1 44:11,18 45:15 50:15,16 55:8 55:8 61:8 65:6 65:7,10 76:24 77:6,10 81:7 89:13,14,16 91:2,2,3,4 93:11 96:25 97:2 98:10,13 99:3,6 101:3 107:8 115:18 118:7 119:4 120:20 121:4 122:2 128:21 130:6 132:14 132:15,17 133:5 149:9,10 149:23 151:13 152:16 159:13 160:1,12
**fulfill** 79:19 84:23 123:18
**full** 57:11 71:20 110:24
**fully** 147:13
**fund** 34:2 35:20 48:11,22 79:21
**fundamental** 9:23
**fundamentals** 11:18
**funded** 46:19 46:20 48:25
**funding** 35:20
**funny** 26:3
**furman** 141:21
**future** 32:6,25 146:23

**g**

**g** 1:22 3:15 5:1
**gag** 117:24
**game** 122:22
**games** 77:13 132:1
**garbage** 27:20 27:22 110:5
**gary** 59:23 69:13 94:1
**gate** 51:12 102:3
**gates** 28:12 102:5,7,10,13 102:14,15
**general** 147:11
**generally** 68:9 149:19
**getting** 38:5 42:23 83:22 122:2 139:19 139:21 141:11
**gibson** 135:18
**give** 16:4 32:15 44:21,23 56:1 56:6,9,10 59:3 71:4 76:8,23 77:23 80:25 82:2,4,13,24 84:1 89:1,22 97:3,4 102:3,4 102:12 103:7 109:4,15 112:19,19 116:18 123:14 123:17,25 124:12,13 125:4,9 126:1 129:4,4 130:2 136:8,20,21,25 144:10,15,20 150:3 153:16
**given** 42:14,24 135:6 154:7
**giving** 37:8 44:25 76:9 82:22,25 84:3 88:16 111:8 120:1 127:21
**glass** 99:13,16
**glossed** 100:20
**glynn** 3:3 6:3
**go** 5:22 9:14 10:14 11:20 14:13 15:12 23:6,18 27:24 28:22 29:9 31:20 33:23,25 34:25 35:12,24 35:25 44:9 45:13 47:7,15 48:11 49:23 51:6 55:21,24 55:25 62:24,25 75:17,19 77:6 77:20 84:22 85:2 86:17,24 87:8 90:16 91:6 99:11 109:16 114:25 118:5 122:3,4 123:14 127:18 127:19 128:2,3 128:6 130:10 131:1,17 132:2 132:12 140:7 144:8 146:16 152:2 157:7,11 158:20 160:13
**goal** 8:7 63:11
**goes** 27:18,19 59:20 72:7 75:15 77:24 78:21,21,23,24 105:14 108:7 119:4 127:9 130:25 153:2
**going** 5:22 6:19 9:14 15:1 18:24 19:16,17 22:11 23:10

24:24 25:22 29:9 32:6,9,18 32:19,20,21 33:5,5,7,10,11 33:14 35:23 38:15 42:23 43:1,4,16,25 51:5 52:19 53:14,14 55:9 55:20 56:25 58:18,22 59:7 59:25 60:2 61:7 62:10 70:2 73:7 75:10,11 76:14 76:15 78:4 79:4,5 80:3,20 82:19 83:1,1 84:2 85:14 87:12,19,20 88:1,2,2,5,6 93:2 94:7 97:3 101:11,15 102:8,21,21 103:3 104:14 106:2,13,14 107:7,20 108:18 111:16 111:23 114:12 114:13 115:2,5 115:5 119:6,8 119:10,11,25 120:22,24 122:8,16 123:1 123:7,18 126:18 127:10 127:11,11 129:23 132:5,6 132:11,13,16 132:17 136:12 138:10 139:17 141:13 143:9,9 143:18,18 145:2,13 146:7 146:10,21 147:3 148:17 148:21,24,25 149:2,16 151:10,22 153:13 154:18 154:25 155:5 157:11 160:9 160:15

**goldman** 121:18

**goner** 126:24

**good** 5:21 6:2,5 6:7,9,11,15,17 10:1 18:14 47:9 50:2 64:12 74:1,6,6 75:1 76:3 77:16,17,21 78:20 79:2,2 90:5 94:6 97:5 101:19 103:7 108:19,22 109:5,12 132:18 133:10 138:24 148:1 155:14,16,18 156:19 160:19

**goodbye** 60:14

**goodness** 22:13

**gosh** 61:4 68:16 68:20 72:1 84:14 103:8 107:14 114:24 124:18 134:16 135:25 148:13 150:5 153:1

**gospel** 151:15

**government** 72:1

**grabbed** 75:7

**grade** 75:16

**grandmother** 130:9

**grant** 114:13 155:1,4,5,9

**granted** 35:19 78:4 82:11 129:25

**granting** 111:6 156:9

**grass** 157:12 158:14 159:12 160:3,8

**great** 11:7 43:3 52:5 73:15 76:18 141:23

**greatest** 74:1

**green** 1:13

**greenberg** 60:9 116:24 118:24

**greg** 59:22 69:13 94:1

**griffin** 47:20 75:6,21 76:5 77:12 79:16

**grounds** 9:22 64:4

**group** 116:3

**grow** 158:3

**guarantee** 49:8 129:16

**guaranteed** 37:17 69:2

**guarantees** 37:13 49:10

**guarantor** 58:22 72:3

**guess** 8:16 9:5 10:21 13:25 14:2,21 71:23 78:18 98:3,4 102:21,23 128:24 154:1

**gun** 7:21 137:3 137:4

**guy** 19:6 72:4 74:8,9 75:13 76:19 92:2 93:6 102:4,18 117:16 119:20

119:22 121:14 133:2 136:15 142:23 152:25
**guys** 17:12 77:5 109:16 114:19 134:11 140:18

**h**

**ha** 77:25,25,25 77:25 142:14 142:14
**hacking** 99:20 101:8
**half** 26:15 27:1 43:21 51:13 64:24 81:22 82:11 105:14
**halt** 16:25
**hand** 53:15 66:4 105:7
**handed** 99:15 145:23
**handful** 34:13 53:22
**handled** 137:2
**hands** 34:12 101:20 102:14 116:9,10,11 134:22 135:5 135:24 151:15
**hanging** 36:17
**happen** 18:20 33:8,11 54:4,6 54:6 71:15 79:6 96:23 97:1 144:6 155:20 160:11
**happened** 7:13 17:23 18:1 21:4 30:17,17 33:10 35:22 44:18 48:20 60:1 64:21,22 64:23 69:7,25 71:14 72:9,14 74:11 79:14 80:5 96:21 99:6 103:25 105:6 111:12 115:10,11,12 115:14 124:10 126:2 127:24
**happening** 85:24 89:16 110:11 122:7,8 148:18
**happens** 14:22 18:20 19:19 38:6 46:20 95:21 115:8 149:20
**happy** 12:16 14:5 34:25 45:1 48:18 74:7 132:2 137:6
**harass** 24:3
**harassing** 150:13
**harassment** 100:4
**hard** 14:10 29:18 37:6,7,7 42:21 47:2,2,2 54:23 55:7 60:2,4 94:25 100:11,13 101:21 112:18 119:3 124:19 128:14,19,20 131:11 154:18
**hardest** 124:9
**harmfully** 135:8
**harsh** 108:3 122:9
**harshest** 121:16
**hate** 28:10 114:12
**hated** 46:3
**haynes** 74:16 147:24
**he'll** 126:4 138:7 146:13
**head** 7:21 18:8 28:22 42:19 65:14 123:20 130:11 141:22
**health** 32:16 87:8 133:12
**healthy** 133:10 133:11,11
**hear** 20:4,5 21:3,5,7,8 27:13 52:10 55:18 58:19 59:14,14 94:2 94:2 97:14 138:10 151:9 154:17 159:13
**heard** 20:9,12 75:3,8 85:19 85:20 99:7 110:3 130:8 134:21 136:18 144:1 154:21 155:12 156:16
**hearing** 2:1 5:2 5:17,19 7:17 120:2,4 139:11 143:24 154:13 156:3
**hears** 142:25 143:1
**held** 43:11 66:7 83:2,13 126:14
**hell** 42:17 57:1 59:23
**hellbent** 49:19
**help** 32:2,20 50:5 65:11 102:19,21
**helped** 51:16 129:13,15

**helper** 102:25
**helpful** 11:7 159:21
**helping** 17:1
**herbst** 56:6,8 59:23
**hero** 121:20
**hey** 59:4 145:1
**heymann** 57:23 60:15,16 106:1 107:20 138:7 138:17
**heymann's** 107:22
**hi** 147:18
**hide** 39:2 87:25
**high** 128:23 133:15 134:3
**higher** 77:3
**highest** 62:18 62:20 134:14 143:20,20
**highly** 49:17,18 52:5 134:22
**hilary** 135:18
**hire** 55:21 122:11,12
**hired** 49:1 76:5 116:23 117:3,4
**history** 100:1,3
**hock** 122:10
**hold** 48:2,3 125:1
**holding** 30:24 59:21
**holdings** 70:20
**holistic** 58:4
**holy** 79:11
**home** 69:3 106:9
**homes** 37:13
**homework** 51:19,21
**hominem** 156:15
**hon** 1:22
**honest** 134:4 155:7
**honestly** 87:17 91:25 101:5 139:20 154:20 159:21
**honesty** 133:17
**honor** 6:2,5,7,9 6:11,15 10:17 12:12,18 14:21 16:18 17:14 26:3 27:10 38:16 42:11 43:10 44:20 50:19 51:20 53:1 54:14 55:7 58:21 63:13,20 64:19 70:5 74:4 76:3 79:6 81:20,25 82:14 85:3 102:14,24 103:6 110:20 112:22 123:5 123:11,15 124:1 125:2 126:17 127:15 128:2,10 129:17,18 131:3 133:1,23 137:11 142:1 154:23 155:11 155:12 156:11 156:23 157:6 158:25
**honor's** 10:8
**honorable** 56:10
**hook** 71:16
**hoot** 70:18 116:18
**hope** 12:10 17:9 84:10 120:18 142:25 143:1 153:6 157:15
**horrible** 157:22
**horrific** 51:8 65:8 91:1 105:3 113:25 115:2 119:20 143:10,22 151:20 157:4
**horse** 118:16 118:22,25
**hosinski** 3:3 6:3
**hostage** 30:25 43:11 47:2 83:13 125:1 126:15
**hot** 110:22
**hour** 99:20 141:25 142:2 154:7,8,9
**hours** 73:16,16 73:17,17 101:9 110:21 154:9
**house** 100:1,2 132:21 136:7 151:21 152:2
**hr** 127:22,24
**huebscher** 3:11 4:9 6:6,9,10 28:11 33:25 51:4 86:4,5 97:8,14 102:12 102:12 116:2,4 116:7,7 118:5 137:5 145:23 158:20
**huebscher's** 102:20 137:3
**huge** 60:23,24 60:24 131:4
**huh** 145:6
**human** 68:6 120:7 131:9 137:12

**hundreds** 37:15 72:13 87:2 88:22 111:7,9 123:6 125:17 145:10
**hung** 73:12
**hurt** 83:15 124:25 128:12 133:21,25 151:23
**hyde** 2:25 162:3,8

