**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re: Jeffrey Solomon Simpson — Bankruptcy Case No.: 26−10359−lgb

Jeffrey Solomon Simpson as Debtor and Debtor in Possession
Plaintiff(s),

−against− — Adversary Proceeding No. 26−01097−lgb

Arch Real Estate Holdings LLC
Arch Asset Management LLC
Arch Property Management LLC
Defendant(s)

# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| |
|---|
| **Address of Clerk:** |
| **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**One Bowling Green**<br>**New York, NY 10004−1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| **Name and Address of Plaintiff's Attorney:** |
| **Alec P. Ostrow**<br>**Becker, Glynn, Muffly, Chassin & Hosinski LLP**<br>**299 Park Avenue**<br>**16th Floor**<br>**New York, NY 10171** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004−1408 | Room: Contact chambers for Zoom Meeting ID, and Password, LGB Zoom Videoconference<br><br>Date and Time: 11/5/26 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 9/28/26

Vito Genna
*Clerk of the Court*

By: /s/ Jonathan C Ramos
*Deputy Clerk*