**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB)<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Upon the motion for a preliminary injunction [ECF No. 2] (the "Motion") of the Plaintiff, dated September 25, 2026, seeking an order pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), enjoining the Defendants from continuing to prosecute an action commenced by them in Supreme Court of the State of New York, County of New York, entitled *Arch Real Estate Holdings LLC et al. v. YJ Simco LLC et al.*, Index No. 653216/2026 (the "State Court Action"), the declaration of Jeffrey Solomon Simpson in the support of the Motion [ECF No. 3] (the "Supporting Declaration"), and the complaint initiating this adversary proceeding [ECF No. 1] (the "Complaint"); and upon the declaration of Alec P. Ostrow, dated September 25, 2026, in support of this Order [ECF No. 4] (the "Ostrow Declaration"), and upon a letter filed by counsel for the Defendant in opposition to the Motion dated September 28, 2026 [ECF No. 5] (the "Opposition Letter"); and upon the Court holding a conference on September 28, 2026 (the "September 28 Conference") with counsel for the Plaintiff, the

Plaintiff, and counsel for the Defendant, among others, present to discuss the Complaint, the Motion, the Supporting Declaration, the Ostrow Declaration, and the Opposition Letter, and for good cause and the reasons stated on the record at the September 28 Conference, it is hereby

**ORDERED**, that the Defendants SHOW CAUSE before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on the 29 day of October, 2026, at 11:00 A.M. ET, in Courtroom 623, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, WHY an order should not be entered enjoining the Defendants from continuing to prosecute the State Court Action; and it is further

**ORDERED**, the pending the hearing and determination of the Motion, the Defendants are temporarily restrained from continuing to prosecute the State Court Action; and it is further

**ORDERED**, that any supplemental filings by the Plaintiff, including any additional supporting declarations, shall be filed and served on counsel for the Defendants by no later than 5:00 P.M. ET on October 9, 2026, any opposition papers to the Motion shall be filed and served on counsel for the Plaintiff not later than 5:00 P.M. ET on October 21, 2026, and any reply papers in support of the Motion shall be filed and served on counsel for the Defendants by no later than 5:00 P.M. ET on October 26, 2026; and it is further

**ORDERED**, that good and sufficient service of this Order, the Motion, the Supporting Declaration, and the Complaint, shall be made if served by email upon counsel for the Defendants, Jonathan T. Koevary, Esq., Olshan Frome Wolosky LLP, jkoevary@olshan.com, not later than September 30, 2026.

Dated: New York, New York
September 29, 2026

**/s/ Lisa G. Beckerman**
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE