# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 9/29/2026 |
| Case: 26−01097−lgb | Form ID: pdf001 | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

dft Arch Real Estate Holdings LLC
dft Arch Asset Management LLC
dft Arch Property Management LLC

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

aty Alec P. Ostrow aostrow@beckerglynn.com
aty Jonathan T. Koevary jkoevary@olshanlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla Jeffrey Solomon Simpson 1055 Park Avenue #4 New York, NY 10028
ust United States Trustee Office of the United States Trustee − NY Alexander Hamilton Custom House One Bowling Green, Room 534 New York, NY 10004−1408

TOTAL: 2