BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033
Alec P. Ostrow
aostrow@beckerglynn.com

*Attorneys for Plaintiff, Jeffrey Solomon Simpson, as Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB)<br><br>**CERTIFICATE OF SERVICE** |

I, Alec P. Ostrow, a member of the Bar of this Court and a member of the firm Becker, Glynn, Muffly, Chassin & Hosinski LLP, certify that, on September 30, 2026, I caused the following documents:

Order to Show Cause for Preliminary Injunction and Temporary Restraining Order [ECF Doc. 7];

Plaintiff's Motion for a Preliminary Injunction [ECF Doc. 2] with exhibits;

Declaration of Jeffrey Solomon Simpson in Support of Motion for Preliminary Injunction with exhibit [ECF Doc. 3]; and

Complaint [ECF Doc. 1] with exhibits

to be served on via email on counsel for the Defendants, Jonathan T. Koevary, Esq., Olshan Frome Wolosky LLP, at jkoevary@olshanlaw.com.

I declare that the foregoing is true and correct under penalty of perjury.

Dated: New York, New York
October 1, 2026

*/s/ Alec P. Ostrow*
Alec P. Ostrow