BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033
Alec P. Ostrow
aostrow@beckerglynn.com

*Attorneys for Plaintiff, Jeffrey Solomon Simpson, as Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB)<br><br>**PLAINTIFF'S SUPPLEMENTAL FILINGS AND DECLARATIONS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Jeffrey Solomon Simpson (the "Debtor"), as Debtor and Debtor Possession, by his undersigned counsel, hereby submits the following supplemental filings and declarations in support of the motion for a preliminary injunction, pursuant to this Court's Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, dated September 29, 2026 [ECF Doc. 7].

Attached hereto as Exhibits are the following:

A Debtor's Declaration Pursuant to Local Bankruptcy Rule 1007-2, executed on February 19, 2026

B Declaration of Yael Simpson in Support of Motion for Preliminary Injunction, executed on October 8, 2026

C Declaration of Sima Berner Reid in Support of Motion for Preliminary Injunction, executed on October 6, 2026

D Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Default Judgment, submitted by Furman Kornfeld & Brennan LLP, attorneys for Defendant Becker, Glynn, Muffly, Chassin & Hosinski LLP, filed on September 28, 2026, in *Arch Real Estate Holdings LLC et al. v. YJ Simco LLC et al.*, Supreme Court of the State of New York, County of New York, Index No. 653216/2026

Dated: New York, New York
October 8, 2026

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

By: _*/s/ Alec P. Ostrow*___
Alec P. Ostrow
aostrow@beckerglynn.com
299 Park Avenue
New York, New York 10171
(212) 888-3033

*Attorneys for Jeffrey Solomon Simpson, as Debtor and Debtor in Possession*