**i**

**ice** 79:3
**idea** 40:15 45:8 61:7
**identical** 36:20 120:20 121:3
**identification** 105:6
**identity** 52:11 142:24
**ignore** 68:12
**ignored** 16:14 16:15 30:23,24 31:1 72:10,12 111:14
**ignoring** 11:18
**ii** 133:16
**illegal** 50:4 52:6 60:24 93:22
**illegally** 52:11
**imaginable** 48:15 122:11 125:21
**imagine** 129:10 137:22
**immediately** 72:7 74:12 75:7 110:23,23 138:13
**immunity** 110:13
**importance** 125:7
**important** 15:21 32:11 52:4 84:14
**imposition** 10:9
**impossible** 10:14 107:15 160:6,7
**improper** 63:16 95:15
**improperly** 72:18
**imran** 30:4
**inappropriate** 155:6
**inappropriately** 139:12
**include** 15:11 146:21
**including** 13:24 32:3 91:12 110:12,13 142:3
**income** 15:25 153:1
**incriminate** 100:19
**indemnificati...** 48:5 70:5,14 127:18,20
**indestructible** 121:15
**indiscernible** 17:22 26:20 34:10 35:10,11 57:16 58:11 59:18 101:16 106:1 111:10 116:19 130:9 130:10 149:6
**individual** 51:16 120:14
**individual's** 36:8
**infatuated** 74:11,12,15 148:3
**information** 16:1,2,8 17:2 23:2 103:23 107:8 157:6
**initially** 48:6
**insignificant** 39:11
**insinuated** 65:1
**insists** 9:22,24
**insolvency** 85:1
**insurance** 32:3 43:23 44:14,16 44:17,19,24 45:2 47:15,23 48:8 70:19,20 70:23 82:16,19 82:22 83:6,9 83:10,11,22,23 84:1,18,22,25 109:23 136:24
**integrity** 133:15,17 134:3
**integrity's** 134:2
**intellectual** 50:9
**intend** 9:19
**intentionally** 48:7 86:12 98:18
**intentions** 12:9
**interest** 40:8,9 45:21 68:5,5 115:19 116:14
**interested** 73:10
**interesting** 23:13 26:10,13 26:14,16,17 149:5,7

**interests** 23:9 67:3,22,23 68:3,12,22
**interfere** 71:25
**interfering** 5:16
**interpleader** 46:13 48:8,11
**intervened** 27:3,4 112:11
**interviewed** 59:1
**invading** 99:23
**invested** 36:9 64:7 136:1
**investigate** 95:12 96:18
**investigation** 94:17,18 95:8
**investment** 74:5 79:18 130:2
**investments** 123:13
**investor** 124:3
**investors** 63:23 63:23 88:15 122:1 123:18 124:8 135:9,17 135:24
**invite** 76:15
**involved** 7:20 46:14 92:19 94:19 112:14 120:15 140:19 149:3
**involvement** 12:16 44:1
**involves** 19:18 20:24 146:18 152:8,10,12
**israeli** 36:8
**issue** 9:15 12:21 15:1,14 19:5 56:18 89:2 91:22 97:22 99:3 116:13 148:20 157:3,3
**issued** 69:25 89:4 107:3 110:25 157:2
**issues** 5:16 17:10 19:4 29:14 40:16 53:15 55:1 76:20,22 81:23 87:19 110:23 113:7 118:3 121:17,18 140:24 141:8 145:24 146:21 156:24
**it'd** 93:19
**it'll** 37:25 81:14
**item** 99:1

**j**

**jacobs** 35:25
**jail** 46:10 86:24 87:8 126:4 132:1 151:21
**jared** 3:18 6:8 24:1 30:4 44:8 47:8 48:3 67:24,24 68:2 80:2,3,12 83:6 83:8,18,19 86:3 120:3 129:6 135:13 141:16 142:5 143:1 144:6 147:14 150:12 150:17
**jared's** 82:10 82:10 135:17 135:19 137:4
**jason** 50:16 65:9
**jeff** 79:11 127:19,20
**jeffrey** 1:7 4:10 5:25 6:15 10:24 53:20 58:22 67:23 68:2 69:11,22 70:22 71:2,23 103:15 107:24 108:1,3 110:4 121:14 131:9 137:13,14,17 137:19,19,20 138:20 143:12 143:13 150:12 152:14,14
**jj** 23:16 47:18 48:14 53:19 58:16 65:19,21 66:1,19,21 67:14,22 68:23 69:7,19,22,24 70:21 74:23 75:22 80:9,9 80:10,10,11,14 81:3,7 83:8 84:4,12,13 92:7 93:21 111:14 113:5,7 113:8,9,11,17 113:22 125:19 127:19 130:2 130:13,14 132:22,25 135:2 136:23 137:5 143:13 150:11 151:18 152:18
**job** 15:21 33:15 33:17 51:23 60:15 66:2 72:19 95:12,13 95:14,16 96:3 102:18 112:4,7 112:7

**joel** 18:6 29:3 45:15 53:4,4 72:22 137:9
**join** 124:25
**joinders** 124:24
**joined** 26:21 147:14
**joint** 83:13 125:1,12 126:15,19 148:12 150:7,7
**jonathan** 81:12 81:15
**jpmorgan** 37:8 64:15 88:15 109:21 139:4
**judge** 1:23 5:2 5:5,21 18:6,10 25:13 28:9,9 28:25 29:1,3 29:10,23 33:12 33:16 35:19 43:2 44:11,13 44:19,20,22 45:15 47:10 48:11,15,16,17 48:18 50:5,5 51:25 54:24 56:23 59:15 60:19,20,21,21 64:23 66:5 69:8 70:2,18 71:7,25 72:12 72:22,23,25 74:8,22 75:1,3 75:6,8,14,25 76:7,17,20 77:10,15,15 80:16,17,18,23 80:23 81:7,8 81:13,18 82:11 83:7,24 85:18 89:10,13 99:13 104:13 107:21 108:22,23 109:3,4 110:1 110:5,13 111:6 111:16 112:19 112:25 113:1 113:23,25 114:1,1 115:4 117:8 118:5,14 118:18 119:2,3 119:18,24 121:2 122:2 124:11,12 125:3,7,11 126:5,14 127:5 129:25 130:5,6 130:13,15 132:15,17 134:13 137:9 139:7 140:25 141:20 142:1,3 143:11 148:1 151:1,2,4 152:21,24
**judge's** 128:7 134:17
**judges** 30:2 61:19,20 62:14 92:19 113:23 126:6 131:20
**judging** 136:12
**judgment** 118:12 155:24
**july** 12:6,24 14:6 16:21,23 17:7 36:22 49:16 97:13
**jumping** 120:8
**june** 11:20 12:4 14:2 16:22
**jurisdiction** 20:8,23 96:10 96:12 107:5
**justice** 33:4 128:16 133:8
**justified** 140:10
**justify** 114:5 119:10

**k**

**keep** 17:2 18:19 27:4 115:5 118:3 122:22 134:18 136:9 156:13
**keeps** 83:20
**kept** 37:15 119:24 120:1 125:15 137:16
**kevin** 31:1 44:7 55:25 59:9,10 63:16 70:1 74:17 115:17 115:19,20 116:1 135:1,12 137:16
**key** 50:17 64:17 65:4 71:23
**keys** 101:24 102:3,3
**kiboshed** 93:22
**kick** 125:24
**kicked** 129:19
**kicking** 125:10
**kid's** 141:22
**kidding** 147:20
**kids** 52:3 85:12 123:1
**kill** 22:17
**killed** 77:13
**kind** 42:25 72:19 99:16
**kindest** 99:12
**knew** 37:14 49:4 83:14 88:21,21 94:1 118:18 121:8,9 125:14,22 135:12 137:21
**knight** 55:1
**knocked** 85:3

**know** 7:8,8,18 7:19 11:1,3,5 12:1,2,3,6 14:21 15:14,19 16:9,10,16,24 17:1,10,11,22 18:20 19:2,8 19:16 20:2,9 20:11,14 22:3 23:14 25:11 26:5,25 27:3 29:8,13 30:8,8 33:1,15 34:12 34:14 35:14 38:6 40:5,10 40:11,15,24 41:24 42:13,17 42:18,18,22,25 43:6 44:22,24 45:23 46:18,19 48:15,17 49:9 49:17 50:6,10 52:13 53:3 54:7 55:15 56:5 58:19,21 60:1,8,12 61:3 61:11 62:5 63:12,12,13,15 63:17,21,23 64:20,21,21,23 64:25 66:19 69:25 70:3,7,9 70:13 71:7 72:16 73:8 74:11,16,22 75:1,9,23 76:14 78:3,12 79:3 80:9,10 81:24 82:1,3,5 82:8,8,11,14,17 82:23 83:6,7 83:17,24 84:6 84:19,25 85:17 86:22,25,25 87:5 90:4 91:17 92:21 95:25 96:1,2,4 96:6,9 97:19 98:16 99:8 101:9,20 102:14,20,24 103:2,25 104:16 105:4 107:3,6,9,14,22 107:22,23 108:18,25 109:1,6,25 110:9 111:4,8 113:14,19,22 114:7,11 115:4 115:10,10,15 115:17 116:23 119:2,3,24 120:5,18,25 123:10,11,14 123:15,21 124:5,10,23 125:2,5,10 126:1,2,14,16 126:17,23 127:2,5,6,15,17 127:24 128:15 129:9 130:7,8 132:2,3,7,8,17 133:13,14,14 134:1 135:12 135:13,13 136:10 137:2 137:11 139:22 140:5 141:6,13 141:21 143:2,8 143:16,16,19 145:12,16,17 145:18 146:2,3 146:6,9 147:19 147:22 148:8,9 148:16,18 149:14,14,25 153:18 154:13 156:5,11,25 157:5,13,14 158:2,5

**knowing** 52:17

**known** 53:7 145:19

**knows** 83:17 126:3 150:15

**kurman** 47:16

**l**

**labor** 100:9,11 112:18 141:5

**land** 62:18,21

**landlocked** 122:20,20,21

**landlord** 128:22

**lane** 52:21,24 118:14,19 119:2,24

**lane's** 54:24

**large** 23:21 108:9 126:10

**largely** 32:17

**late** 154:24

**latest** 52:13

**laugh** 62:3,5

**laughable** 142:16

**laughed** 77:24

**law** 3:17 9:25 10:2 18:6 21:19,21,21,23 22:1 30:20 31:19 41:5 43:16 46:21 47:16 48:4 55:3 57:2 69:18 71:4,13 71:17,19 75:11 78:3,12 84:24 85:19 86:9 89:5 91:7 109:1,17 111:24 114:5,6 114:6,15

116:23 117:2 117:18,20,23 119:11 124:24 134:10 139:5
**laws** 78:14 111:2 124:22 126:25
**lawsuit** 152:13
**lawsuits** 122:25
**lawyer** 9:23 10:5 17:18 37:5 41:12 43:22 48:20 54:8,10 55:21 56:22 57:22 59:24 60:8,10 62:4,5,11 65:7 75:5 79:10 82:22 97:18,19 97:20 104:15 105:23 107:18 109:20 111:24 114:4 117:10 118:2,24 120:4 122:1 124:23 125:2,24 126:12 127:24 128:4 129:11 131:6 136:9 138:8,16,18,18 138:20 141:23 144:6 148:5
**lawyer's** 97:19 131:17
**lawyers** 20:6 31:9,9,10,11 32:3,8 41:3 45:2 47:21,22 53:6,7 60:8 62:8 64:6 70:10 73:21,24 76:7 80:1 83:10 84:15 90:20 92:24 94:14 108:19 108:20,20,20 108:22,25 109:9,10,11 122:11,12 124:10 128:3 129:8 131:19 136:3,3,4
**leading** 113:16
**leaf** 85:22
**learn** 138:3
**learned** 111:6 118:23
**leave** 33:6 153:22
**leaves** 104:22 124:2 148:16
**leaving** 28:12 100:7
**ledanski** 2:25 162:3,8
**left** 36:17 51:12 51:12 55:4 102:2
**legal** 30:20 40:7 70:11,17 73:6 83:12,23 102:16 111:7 127:23 162:20
**legitimate** 35:3 36:25 52:18 132:9,10
**lehrfield** 50:11 127:4
**leitman** 4:1,2 6:12 36:15 146:11 155:21 155:22
**lender** 71:18 72:6 129:16
**lenders** 49:9 59:3 73:19 82:12 123:19
**leo** 35:25
**leslie** 74:15,16 81:22 125:3 147:23
**letter** 44:19 45:17,20,23 56:17 71:13,17 71:19 73:12,15 95:9 124:12 154:24
**letters** 34:2 71:6,8 121:10
**level** 134:14
**levine** 4:6 6:11 6:12,14 155:12 155:13,14,18 156:8
**lgb** 1:3
**liabilities** 19:1 19:10 23:3 24:20
**liability** 8:7 49:13 146:25
**license** 36:18 52:17 98:8 146:14
**lie** 98:12,12,18 110:18 127:11 127:12 137:6 144:19
**lied** 27:10,11 30:9 50:12 74:18,19 81:24 86:4,4,13,15,16 89:17 90:1 97:22,24 98:14 144:17,22 145:17 149:9
**lies** 74:17,17 98:13,20,25
**life** 20:3 22:17 52:5,22 60:8 63:9 106:6 124:16 126:13 126:13 131:10 132:22 133:12 134:18 136:5
**lift** 23:15 144:3 144:7

**lifting** 144:2,11
**lightly** 10:12
**liked** 75:5 79:8
**likely** 18:15
**likes** 94:11
**limited** 55:6 106:5
**line** 49:8 76:19 88:18 121:12 129:16 139:3 161:4
**lining** 141:4
**lisa** 1:22
**list** 71:21 90:17
**listen** 5:7 24:8 30:3 68:13 79:16 97:7 130:17 151:2
**listened** 80:2 119:1
**listening** 50:24
**literally** 25:13 27:20 28:7,10 28:14 30:24 44:13 73:11 77:19 86:5 96:19 97:22,24 99:18 100:20 101:8 102:2,7 114:13 120:3 121:1 135:2 138:12 148:3 152:25 160:17
**litigant** 141:19
**litigate** 121:24
**litigation** 33:6 70:11 82:21 84:7 90:20 120:12,15 121:22 133:4 142:4 148:11
**little** 39:9 91:6 91:7,9 114:25 118:13 131:12 137:17 144:24 147:23
**live** 5:5,8 37:13 52:21,23 106:6 109:16
**lived** 52:22,25
**lives** 52:24 87:7
**living** 151:23 151:24
**llc** 36:16 75:11 78:13,14 91:7 91:10,11 103:13
**llcs** 23:8 54:1,3 54:3 68:3 91:18 105:20 108:2,4 122:16 135:22 140:17
**llp** 3:3
**loan** 49:9 69:2 70:25 71:1,19 72:1,1 73:21 73:22 125:20 125:20
**loans** 67:25 73:23 121:18
**local** 145:21
**locations** 33:13
**lock** 102:10 103:4
**locked** 103:1 136:20
**logical** 150:14
**long** 57:3 97:10 109:9 137:24 155:19
**longer** 69:24 156:13
**look** 19:3,4 23:20 31:2 35:25 36:1,5 55:25 61:23 62:10 64:16 73:1 81:1 87:5 91:21 102:9 105:20 108:7 110:16 114:1 115:15 118:17 120:7,19 121:21 124:19 127:3 147:13 152:13
**looked** 6:25 74:8 84:15 91:13,13,13 98:7 110:15
**looking** 40:6
**looks** 36:20 119:13 121:3
**lose** 33:2,5 134:1 146:14
**lost** 25:2 32:2 36:17 63:15,18 84:7 87:1 131:12 135:11 147:14,15
**lot** 7:10,19 14:10 15:15 23:2,3 27:5 33:20 54:1,21 57:4 58:4 60:7 70:1,10,12 73:16 76:6 90:5 98:7 108:24 109:1 110:3 111:4 113:17 119:4,4 119:16,24 130:4 138:2 139:19,21 142:21 143:12 143:13 146:1 151:19 153:4
**lots** 30:20 94:24
**loud** 63:10 112:10,14 136:18
**love** 128:16 139:7

**loved** 74:1 75:14,25 117:5 117:5
**lovely** 87:10
**luck** 94:6 132:18
**lying** 27:13 86:5,7,9 98:13

**m**

**mad** 63:21
**made** 7:24 10:17 11:7 17:12 26:25 36:21 46:21 47:17 48:3 50:20 52:15 60:22,23 63:8 63:20 64:3 81:8 98:14 120:14 126:19 128:25 133:19 133:20 135:11 137:7 139:6
**madoff** 124:5,5
**mae** 71:25 72:8 72:9
**mae's** 71:20
**main** 76:22
**maintain** 158:2
**major** 125:15
**majority** 34:14 34:21,22 35:14 36:14 39:8 91:18,20,20 136:1
**make** 5:3 8:21 10:18 12:15 14:14 17:19 20:15 26:16 44:8 93:15 99:6 102:25 114:23 119:5 120:10,16 131:19 132:19 135:15 136:19 137:12 144:16 146:20 150:9 150:10 151:23 151:24 153:15
**makes** 17:19,20 62:3 84:16,17 106:16 114:5 136:13 150:14
**making** 5:11 18:22 25:8 120:11 140:22
**malicious** 131:15
**maliciously** 86:12 135:7
**man** 28:7 45:17 51:9 92:16 100:14 114:3 146:13
**man's** 36:17 103:3 119:13
**manager** 70:21
**managing** 46:14 83:8
**mandate** 119:6 119:12
**maneuver** 139:3
**manhattan** 62:21,23
**manor** 52:21 52:23
**marco** 64:2 135:19,20
**martin** 3:15
**marty** 6:5 90:25 111:6 141:4 154:23
**mastando** 80:17,18,23,23 81:7,8,13 142:4
**master's** 51:20
**masterful** 148:4,4
**matter** 1:5 45:16 59:16 80:6 100:25 136:17 143:4,5 145:6 147:6
**max** 98:6
**mean** 9:4 12:6 12:13 18:14 22:12,24 42:7 42:15,18 43:5 43:13,13,14 45:6 54:11 55:14 59:12 74:3 81:9 82:9 88:4 92:17 101:6 107:11 110:8 111:22 114:22 119:6 127:4 135:3 139:10 143:6 146:15 150:8 151:3 156:25 157:2,21 158:8 158:9
**meaning** 101:7
**meaningfully** 138:24
**means** 12:6 18:23 21:18 26:8 40:12 50:7 70:7 81:9 82:5 98:16,17 120:11
**meddling** 103:21
**mediate** 44:5 81:23
**mediation** 42:10 81:8,13 129:2
**mediator** 43:22 43:25 44:1
**meet** 75:17,19

**melissa** 4:6 6:12
**member** 46:14 46:15 66:14 67:9,24 69:8 69:24 83:8 132:25
**member's** 66:14
**members** 37:4 65:19,23,25 66:19 67:9,12 67:14 68:10,13 69:20 150:11
**memo** 49:16
**memory** 75:2 77:20,21 97:5
**mentally** 32:17
**mercedes** 145:17,20
**merged** 125:19
**merit** 142:17
**mess** 51:15
**message** 129:1 129:3,3
**messer** 56:8 59:22
**met** 99:12
**mic** 5:6,8
**michael** 4:9 135:18
**michelle** 50:15 50:20 64:18 65:5,17 68:16 80:1 129:5 132:23 139:1 143:5
**micro** 90:5
**middle** 73:20
**miller** 50:15,20 53:6 64:18 65:5,18 68:16 80:2 129:5 132:24 139:2 143:5
**million** 28:1 47:13 50:20 51:12 63:8,15 63:18 64:7,7 70:11 71:11,20 73:23 74:3,4,5 79:17 82:25 123:12,13,14 123:22 135:11 135:16,16 136:14 141:14 141:15 147:4 148:19
**millions** 37:15 50:19 87:2 88:22 117:2 123:6
**mind** 39:1 139:18 142:18
**mine** 21:17 23:8 24:24 68:3
**mineola** 162:23
**minimum** 150:12
**minutes** 68:18 100:16 102:16 147:18 154:7
**misheard** 144:1
**misinterpret** 85:18
**missing** 74:10
**mission** 106:18
**mistake** 52:15
**mistakes** 60:22 60:23,24 98:15 133:19,20
**modification** 10:2
**moment** 10:25 14:18 48:3 62:19 63:22,22 69:16,17 71:5 79:4 92:21 109:5 112:10 112:11 126:22 147:14 150:5
**money** 14:16 26:12,23 28:22 32:11 33:23 34:1,3,5 35:21 36:8 43:7,10 43:11,19 45:8 47:12,25 48:23 55:19,21 59:18 59:20 63:2,6 64:4 68:5 69:15,25 70:2 82:17 83:18,19 83:23 84:3 98:2,11 111:9 111:17 112:1 121:7,9 122:12 122:24 123:4 124:7 130:4 131:12,19 133:8 136:2,16 136:24 138:3
**monies** 30:25 55:23,23
**month** 14:13 107:7 136:9 137:9 144:3
**monthly** 6:24 7:11 8:13 11:15 15:17
**months** 9:2,4,6 11:23 17:4 41:9 45:10 49:6 63:3 94:19 97:15 115:3,3,3,3 122:23 124:11 125:10,11,12 126:15 132:6 143:3 146:7 147:19
**morning** 5:21 6:2,5,7,9,11,15 6:17 7:1 128:5

155:14,16,19
**morrison** 129:9
**mortgage** 37:17
**mortgages** 37:23
**mother** 32:13 151:11
**motion** 10:17 51:10 70:3 81:8 92:5 109:14 147:2 153:15 154:16 159:9 161:5
**motions** 38:9
**motivated** 22:25
**motors** 28:21 86:16 91:11,20 91:21 103:14 110:19 139:11 145:12 151:14 152:16
**mouth** 76:23
**move** 8:5,9 9:19 16:6 17:6 19:17 23:23 32:19 42:4,4,5 49:11 53:5 68:4 72:15,15 73:17 87:6,13 105:5 106:25
**moved** 58:16 68:2 81:5
**moves** 153:3
**moving** 6:21 18:19 49:19 85:11
**muffly** 6:3
**muffy** 3:3
**multiple** 27:11 50:3 90:1
**muted** 5:6,8
**mysterious** 69:5,6
**mysteriously** 128:1
**mystique** 69:4

**n**

**n** 3:1 5:1 161:1 162:1
**name** 5:3,4,9 21:14 36:8,8 71:1 85:22 90:16 98:8,9 98:21 102:20 105:8 116:24 117:5 121:2,19 122:14,15 134:17 142:9
**named** 138:20
**names** 71:5 139:13
**nantucket** 144:23
**nash** 115:17,19 115:21 116:1
**nationals** 96:5
**near** 128:2,3
**necessarily** 7:25
**necessary** 76:5 76:6
**need** 12:11,22 13:21 16:10 32:18 38:1 50:24 52:19 53:11,13 57:16 57:20 60:7,12 60:14 73:20 75:17 77:18 82:18 83:4 94:7,7 102:25 104:14 107:5 110:15 122:13 131:24,25 138:6,12 139:25 141:18 146:22 147:9 151:5 154:19 159:9,12 160:3 160:7,8
**needed** 79:14
**needs** 15:4,24 28:13 55:7 75:16 78:25 152:2 159:10 160:11
**negative** 45:25
**negatively** 46:7
**neglect** 100:24
**negligent** 106:20,21,24
**negotiate** 77:17
**negotiated** 73:21
**negotiation** 19:24
**negotiations** 19:20 47:2
**negotiator** 19:22
**neighborhood** 136:2
**neither** 46:19
**never** 47:1,18 51:21,22 52:22 52:24 57:7 97:9 98:14,18 103:19 129:20 137:22 139:17 142:22
**nevertheless** 152:4
**new** 1:2,14 3:6 3:13,20 4:4 9:21 18:11 21:19 43:3 62:18,21 64:20 80:11 84:20 91:17 96:15 108:14 134:14 137:8 145:19 148:7,15

**news** 61:5
**newspaper** 62:4
**nicely** 99:21 110:16
**nickel** 14:14
**nixon** 62:2,11
**nobody's** 29:9
**nominated** 61:21,22
**nominee** 61:17
**nominees** 62:10 62:12
**non** 62:4,5,8 68:5 80:20
**nonsense** 121:22
**nonstop** 32:7
**nope** 62:22
**note** 19:6 42:7 45:2
**notes** 72:11
**nothing's** 49:22
**noticed** 46:24 90:4 110:22 121:15 137:4 145:10
**notices** 10:10
**notified** 97:13
**number** 5:24 7:2 52:14 61:18 73:22,22 83:9 114:20 133:17
**numbers** 139:14
**numerous** 23:1 150:25
**nunc** 82:4,7,13 137:10
**nuts** 157:9
**ny** 1:14 3:6,13 3:20 4:4 162:23
**nypd** 53:1

**o**

**o** 1:21 5:1 162:1
**o'clock** 156:13
**oak** 48:6,7 49:2 49:10 50:10 57:17 58:20 69:8 72:10 79:18 81:11 82:10 83:12 88:24,25 120:19 124:12 124:13,25 127:2,15,17 129:13,14,14 132:10,11 136:13 141:14 142:4 147:18
**oak's** 147:4
**oaks** 36:20 64:8
**oaks's** 148:14
**oath** 84:13
**object** 37:2 147:3,5 149:6
**objected** 150:25
**objecting** 146:18 147:4,7
**objection** 147:9 148:23
**objections** 7:4
**objects** 147:1
**obligation** 65:19 79:19
**obligations** 49:15 79:21 84:23 108:4 123:18
**obviously** 7:2,3 10:16 12:4 29:4 66:20 156:12,14,14 156:15
**occasions** 43:24
**occur** 120:17
**occurred** 110:9 131:15
**october** 48:20 75:20 147:17
**offense** 96:1
**offered** 43:24 44:4,4,7 49:7 123:10,12 127:17 136:22
**offering** 71:11
**offerings** 71:9
**office** 8:2,20 11:4,6 12:2 14:22 15:20 58:24 59:14 85:21,21 94:9 121:8 134:17 142:8,9
**officer** 52:18
**offit** 47:16
**oh** 22:13 23:13 35:8,8 55:16 75:23 108:17 113:21 114:24 132:16 138:14 147:22,25 149:5 155:2
**okay** 6:17 8:19 9:8 10:21 11:6 11:17 13:7,11 15:7 17:24 18:1,9,15 20:8 24:14 25:14,15 25:21,23 27:2 27:12 28:5,16 29:8 33:15 35:5 36:16 37:2 39:15 45:22 46:2,6 46:24 47:13 50:7,13,19 51:11,20 54:11 56:7 57:4,9

60:17 62:17 65:6,7,24 67:5 67:10 68:2 70:11 71:8 77:21 79:24 80:6,8 82:9 83:19,21 86:11 86:19 87:10 88:13 89:20,21 89:24 90:3,4 90:15 91:13 92:6,11 93:12 94:21,24 95:21 97:21 98:5,15 98:19 101:6 102:21 104:10 104:16 111:1,3 111:19 113:17 115:13 116:10 116:19 117:15 117:22 121:16 122:9,14,20 123:24 124:3 124:14,20 126:4 127:13 128:1,4 129:11 131:13,13 133:8 136:10 138:21 139:8 139:21 141:24 145:15 146:24 147:16 148:23 150:10 151:9 152:3,16 153:3 153:8,24 155:2 155:17 156:8 156:18 157:20 158:22 159:18 159:19,25 160:14,18

**old** 162:21

**older** 98:7

**once** 36:18 64:15,19 111:21

**one's** 50:24 52:7

**ones** 15:13 35:15 128:18 136:1

**open** 28:12 51:13 76:23

**operating** 6:24 7:11 8:13,20 8:24 9:3 10:25 11:15 13:16 15:17 40:11,14 69:9,9 72:2,3 91:11 130:1 145:13

**opinion** 77:3

**opinions** 76:23

**opposed** 135:1

**optics** 13:3

**option** 42:17 44:9

**options** 42:15

**order** 5:13 10:9 18:7 20:15 25:22,24 55:3 65:1 69:8 76:21 96:11,16 101:12,14 102:2 109:7 113:12 118:4,6 137:7 139:6,9 151:25 152:24 154:25 158:12 160:13

**orders** 107:4 149:20

**organize** 101:21

**originally** 67:23 77:7 141:15

**ostrow** 3:8 6:2 6:3 7:22 8:12 8:16,17,19 9:6 9:9,14 10:21 11:14 12:2 13:20 15:2,11 16:12 17:11 25:19 41:17 42:8 45:10 51:17 52:13 54:9,13 73:13 87:14 88:9 101:22 104:8 107:2 109:20 110:23 115:20 122:4,24 127:13 131:16 135:3 140:3 154:16 157:3

**ostrow's** 12:16 128:3

**ought** 15:12

**ousted** 30:3

**outcome** 18:15 79:8

**overarching** 9:15

**overgrown** 157:8

**overlap** 107:15 110:4 146:1

**overlapped** 147:13

**overnight** 142:10

**owe** 12:22,23 19:5 26:12,23 30:20,20 33:22 34:1,4 47:12

**owed** 19:6 56:14 67:8

**owing** 15:13

**own** 18:3 39:6 39:25 40:3,7 43:4 47:20 50:2 51:14 69:1 87:21 94:16,18 98:2 98:11 101:20

102:4,14 105:13 106:8 106:12 126:20 126:20 128:21 129:13 132:20 132:21 145:4 145:22 149:19 149:20,21 157:8 158:9
**owned** 7:9 40:17,18,19,20 43:16,17 67:16 67:23 69:3,3 91:8 98:2,11 105:14,15 111:14 151:14 151:18 152:18
**owner** 91:20,21 92:9 103:14
**ownership** 22:2 22:3 23:8,9 66:22,25 67:3 67:22 68:12
**owns** 40:8 84:12 91:19
**ox** 133:12

**p**

**p** 3:1,1,8 5:1
**page** 161:4
**paid** 37:19 49:2 50:19 70:15 83:12,16 94:7 94:8 129:20,22 148:8,8,11
**paper** 80:17,18 119:22
**papered** 17:15
**papers** 29:5 58:2,3,9 60:5,6 81:17 150:5
**paperwork** 52:18,19 74:12 144:25 145:1
**parents** 32:14
**park** 3:5 4:3 68:25 106:6 115:22 136:3
**part** 8:11 15:18 40:19 49:3 58:24 80:19 81:3 107:14,25 114:18,19 116:21 120:12 140:13 145:20 146:17,19 147:20
**parte** 10:10
**partial** 117:21
**participants** 5:5,7,8,15
**participate** 144:14,15
**participated** 144:12
**participating** 83:23
**participation** 5:16
**particular** 9:16
**parties** 5:23 7:19 75:19 76:10,12 79:2 81:9 109:3 115:1 155:8 158:16
**partner** 33:20 35:20 48:22,25 54:2 121:11
**partners** 34:2 47:13 49:4 70:15 117:2
**partnership** 57:3
**party** 5:4 75:22 113:6
**party's** 112:23
**passed** 88:1 123:21
**past** 33:1,10,11 38:23 45:1 46:4 79:5 100:1,2 158:10
**path** 49:23
**paths** 129:10
**paul** 50:16 65:9
**pause** 90:20,22
**pay** 33:19 35:18 43:21,24 44:1,3 47:13 47:21,22,25 69:18 70:2,16 70:17 83:18 105:11,12 112:7 129:15 129:20 131:18 151:25
**paying** 22:20 59:8 69:19
**payment** 129:14
**payments** 69:20
**payout** 123:11 123:12
**pc** 3:10 4:1,2 6:12
**peace** 154:11
**peep** 74:9
**pen** 70:3
**penny** 14:14
**people** 8:1,8 15:15,19 19:2 19:25 24:2 25:7 32:16 34:4,11 37:19 38:2,8,9 39:17 42:3,6 50:9,14 50:17,18 57:8 58:10 61:23 62:3 63:7,9,18 63:19 64:5,11 64:17 65:1,4 65:11 69:18,19 69:19 70:1,13

74:7 78:22 83:21 85:13 86:20 90:4,17 90:18 92:24 94:7 95:16 98:24 99:12,15 99:18 106:13 108:21,24 110:12 111:19 111:20 114:20 114:25 115:1 117:4,25 121:16 124:4 124:15,19,25 126:10,11 127:2 128:12 128:13,13,14 128:17 130:18 133:7 134:3 135:13,24 136:1 139:10 139:23,23,25 140:24 144:5
**percent** 49:9
**perfect** 135:6
**performing** 71:22,23
**period** 126:6 140:7
**perjurized** 145:7
**perjury** 86:9 98:16 149:9,22 150:1,3
**permit** 10:20
**person** 15:24 34:1 43:1,3,5 48:18 62:3,9 70:21 71:2 72:2 75:10,11 78:3,4,13,13 86:22 87:2,5 87:10 88:22 89:8 91:19 99:12,16,17 100:6 102:2,8 102:20,24 111:2 116:14 119:21 128:11 134:22 137:14 140:7 142:14
**personal** 49:8 79:17 88:16,17 89:1 93:19 96:12 123:23 129:16
**personally** 19:11 34:6,7 34:12,17 36:3 36:15 39:4,5,6 39:8 40:1 46:21 48:24 58:17 64:3,5 65:15 93:10,13 93:17 98:4 99:15 109:21 121:21 135:22 143:11 151:14 152:9,10 153:3
**perspective** 11:18
**phases** 141:9
**phone** 5:19 13:20 59:24 75:8 139:13 142:8
**phrase** 151:11
**physically** 128:12 157:17
**pick** 112:17 152:6
**picture** 21:9 72:20,21 90:6 90:8 100:24 101:2 120:8 124:2
**pictures** 98:6 100:2
**piece** 80:17,18 107:25
**pissed** 101:17
**place** 38:15 51:15 78:2,24 103:1,5 134:4 141:16 145:18 146:8 157:22
**places** 146:11
**plan** 18:24,25 19:18,19 33:7 55:8,8 81:6 88:5,8 106:11 106:12,17 122:22 140:14 140:15 146:8 157:5
**planning** 58:5 58:17
**plates** 98:8
**play** 126:22
**playing** 77:14 122:22 132:1
**plaza** 4:3
**pleading** 84:9
**please** 5:3,18 5:24 6:1 14:17 31:23 51:3 104:12 110:16 118:11 121:12 124:2 136:7 145:2 159:8
**plenty** 48:23 124:20 154:21 157:6
**pllc** 3:17
**plug** 38:20
**pm** 160:22
**pockets** 141:4
**point** 8:2 10:14 12:23 13:13 15:23 36:24 57:10 58:1 61:22 65:24 66:8 79:20 81:10 82:3 84:10 88:10 89:15 92:14

93:25 116:13 122:19 133:20 140:5,9 148:4 151:9 153:16 154:12
**pointed** 56:9
**points** 29:13
**police** 52:18 98:24 99:22 134:10,13,15 145:21,22
**political** 30:1 93:3
**polk** 117:4 125:16
**ponce** 28:23 65:14
**pond** 52:21,23
**porsches** 145:20
**portfolio** 130:1
**position** 17:11 44:24 59:11 78:21 91:14 148:17
**possession** 11:2 41:15
**possibility** 42:16 151:13
**possible** 28:4 33:3 42:18 120:13 142:3 157:17
**possibly** 11:9 33:24 150:9
**posts** 111:5
**powers** 119:8
**practical** 28:4
**practicality** 157:13
**preclude** 107:12 143:24
**prejudicial** 48:12,15 92:16 92:17 151:4
**prep** 139:14
**prepared** 44:21 51:16,18 58:23
**preparing** 12:8
**present** 4:8 12:9 38:24 115:17,22 159:7
**presented** 39:18,22 47:18 91:12 120:25 123:12
**presenting** 9:24
**press** 5:18 52:1
**prestigious** 31:11 75:5 129:11
**presumably** 55:21
**pretended** 108:16 131:6
**pretends** 137:18
**pretty** 12:22 13:7 26:18 41:5 60:10 65:4 74:6 86:20 90:4 93:1 97:5 108:22 119:5,5 119:7,12,13 120:13 121:14 121:15 142:25 145:10 153:2 157:14
**principals** 71:23
**prior** 59:1 103:23 121:22
**prison** 100:11
**privacy** 99:23
**privilege** 138:19
**privileged** 16:10 138:19
**pro** 42:20 82:4 82:7,13 137:10
**probably** 18:2 39:13 42:11,12 57:3 78:4,5,5 85:10 110:10 119:9 123:22 131:21 132:9 137:11,13,14 154:8
**problem** 12:16 13:23 14:6 18:13 22:6 29:2,2 30:1,2,7 47:14 53:5 56:22,23 60:22 72:16,17 79:25 89:3 92:18 98:21 102:19 105:4 107:20 108:4 132:16 134:14 139:8 141:3,4,23
**problems** 27:6 54:24 55:2,3 80:10 121:17 150:19
**procedure** 16:16
**procedures** 118:12
**proceed** 109:5
**proceeding** 16:1 18:23 45:14 55:22 59:7 120:20
**proceedings** 5:12 20:19 160:21 162:4
**proceeds** 56:2 83:6,9,11
**process** 7:18 8:4,10 11:19 16:16 19:9

29:11,16 41:16 41:25 42:1 45:7,9 76:8 87:13 96:14 101:4 140:9 146:16 149:3
**processes** 145:3
**produce** 159:23
**produced** 106:17
**professional** 9:21 19:22
**profit** 74:3,4
**programs** 105:3
**progress** 7:11 7:14,24 8:15 18:22
**prohibit** 48:18 74:25
**prohibited** 5:11 48:16
**prohibiting** 24:23,24 25:1 25:2
**prohibitions** 70:25
**promise** 55:16
**promised** 129:14,19
**promoted** 119:14
**proof** 63:22 64:12 83:14 98:23 104:1 120:12,16 129:18 132:19 135:10 144:9 144:10,16
**proofs** 19:2,7
**proper** 73:6 156:4
**properly** 43:18 57:25
**properties** 36:9 38:2 64:3 151:10
**property** 27:24 28:1,3,8,12,14 50:9 51:9 63:15 70:19 71:20,22 72:7 72:8,10 91:3,4 100:2,14 101:5 102:4,5 103:5 118:7,9,16 129:12,22,23 157:8,10,23 158:2 160:5
**proposal** 81:25 82:1,2,20 83:3
**proposals** 19:25
**propose** 106:3 106:4
**prosecute** 96:19
**prosecutes** 89:9
**protect** 29:11 100:7,7 116:20
**protecting** 46:11
**prove** 37:3 43:16 145:23
**proved** 94:4
**proven** 85:16
**provide** 14:25 143:18
**provided** 52:5
**provisions** 67:25
**public** 63:10 99:24
**pull** 38:20 128:18 131:2
**pulled** 139:3
**pure** 52:6 74:17
**purely** 137:3
**purpose** 6:18 54:2 58:25 68:24 90:11 100:10 123:3 137:20
**purposes** 58:17 100:6,8
**pursuant** 57:15
**pursue** 34:13 88:13 132:25
**pursuing** 37:7
**push** 125:25
**pushed** 93:18
**put** 5:24 7:21 13:21,25 16:6 16:25 17:20 46:10 49:8 68:17 74:17 76:15,24 78:24 83:21 105:8 108:17 125:20 126:4 129:16 130:10 132:1 136:16 138:6 144:19 151:20
**putting** 78:2

**q**

**queller** 135:18
**question** 9:1 10:22 17:8 56:18 66:9 89:21 94:20,22 103:21 113:14 113:15,16,16 129:6,7 142:12 154:18
**questionable** 50:7,8
**questioned** 60:20 131:20 150:9
**questions** 41:1 60:21 89:19 94:24,25 141:12 154:6

**quick** 11:9
**quickly** 76:19 156:24
**quite** 8:6 9:10 149:7

**r**

**r** 1:21 3:1 5:1 162:1
**race** 103:4
**raised** 34:11 66:4 106:24 135:24
**ramifications** 120:14,16
**ran** 35:20 50:17 54:18 80:2,17 148:7
**randomly** 78:5
**rashad** 59:24
**reached** 10:13 24:1,12 143:1
**reaches** 143:2
**reaching** 83:20
**reactive** 125:13
**read** 11:15 19:7 29:5 30:14,15 31:2,2,3 36:2 39:20 49:17 56:17 57:21 61:4,5,5,6 75:2 77:20 79:9,10 84:9,10,15 97:6,12,12 98:16 114:11 120:11 121:1 130:4,7 132:22 138:19 143:11 150:24 153:6 153:19 155:3
**reading** 42:22 137:16
**readings** 76:25
**ready** 11:20 12:18 138:1 154:2
**real** 40:16 91:22 98:21 128:19
**realistic** 19:1,1
**realistically** 19:15
**reality** 23:24 108:3 109:19 122:9
**realize** 22:25 35:18 44:5,17 44:18 88:16,18
**realized** 81:10
**really** 7:10,14 12:5 14:3,21 17:25 18:14,25 19:5 35:8,8,16 38:10,22 41:13 42:21 43:3 47:2,11 55:7 62:24 74:7 75:5 86:19 90:5 101:20,21 101:21 106:14 107:16 114:24 115:8,8 128:19 128:19,20,20 131:11 135:8 135:23 152:6
**reason** 8:24 15:14 25:24 30:4 33:18 47:9 56:3 57:7 59:7 68:24 121:24 150:6 152:1 159:4
**reasoning** 54:16 111:23
**reasons** 33:20 38:12 50:2,2 139:6 144:17
**receipt** 10:10 144:24
**received** 156:4
**receiver** 3:11 6:6,10 28:20 99:2 100:1 110:13 112:3,3 112:11,12,22 113:6 114:9 126:16,24 133:3 137:13 149:8 150:8,11 150:20,21 151:11,21 153:14 154:24 156:25
**receiver's** 91:22 150:6
**receivers** 33:13 33:13
**receivership** 92:4 139:9 149:3
**recognizing** 140:20
**recommend** 95:14
**recommendat...** 11:7
**recommending** 95:8
**reconsider** 77:4
**record** 5:9,24 13:4 28:11,15 42:22 44:22 46:4 48:7,19 49:7 74:14 79:6 97:12 110:21 131:1 134:18 147:5 147:20 150:24 153:1 156:11 162:4
**recording** 5:12
**records** 40:7 52:23 55:17
**recovering** 131:13

**recreating** 17:2
**recused** 92:20
**recuses** 92:21
**red** 70:3
**redact** 100:17 100:18,21
**redo** 16:7
**redweld** 131:5
**redwelds** 131:5
**references** 143:12
**referred** 50:5,6
**reflect** 5:3
**refrain** 5:18
**refused** 35:20 49:21 55:24 56:1,6,15 73:13,13 79:19 79:21 102:12 115:18
**regarding** 10:24,25 14:24 17:10
**regardless** 12:15 45:1 53:19
**reign** 82:10
**reinforced** 96:24 97:2
**reject** 156:15
**relate** 113:8
**related** 6:20 20:21 34:14,15 34:16,18 140:18
**relates** 113:7
**relating** 80:14
**relationship** 9:19 25:7 64:8 138:15,22
**release** 55:24 82:23,25 125:14,22
**released** 126:23
**relevant** 22:2 79:13,13 90:15 93:20,20,21,21 152:7
**relied** 108:2
**relief** 137:8 143:16,17,18
**relies** 107:24
**remarkable** 76:18 118:19 157:14
**remedy** 55:4
**remember** 36:7 113:15 118:9 118:10,14 121:2 133:23 135:23 140:8
**removal** 30:16 30:18
**remove** 102:5 160:6,7
**removed** 75:3,6 76:21 77:7 157:24
**removing** 102:7,10,13
**renders** 10:4
**replace** 33:16 137:14
**replacement** 137:17
**replead** 153:16 153:22,24 154:1,4
**report** 9:3 11:21,22 51:17 72:9 110:24,25 145:22 157:2
**reporter** 61:13
**reports** 6:24 7:11 8:13,20 8:24 10:25 11:10,15,19 12:10,21 13:16 14:10,21 15:17 16:13
**represent** 5:4,9 6:12
**representation** 10:4,4 116:15
**representative** 51:14 157:9
**representatives** 158:9
**represented** 94:13 155:22
**representing** 6:4,6,8 36:15 115:19 138:17
**republic** 37:14 64:15
**reputation** 73:19 130:25
**request** 155:6 160:4
**requested** 8:23 9:11 155:10
**require** 40:14 68:9 159:6
**required** 28:2 58:11
**requires** 8:10 118:13
**rescind** 29:6
**research** 99:2 103:16,16,17
**researched** 124:21
**resigned** 144:16
**resolution** 42:9 42:13 76:14 157:16
**resolve** 15:10 81:23 87:19
**resolved** 16:5 121:23 122:6 156:24
**resources** 106:5
**respect** 7:15 14:17 57:8

71:4 95:9 101:4 141:1 154:20
**respectable** 77:15
**respected** 119:13
**respectful** 16:15,15
**respectfully** 20:7 46:12 56:17 61:23 112:2 148:23 152:15
**respond** 14:5
**responding** 13:21
**response** 12:15
**responsibilities** 7:23
**responsibility** 9:21 79:15
**responsible** 34:17 36:4 103:9
**rest** 156:19 160:19
**restart** 134:2
**resubmitted** 9:11
**result** 9:15 64:23 120:11 125:19
**resulted** 10:8
**retention** 47:17
**retired** 72:5 123:23 136:3
**retiring** 43:2
**retrieved** 99:1
**return** 13:19 123:16
**returnable** 10:19
**returns** 86:23 134:24,25 135:1,2
**revenue** 117:3
**rever** 139:11 152:15
**reversal** 10:2
**reversed** 114:23
**review** 6:22 15:21
**revise** 8:21
**revised** 8:22
**reward** 112:19
**ridiculous** 68:20 103:2
**right** 10:22 12:5 14:15 15:16 19:16 20:1 30:9,18 31:12 35:2 36:13 37:5,13 38:18 40:2,10 41:23 43:1,5 47:10 53:21 54:5 55:15,16 55:19 57:9,10 61:3 62:21,21 66:19 67:5 69:1,1,4,7 70:8 70:24,24 71:9 74:7 77:1,7,14 77:16,25 78:8 78:11,13,18,19 85:15 86:18 87:9,18 88:14 90:19 94:8 95:1 98:19 100:21 101:16 102:17 104:24 105:2,16,24 107:19 108:11 108:17,22 113:10,18 114:6,15,19 117:2,15 118:15 119:8 119:14 120:17 121:4 122:4 123:20 124:5 126:3 128:4,10 128:21 130:10 131:18,19 132:3,8,9,18 133:11 134:23 139:18,20,24 139:25 140:2,3 140:4,6,9,10,13 140:14 142:14 144:4,15 146:9 151:23,24,24 151:25 154:3 156:9,10,18 160:18
**rights** 56:21 111:21 114:13 132:25
**riot** 98:16
**risk** 125:20 142:8,8,9
**river** 124:14
**road** 128:23 162:21
**roads** 115:3
**rogue** 80:3
**role** 79:23
**roof** 122:5,6
**rooker** 156:2
**room** 81:20
**rosy** 87:10
**rough** 111:3
**round** 84:7
**ruin** 63:11 130:24
**ruined** 52:6 124:16
**rule** 9:20,20 76:14 91:10,17 107:7 142:1,20 148:21
**ruled** 141:25

**rules** 91:7,10 99:6 110:9 126:25
**ruling** 44:25 77:8,9 126:16 126:19 157:12
**rulings** 161:3
**run** 75:17 97:4 109:9 128:6 137:23
**running** 34:3 100:3 107:12
**rushing** 101:16

**s**

**s** 3:1 5:1
**sachs** 121:19
**safe** 103:5 157:9
**sanctions** 10:9 126:1
**sat** 125:11,13
**saw** 82:1 107:10 108:9 118:20 124:11 157:22
**saying** 18:12 19:6 25:17 26:11 32:23 33:8,9,17,17 44:20 53:18 55:18 62:12 67:8,10 71:6 77:11 79:25 81:18 97:14 101:17 113:5 118:15 119:24 121:10 124:13 125:15 140:22 143:15 151:17 160:10
**says** 17:14 20:18 44:22 58:6,11 60:13 65:18,22 66:13 68:8 69:23 70:6,14 71:1 75:9,18 76:1,3 76:8,25 77:12 77:23 78:2 79:11 80:18,19 80:23 81:13,13 81:15,22 82:19 82:22 84:1,11 97:17 98:20 101:14 102:18 102:20 107:23 115:4 119:10 125:8,18 126:20 132:22 136:10 137:12 138:12,21 139:7 143:13 147:18,21 152:25 157:9
**scaba** 64:2 135:19
**scared** 80:8 113:23 123:7
**scenarios** 86:20
**scharf** 53:7 129:9,10,19
**schechter** 83:3
**schedule** 81:2 97:25 156:25
**scheduled** 154:14
**schedules** 19:13 21:14 23:9 30:25 53:16 68:21 80:14
**schmuck** 102:2
**school** 109:17 114:7 141:22
**schwartz** 3:17 3:22 6:7,8 26:6 26:14 30:16 32:7 61:11,12 61:14 74:19 83:15 120:9 130:15 144:7 144:10 154:24 156:9,10
**schwartz's** 83:16
**scolded** 66:5
**scott** 47:19 75:5,20 83:3
**scream** 125:25
**screaming** 125:11
**screenshot** 5:13
**screwed** 31:10 31:13 122:21 133:18,18
**sdny** 76:18 147:21
**se** 42:20
**sean** 42:7 83:18 83:19 116:3 118:14,18 119:2
**sears** 77:25,25 78:1
**seasoned** 73:18
**second** 31:23 55:19 71:19 86:18 124:7 126:21 146:14 152:17
**section** 20:25 78:12 79:20
**seddio** 30:3 61:6,12,14,16 61:17 72:25 73:4
**see** 7:23,24 8:13,15 12:10 14:22,23 15:16 15:19,24 23:21 32:24,25 33:1 38:17 42:7 43:12 45:4,14

51:4,5,6,9 70:9 74:9 75:17 76:12 77:13 81:19 87:10 89:12 90:6 95:15 97:18 98:24 104:2 105:1 113:2 117:13,18,23 120:8,18 124:2 133:3 140:22 144:4 153:6 154:1 155:5 157:17 158:8
**seeing** 74:10 90:9 107:4 117:20 137:1
**seek** 9:19
**seem** 15:12 27:10 40:24,25
**seemed** 6:23 141:9
**seems** 15:10 19:12 32:16 39:12 40:6 73:10 132:18 153:2
**seen** 7:14 18:21 22:22 30:13 38:7 41:8 57:3 86:20 90:9 101:4,5 115:11 115:11,11,14 128:20,21,21
158:6,7,23
**sees** 72:6 89:13
**self** 50:5
**send** 11:23 12:12,13,18 74:20,21 77:20 128:6 159:9 160:4
**sending** 51:17 134:19
**senior** 70:13 88:22 126:11
**sense** 17:19,19 17:20 84:16,17 93:15 106:16 140:22 141:2 150:9,10,15
**sent** 12:14 15:4 30:25 56:1 71:7 72:11,13 74:13 81:25 84:9 100:15,23 129:1 154:24
**separate** 11:11 19:2 21:24 37:24
**september** 25:16
**serious** 26:18 27:6 29:2 49:18 88:14 89:2,3 93:1 145:24
**seriously** 14:9,9 14:15,17 91:23
**serve** 147:22
**served** 145:19
**service** 156:4
**services** 84:20
**session** 5:22
**sessions** 125:5
**set** 11:8,8 105:22 141:20
**sets** 82:21
**settle** 75:18,19 76:13
**settled** 76:11 121:23
**seven** 157:8 158:3
**several** 88:11 99:21 107:3 149:1
**sex** 62:2
**shake** 18:7
**shameful** 92:22
**shared** 11:12 13:7 157:6
**shebang** 73:4
**shit** 114:2
**shock** 118:17
**shopping** 143:25
**short** 44:10 45:6,9,13 84:8
**shortly** 5:20 14:7 16:23
106:17
**shovels** 100:14
**show** 10:9 19:24 40:7 48:19 55:17 64:21 66:6 71:8 77:21 86:6 88:6 103:11 113:12 118:20 125:6,6 125:6 126:21 127:11,14,21 131:25 137:7 139:7 144:20 144:21,22,24 150:5 152:24 154:14
**showed** 17:15 28:6 30:4 64:11 98:23 108:9 127:5 139:23
**shown** 79:11 116:3 147:11
**shows** 14:19 100:23
**shut** 117:24
**siberia** 100:12
**sic** 85:23
**sick** 128:1
**side** 6:23 7:7,7 8:7,7 19:25 117:13,14 119:19,21

136:2 137:23 137:24 154:21
**sides** 44:4 138:17
**sight** 140:2
**sign** 123:19 138:12 145:2
**signature** 162:6
**signed** 46:20 47:24 91:13,18 103:13,19 113:12 138:4 145:13 155:8
**significant** 140:17
**simco** 21:8 23:16 30:16,19 30:19 40:8,17 40:22 43:16,20 55:20,20,24 56:1,14 58:4 67:16 68:3,15 105:14 108:8 108:15 111:12 111:12,13 120:2,9
**simcoe** 40:23 58:24
**similar** 67:21
**simko** 30:21,22
**simple** 57:22 97:3 101:25 102:15
**simply** 14:3 150:16
**simpson** 1:7 4:10 5:25 6:4 6:15,16,17,19 7:9,20 9:17 10:15,23,24,25 11:6,16,17 13:2,7,10,11,18 14:13 15:8 16:3,9 17:23 17:25 18:4,5 18:10,12 19:19 19:22 20:1,3,9 20:12,16,22 21:2,7,11,13,16 21:20,23 22:1 22:6,10,13,19 22:22 23:4,6 23:13,20 24:1 24:5,7,7,8,9,10 24:12,15,16,17 24:21,23 25:4 25:6,12,16,18 26:1,3,6,9,13 26:18,21,25 27:8,13,15,15 27:16,19,23 28:4,6,13,16,17 28:18,20 29:1 29:6,9,12,13,16 29:19,22,25 30:7,8,14 31:4 31:6,8,13,15,16 31:20,24 32:1 32:4,9 33:21 34:6,9,11,17,21 34:25 35:3,6,8 35:12,17,24 36:3,5,6,7,11 36:14,25 37:4 37:12,18,21,25 38:4,11,14,20 38:25 39:5,7 39:11,13,15,18 39:22,25 40:3 40:4 41:7,17 41:21 42:2,16 43:10,14,23 44:3,7,11,13,17 44:20 45:6,9 45:15,17,20,24 46:3,6,7,9,10 46:12,17 47:5 48:2,21 50:21 50:23 51:3 52:21 53:10,13 53:20 54:1,5,8 54:11,13,16,23 55:12,13,16,23 56:4,5,8,15,16 56:20 57:6,11 57:16,20,21 58:3,9,22 59:9 59:12,18,21 60:6,18 61:1,3 61:11,15,16,18 61:20,25 62:9 62:14,20 63:2 63:6,11 65:14 65:17,22,25 66:3,11,13,16 66:19,22,25 67:2,6,11,14,17 67:20,23 68:2 68:8,15,19,20 69:11,22 70:22 71:2,11,13,24 74:9 75:21 76:2 77:1 78:25 79:1 81:24 82:7 84:2,22 85:2,7 85:8,11,16 86:2,3,8,9,11 86:12,14,15,17 86:21 87:22,25 88:6,8,25 89:5 89:6,12,17,21 89:24,25 90:8 90:11,13,14,22 91:9,24 92:2,6 92:8,10,12,15 93:5,9,12,14,18 94:1,12,14,18 94:22 95:2,6,7 95:14,18,19,23 96:2,4,7,8,24 97:2,13,17 101:1,2,7,14 103:15 104:5,6 104:8,11,16,20

105:13,21,25 106:4,8,10,16 106:20 107:1 107:10,25 108:1,3,5,8,13 110:4 112:1,5 112:9,17,21,22 112:25 113:4,8 113:11 114:2 114:10,17,18 114:22,24 115:7,10,14,17 116:1,6,9,12,17 116:20,23 117:1,10,13,16 117:18,20,23 118:1,2 121:14 127:3,19,20 130:17 131:9 137:13,14,18 137:19,19,20 138:13,15,22 143:12,14 146:5,6,15,19 146:25 147:1,3 147:7,10 148:24 149:5,7 149:12,14,22 150:2,12 151:1 151:4,5,6,12,19 152:3,5,8,10,12 152:13,14,14 152:15,19,20 152:21 153:6 153:10,12,15 153:24 154:1,4 154:9 155:20 155:21,23,24 156:3,16,23 157:21 158:1,5 158:8,13,18,24 158:25 159:2,4 159:7,8,14,17 159:18,23 160:14

**simpson's** 153:1

**single** 33:3 34:1 35:1,14 39:19 39:22 40:12 49:9 88:18 94:20,22 130:21 131:3,7

**sit** 53:11 61:23 76:1 111:1,2 125:13

**site** 100:8

**sits** 63:3

**sitting** 45:8 58:8

**situation** 40:6 42:21 83:21 94:11 112:13 119:16 129:13 157:14

**situations** 121:20

**six** 54:25 63:3 94:19 122:23 125:10 126:15

**skin** 136:21

**skips** 142:3,4

**slave** 100:8 141:5

**small** 108:10,13

**smart** 60:10 142:2

**smarter** 82:9

**smarts** 124:18

**snuck** 113:12 113:13

**sold** 88:4 111:15 157:25

**solicited** 139:12

**solomon** 1:7 4:10 5:25

**solutions** 162:20

**solve** 53:14,15 55:2

**solved** 54:23 55:1

**solver** 53:5 105:4

**solving** 72:16 72:17

**somebody** 41:4 42:19 59:7 62:24 68:10 77:24 78:1 89:4,4,7 92:13 100:13 101:8 105:15 134:25 135:11 147:1 152:2 158:11 158:17 159:10

**someday** 123:7

**someone's** 123:7

**son** 98:6

**sonya** 2:25 162:3,8

**soon** 43:2 138:10

**sorry** 17:7 32:12 43:6 53:1 66:10,11 85:4,18 87:3 87:21,22,22,23 91:1 93:13 118:14 120:6 121:14 131:22 134:13,19 141:20 159:15 160:15

**sort** 17:2 104:23,25 108:7 121:7

**soul** 136:21

**sounds** 87:13 141:10 145:25

**sour** 138:14,14 138:21

**southard** 42:8 83:18,19

**southard's** 116:3
**southern** 1:2 18:11 73:10 96:14
**spade** 54:19,19
**speak** 6:19 37:22 104:11 133:24 156:21
**speaking** 5:7,10 126:2,7,9,10
**speaks** 155:23
**specific** 20:25 40:9 89:22 97:22
**specifically** 68:11
**spend** 122:23 122:23 146:7
**spending** 101:9
**spent** 14:16 47:3 70:10 74:21 117:1 130:4
**spoke** 48:21 73:3 85:22 96:8 145:21
**spoken** 12:2
**spoliation** 152:23
**spots** 73:22
**spun** 148:2
**squawked** 120:3
**staff** 135:21
**stalking** 118:16 118:22,25
**stand** 9:12 49:20 50:3 68:17 90:1 98:25 99:14 109:19 128:16 134:12 145:8
**standing** 20:15
**star** 5:18
**start** 7:4 8:9 18:22 134:3 143:19
**started** 30:11 80:12,13 108:14 144:2
**starting** 9:16
**starts** 42:22 112:12
**state** 5:9 20:25 22:23 23:6,7 23:10 29:11,13 30:6,9 40:12 44:10 48:17 49:25 50:1,12 54:18 57:24,24 60:18,19 62:15 62:16 64:20 77:7,9 80:13 80:24,24 81:1 81:16 84:9,20 91:17,25 93:6 93:7 107:13,21 108:15,16 112:2,3,4 116:8 122:25 127:5 134:12 134:13,14 137:8 139:7 140:1,23 141:7 141:8,16 143:10,21,23 145:25 146:22 147:13 148:8 148:15,18,25 149:3 150:16 150:20,21,22 150:23 151:15 151:17,19,20 151:21 152:6 152:18 153:14
**statement** 94:23 120:13
**states** 1:1,12 8:2
**status** 2:1 6:18 6:21 154:5,6 154:20 157:2
**statute** 21:1 40:12 86:2 96:16
**statutes** 110:10
**stay** 7:12 8:4 18:17 21:9,10 23:15 80:12 93:22,23 94:3 144:2,3,7,11 146:16
**stayed** 53:25
**ste** 3:12,19
**steal** 65:11 128:12,14
**stealing** 47:8 50:14 73:5 145:20
**steals** 142:19
**step** 10:12 106:22
**steps** 106:24
**stole** 27:9,9 47:6 50:8,8 52:11 58:10 64:9 92:12 103:23 138:25 141:18 142:23 142:24,24
**stood** 63:24 64:1,2
**stop** 31:14,16 55:22 78:3 79:1 85:5,8 86:19 103:3 130:18,19,19 134:18
**stopped** 75:10 75:12 80:9
**story** 58:19 96:22
**straight** 64:6 98:12 144:22

**strangled** 42:3
**street** 99:24 118:17 147:22 147:25
**strength** 125:6
**strict** 65:4
**strictly** 5:11
**strong** 133:12
**structure** 58:25 130:16
**stuck** 38:17,17 104:24,25
**stuff** 19:23 30:21 37:6,7,7 47:2,2 70:13 87:3 95:21 100:19 109:1 134:5 143:7 158:15
**stupid** 54:20 70:9 122:17 127:10 128:25 129:3 142:12 144:18
**style** 11:21
**subject** 112:18
**submit** 14:6 15:1 81:6
**submitted** 12:4 13:2,6,25 17:4 156:5
**subpoenaed** 64:20
**substance** 105:9
**success** 10:16
**successful** 52:5 74:2 133:14 135:8
**sucks** 33:4,4
**sucky** 33:14
**sudden** 112:12
**sue** 23:7,10 32:7,7,8 50:10 50:11 54:2,3,8 54:10 55:24,25 64:10 70:6,16 70:23 83:1 120:24 123:1,1 123:2 127:9,16 133:7 141:16 141:17
**sued** 23:8 30:10 63:19 121:21 128:17 133:3,6 141:15 142:4,5
**sues** 48:8 127:1
**suffering** 85:12 118:4
**sufficient** 43:15
**suggested** 16:18 45:11,11
**suggesting** 45:3 156:4
**suggestions** 51:1
**suing** 22:7,11 22:14 33:3 38:3 66:1 133:2,2,3,6 139:22 140:23 141:20 144:12
**suite** 162:22
**summer** 158:3
**supersede** 78:15
**support** 72:13 110:17 145:11 145:12
**supported** 10:1 152:5
**supposed** 8:4 28:3 38:7 43:19 51:14 53:23 56:6 81:1 113:19 125:9 158:14 158:14
**supreme** 31:20
**sure** 5:3 7:22 8:22 10:22 13:7 14:15 16:11 34:24 46:16,17,18,19 54:4,22 63:4 70:7 92:6 94:6 102:25 104:20 114:20 119:7 122:21 124:18 129:9 131:20 139:19,20,21 142:13,21 147:23 154:21 158:20,22
**surrender** 136:10
**sweated** 99:20
**sweating** 27:25
**switch** 79:23
**sworn** 148:10
**synagogue** 63:14
**system** 33:4 61:5,6 88:20 116:6 117:7 131:19 134:8 151:7
**system's** 96:4 101:3 117:6
**systems** 104:1

**t**

**t** 162:1,1
**tail** 53:3
**take** 9:4,6,7 10:12 12:14 14:9,9,15,17 15:5 16:17 28:3,14,22 29:7 43:4 75:16,16 79:9 82:16 107:4 119:8 122:12 122:16 123:15

123:16 124:3,4 136:23 145:2 146:23 150:21 152:22 153:1
**taken** 17:11 26:14 27:5 63:9 119:15 142:10
**takes** 100:16 102:15 115:3
**talk** 6:20 20:6 25:22,24 27:7 28:19 31:22,24 32:1,4 47:15 55:9 60:15 69:16 70:12 73:8 91:9,10 94:15,15 105:22 110:5 124:15 126:4,5 127:24 144:3 147:23 158:16 158:18
**talked** 58:12 67:3 70:10 92:23 108:21 114:20 127:4 140:24,25 147:19 151:25 154:10
**talking** 16:24 45:12,22,23 58:14 61:24 62:1,17,22 96:17,23 126:11 132:12 142:24 158:19 158:19
**talks** 70:19 115:1
**tall** 51:13 158:3
**tat** 35:13
**tax** 86:23 134:24,25 135:1,2
**technicalities** 68:21
**tell** 19:7 38:22 46:18 51:18 59:2,25 63:14 73:11 76:9,10 85:19,22 86:13 87:12 89:25 98:10 99:7,12 110:18 130:18 136:13 137:7 138:8 143:9 145:11,16 153:21
**telling** 66:15 87:17
**tells** 15:6 20:17 107:23 143:3,4 143:5
**term** 70:7
**terminate** 142:13
**terminated** 142:15
**terms** 7:4
**terrorists** 19:24
**test** 77:19
**testament** 123:17 135:25
**tested** 101:3
**testimony** 64:14,16 126:18 127:6 130:22 148:11
**text** 129:1,3,3
**thank** 6:14 155:2,11 156:6 156:8,10,10,18 158:22 160:18
**theft** 145:19
**thief** 27:2 59:10 142:5,22
**thieves** 25:13
**thing** 14:17 16:14 33:3 55:4 57:13 64:13 70:4 78:6 81:18 90:15 93:11 100:12 103:10 107:13,24 123:16 131:4
**things** 6:20,22 6:23 8:3,15 10:13 14:4 17:14 18:20 25:2 29:18 30:14 32:10,11 32:15 33:10 36:18 51:15 59:10,14 61:17 70:9 76:1,23 77:22 83:5 84:6,14 85:17 85:18,23 87:3 87:3,11 88:4 90:5,24,25 92:15,18 95:15 96:22,23 97:6 97:6 101:24 106:12 107:4,6 108:6 109:2 110:8,10,15,16 111:1,2,21 112:10 113:25 115:2 117:21 118:5,6 119:25 124:22,23,24 125:13 128:14 128:15 131:7 131:15,16 132:23 138:9 140:5,16 141:7 143:22 144:2 146:13 149:17 149:18,21 150:18 151:20 152:7 155:8,9 156:5 157:12 158:3

**think** 10:7 11:10,19,21 12:24 14:20 17:15 18:13 19:8 20:1,7 31:6 33:14 35:16 38:4,22 44:5 45:6 46:25 49:5 51:5 54:9 55:6 55:7 56:3,18 62:24 70:17 72:12 75:10,15 76:14 77:16 79:4 81:14 82:5 84:17 85:22 87:18 93:19,23 94:9 99:3,4,5 101:23 102:19 103:2 104:22 104:25 105:2,5 106:16 107:9 113:16 115:8 119:13,15,21 121:3 124:2 126:23 133:10 135:11,14 138:10 139:4 143:17 145:14 145:15 146:4 147:3 148:14 149:18 152:1 154:7,20 158:16 159:10 160:12
**thinking** 14:18
**thinks** 14:4 85:23
**third** 3:12 117:3 135:19
**thorne** 74:15 74:16 81:22 125:3 147:23 148:4
**thorough** 46:24
**thought** 8:11 41:14 50:2 76:17 121:7 126:3 136:4 144:1
**thousands** 111:7,9 134:7
**threaten** 120:22 125:23 128:13
**threatened** 50:10,11 123:10 124:8 127:9,16
**threatening** 111:11
**three** 9:2,4,6 13:12,23 17:21 23:17 24:2 29:18 35:4 42:6 46:20 47:6,7,12,16 48:21 49:23 51:23 52:11,14 53:3 64:19 68:17 73:22 74:4 78:19 79:14 81:16 96:5 100:16 102:16 104:23 110:9 113:14 119:23,23,23 119:23 122:3 124:11 128:24 131:12 135:17 138:25 139:23 147:11,19
**throw** 116:9,10
**throwing** 116:11 121:25 122:1
**thrown** 18:3
**thursday** 75:24 76:1,9,13,16 77:12,12 79:5 154:14
**ticking** 157:16
**tied** 39:3,5
**till** 51:4
**time** 11:14 22:14 26:14 27:5 33:23 38:2 42:9 43:3 44:18 48:23 57:3 66:4 78:19 81:6 82:2 101:12 102:25 119:17 123:22 129:4 139:4 140:8 141:3 145:20 146:14 148:12 154:10,17 155:6 156:21 157:16 158:12 158:22 159:11 159:21 160:3,7
**timely** 8:14 13:17 86:24
**times** 17:13 23:1 25:18,20 27:1,11 46:4 50:3 67:4,20 72:25 74:18,19 79:10 85:20 86:4 88:11 90:2 99:21 110:6 118:23 128:24 143:12 143:13 149:1 150:25
**tipped** 139:2
**tirelessly** 49:7
**tit** 35:12
**title** 20:18,18 20:20 98:9
**today** 14:23 17:13 45:3 76:2 78:25 93:8 101:3

104:15 136:12 146:2,4 149:1 154:5,11,17,19 156:16,21 157:15 160:13 160:19
**together** 104:24,25 124:25 148:12
**told** 15:3 28:6 31:9 36:22 44:13 48:18 49:20 56:2 57:23,24 60:3 60:19 64:5 66:21 70:2 73:4 77:15,16 78:25 80:2 82:12 83:7,24 95:23,24,25 96:10 97:9,11 97:19,20,25 98:14 100:21 101:11,15 102:24 103:22 104:8 108:19 108:20,25 109:2,16 110:20,21 111:16,18,20 113:1,1 115:20 118:18 120:4 120:21,23 121:7 122:1 125:3 128:5 130:13 133:18 133:20 134:17 136:5 137:9 145:12 147:20
**took** 11:8,14 54:17 65:3 70:3 71:5 73:21 108:16 114:6 118:15 126:24 128:23 135:2 154:8
**torture** 148:6
**tortured** 99:10
**total** 9:18
**totality** 113:11
**totally** 8:5
**touch** 84:16
**touches** 20:5
**tough** 43:5 119:16 121:15 131:13
**toxic** 49:4
**trade** 127:20
**train** 31:14,16 85:5,8
**transactional** 70:12
**transactions** 74:2 82:8,10
**transcribed** 2:25
**transcript** 75:2 76:10 77:20 79:10 110:3 113:2 114:11 119:9 131:7 150:3,4 162:4
**transcripts** 86:7 131:2
**transfer** 40:13 56:19 57:12,14 57:18
**transferred** 43:18 57:12 58:12 60:13 111:11
**transition** 11:11
**transpired** 23:21
**traurig** 60:9 116:24 118:24
**traveling** 160:16
**treated** 57:8
**trial** 7:16 74:24
**tried** 45:9 46:10 75:4 85:17 99:7 100:16 101:21 103:8,9 115:17 124:9 126:1 127:13,14 128:17 135:21
**tristan** 53:6 64:18 129:5
**tro** 72:23 78:22 78:24 79:5 80:15,25
**trot** 110:22
**trouble** 125:15
**true** 24:9,10,12 33:24 34:20 35:7 38:13 39:10,14 43:18 55:11,13,13 80:5,22 99:25 101:13 105:15 112:15 116:25 146:17 149:24 155:18 162:4
**trust** 58:18
**trustee** 8:2,23 11:22 12:11,13 12:15,19 13:8 13:19,25 14:5 15:20 16:6,20 17:4 56:10 105:3 120:3 137:13
**trustee's** 8:20 11:3,6 12:2 14:22 15:20 85:24 94:9
**truth** 85:19 133:23,25 143:3,5
**try** 8:8 10:13 25:10 42:12,18 51:7 73:17

106:11,23 139:5 141:2 157:7 158:20
**trying** 7:15 11:2,25 12:3 18:23 19:9,10 22:17 25:6 31:25 36:22 38:5,21 45:7 53:21 66:10 85:9 87:12 90:16 91:14 101:19 103:17 137:10 148:5
**tuesday** 76:9 76:11 77:18
**tunc** 82:4,7,13 137:10
**tuning** 14:2
**turned** 131:10
**turnover** 45:10
**tv** 118:20
**twice** 155:19 156:3
**two** 8:21,22 11:23 12:14,21 13:2 17:3 24:1 25:19 32:13 37:13 45:10 46:22 47:19,22 51:20 65:4 67:14 73:22 78:22 80:6 83:13,14 101:9 101:20 102:14 112:13 113:14 115:18 121:1 122:3 124:24 125:2,5,12 131:12 135:17 139:23 141:2 145:22 154:9 157:13
**type** 140:6
**types** 95:12 120:10

**u**

**u.s.** 1:23 8:20 8:22 15:20 85:20,21
**ugly** 98:19
**ultimate** 22:2,3
**ultimately** 21:17 119:17
**uncover** 123:8
**under** 9:20,25 20:18,19,20,25 21:19 30:19,21 37:15 43:15 44:15 46:22 56:19 69:16 70:5,19 75:11 78:11,13 79:18 79:19 80:7,7 80:12 81:7 82:10 84:3,13 84:13,23 86:2 102:11 111:12 111:13 113:18 113:21 114:6 114:14 122:5,6 130:2 131:9 132:22 135:22 144:19 148:10 148:12 156:2
**underlined** 131:7
**understand** 8:6 8:13,14 9:10 11:13 14:19 25:21 31:4,5,7 33:12 34:20 36:6,10 42:11 43:12 56:12,22 56:23 59:11 63:7 65:20 66:10 67:5 83:25 85:6,6 89:19 92:16,17 93:3 95:22 101:5,7 103:24 104:3 107:1 111:25 115:25 134:3 135:20 139:16 153:5 153:23,25 155:4 157:20 158:4,7 159:20 160:9
**understood** 16:3
**undo** 33:10 153:14
**unfortunately** 47:3 52:4 77:5 81:5 86:23 88:10 89:9 96:9,18 157:2 157:21,23
**unhappy** 11:24
**unhealthy** 81:21
**unit** 69:1 95:3,4
**united** 1:1,12 8:2
**unlawful** 92:16 102:6
**unlocked** 28:12 51:12
**unmute** 5:19
**unpaid** 155:24
**unquestionable** 51:11
**unquestionably** 91:19
**unreasonably** 10:5
**unusual** 134:20 134:20
**unwilling** 118:2
**upper** 136:2
**upset** 49:6
**upsetting** 134:19

**upside** 131:10
**upstate** 145:19
**use** 21:18 43:21 87:3
**used** 8:5 43:8 55:3 77:19 84:25 88:24 126:9,10 138:13
**useful** 32:24
**using** 5:18 14:16
**usually** 19:18
**utilized** 41:16

**v**

**v** 155:21
**vacation** 101:22
**valid** 156:2
**value** 22:8,10 22:12,14 23:3 28:1 51:10 91:4
**various** 109:3
**vehicle** 144:23
**vehicles** 53:22 97:24
**vendors** 101:17
**veritext** 162:20
**version** 123:9
**versus** 76:12 80:21 152:14
**veteran** 133:16
**vicious** 131:15
**viciously** 36:22
**victim** 92:23
**video** 5:6,8,12 51:4,5 99:10 99:19 100:13 100:15,16,23 100:23 102:11 158:8,23 159:5 159:7,14,15,21 159:24
**videographing** 51:7
**videos** 28:6
**videotape** 102:11
**view** 13:21 80:6 99:23 115:8 141:19
**vindictive** 22:16 25:13 52:6 84:6 97:21 110:8,12 123:2 124:16 124:21 132:23 153:4
**vindictively** 83:12 92:3 124:25
**vines** 51:13 158:3
**violates** 149:20
**violation** 5:13
**visited** 157:21
**visits** 101:14
**vomit** 51:5,6 82:1
**vpn** 5:18
**vulnerability** 88:24 110:14
**vulnerable** 109:25

**w**

**wait** 12:19 13:19 14:5 51:4 76:4 154:16 156:21
**waited** 97:10
**waiting** 17:2
**waived** 138:17
**wake** 118:11
**walk** 63:13 157:10 158:9
**walked** 77:25 78:1,5 141:22
**walking** 107:21 120:5
**want** 8:8,19 11:23 13:19 15:3 19:14 20:3,4,6 21:3,5 21:7,8 23:15 27:13,17 28:17 30:3 31:5 32:4 33:16 35:12 37:5,6 38:12 38:14,14 42:3 42:4 44:23 47:7 48:10 49:6,14 52:10 52:13 56:21 57:22 58:19 60:2,23,25 63:11 69:14 73:1 74:20 75:2 76:8,11 76:12 81:15,19 82:16,18,23 84:16,23 86:6 86:13 89:22,23 90:3 91:6,9,21 93:1,2 94:2,2,4 94:9,10,15,15 100:17 104:2 105:2,3,23 106:1 109:20 113:2 114:14 115:20 117:6 117:24 123:16 123:17 126:4,5 126:6 127:14 127:15 128:3 129:15 131:22 135:15 136:8 136:16,21,25 139:19 143:8 143:15 144:19 144:20,21 146:16 155:4

156:6,13,25 157:3 158:13 160:2
**wanted** 6:20 8:11,21 29:12 29:17,17 49:11 52:7 136:23,24 137:21 155:14 155:19 157:22
**wants** 17:16,18 20:5 30:12 46:8 51:24 76:19 84:15 94:8 95:2 109:19,20 128:2,11 158:11
**war** 133:16
**warranted** 9:25
**wars** 140:1
**wash** 151:15
**washed** 67:24
**waste** 22:14 132:6
**watch** 118:18 118:23
**watched** 22:20 101:9 118:25 128:20
**watching** 100:8
**water** 99:11,13 99:16,19 101:16
**way** 15:2,5 16:17,19 17:4 18:14 24:3 38:17 41:12 42:4 43:17 47:22 49:1 57:7,8 61:6 62:23 68:4,6 68:16,22,25 69:13 75:23 81:7 82:19 91:6 103:10 107:25 108:7 109:2,14 111:7 113:12 115:4 115:12 118:21 119:9,21 120:19 123:2 126:5,5 128:23 131:17,24,25 132:11 133:1 136:13 137:18 137:20 138:3 139:1 140:18 140:19 147:15 149:19 150:4 157:18
**ways** 7:16 43:6 131:21 134:20
**we've** 21:8 25:19 41:7,9 42:9 45:1 67:3 108:10 110:24 127:3 135:21 146:17 156:12
**wealthy** 136:3
**weather** 27:25
**website** 29:17
**wednesday** 9:16 46:4 51:18 99:9 110:2,24 111:4 111:5 144:13 144:14
**weeds** 27:25 28:2 99:20 101:8
**week** 12:14,18 13:3,13,14,22 15:11 16:5,19 42:8 76:8 90:24 99:9 135:3 154:24
**weeks** 16:13,24 24:2 25:19 80:6 113:14,14 115:18 119:23 119:23,23,23 131:13 143:3
**weiner** 72:2
**weird** 47:11
**went** 23:7 29:22,22 37:15 44:18 80:3,11 80:13 84:8,19 85:2 87:5,6 88:19,23 90:23 97:21 99:9,19 111:15 115:2 118:23 139:2 145:21 152:24
**whatsoever** 99:2
**whining** 144:7
**white** 55:1
**who've** 96:5
**whoever's** 17:1
**wide** 119:5,12
**wiener** 31:1 44:8 59:9,10 63:16 70:1 71:24 74:18 135:1,12 137:16
**wiener's** 55:25
**wife** 11:12,12 23:7 32:8,12 52:3 54:2 58:14 66:24 67:1,16 69:1,4 81:20 85:13 87:7 88:25 105:15 122:18 123:1 141:21
**wife's** 115:23
**wiggin** 47:19
**william** 71:24 72:2
**willing** 17:14 83:4 124:12 129:17 131:16 131:17 134:7

139:20 141:10 141:10 143:21 155:9
**win** 33:6 130:18
**wiped** 52:3 68:1 104:1,5 142:6
**wisdom** 136:17
**wise** 79:17
**wish** 10:15,15 10:16 12:12 140:3,4 154:15 156:19 160:19
**withdraw** 77:6 79:7 87:14
**withdrawal** 9:20
**withdrew** 30:18,19
**witness** 27:11 50:3,16,17 65:6 68:17 99:14 130:21 134:12
**witnesses** 59:13 59:13
**wmtr** 69:2,3
**wolf** 146:11
**woman** 62:2
**won** 130:18
**wonder** 63:20
**word** 22:18 49:4 50:7 79:9 81:9 87:3 109:4,11,12 130:8 138:13 140:6,7,8
**words** 31:10 112:14 114:11 119:15 126:20 126:21 131:8 136:17,18 143:11,25
**work** 10:13 14:9,10,12 15:4 17:2 23:23 24:23 25:1,2 32:17 33:14 49:14 51:24,24 52:8 52:9 60:7 61:12 69:19,19 69:20 70:12 73:17 79:1 81:14 99:15 100:13 105:2 107:9 108:24 109:8 122:14 129:13,15 131:11,11 140:14 143:18 149:19 155:20 155:23
**work's** 15:4
**worked** 32:22 49:6 50:18 53:2 61:7 65:10 108:1 119:17 138:20
**working** 41:11 76:3 79:2 101:10 146:8 148:11
**workmanship** 148:4,5
**workouts** 49:8 129:12
**works** 19:20 57:2 61:11 83:16 105:13
**world** 71:24 100:12 103:12 109:16 133:15
**worry** 127:23
**worse** 106:7 119:21
**worst** 100:12 106:11 133:11 146:12,12,12
**worth** 22:9 88:3,3 98:1 99:1 122:24
**wow** 76:18 79:11,11
**write** 53:12,13 53:14 71:16 89:25
**writing** 18:6 40:14 53:8 67:18 94:4 120:25 156:6
**writings** 130:7
**written** 45:17 57:15 70:25 110:24 133:19 147:9
**wrong** 33:21,21 33:22,22,25 62:24 63:4,21 75:13 78:4 97:11 98:4,19 103:12,15,16 126:4 132:1 133:7 136:11 141:21
**wrote** 34:2 42:8 44:19 45:2,20 45:25 71:6,13 71:19 72:9,11 121:10 124:12 127:22 128:5 137:17 138:15 148:10

**x**

**x** 1:4,10 110:7 120:23 161:1

**y**

**y** 120:24
**yeah** 8:19 19:20 20:16,22 22:10 25:12 26:1 27:19 29:1 30:8,16 38:11 39:18

45:12 46:17,17 46:17 47:11 55:10,11 56:5 63:2 71:10 73:1,16 80:5 93:14 100:24 112:5 114:18 116:17 117:20 126:9,11 135:5 142:24 143:4,7 151:1,9 152:19 153:2

**year** 26:15 27:1 50:20 51:13 63:8 64:24 73:24 81:22 108:20 110:20 117:2 121:17

**years** 17:21 18:3 19:23 23:17 32:22 47:1,4,6,7,12 49:23 51:24 53:3,7 54:25 55:2 57:4 58:20 64:19 65:9,10 74:4 78:19 79:14 83:14,14 105:7 105:9 110:9 117:2,17 122:3 122:3 125:2 128:17 129:11 138:2 145:20 147:11

**yechiel** 50:11 127:4

**yesterday** 9:17 17:11 45:3 140:4 143:1

**yiddish** 130:9

**yj** 21:7 23:16 30:16,18,19,21 30:22 38:16 40:8,17,22,23 41:8 43:16,20 53:19 55:20,20 55:24 56:1,14 58:4,24 66:20 66:22,25 67:16 68:3,15,23 93:18,23 105:14 108:8 108:15 111:12 111:12,13 120:2,8 133:20

**york** 1:2,14 3:6 3:13,20 4:4 9:21 18:11 21:19 62:18,21 64:20 84:20 91:17 96:15 134:14 137:8 145:19 148:8 148:15

**younger** 138:2

**z**

**z** 120:24

**zero** 123:24

**zoom** 5:2 120:7

**zooming** 118:13