BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033
Alec P. Ostrow
aostrow@beckerglynn.com

*Attorneys for Plaintiff, Jeffrey Solomon Simpson, as Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB)<br><br>**DECLARATION OF YAEL SIMPSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

Yael Simpson, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(a), as follows:

1. I am the wife of Jeffrey Solomon Simpson (the "Debtor"), the debtor and debtor in possession in this bankruptcy case and the plaintiff in this adversary proceeding. I make this declaration in support of the Debtor's motion for a preliminary injunction. I am fully familiar with the facts set forth herein.

2. The purpose of this declaration is for me to state the devasting impact that the lawsuit brought by Arch Real Estate Holdings LLC ("Arch") against me and others has had on me, my children, and my marriage to the Debtor, both emotionally and financially.

3. I have been married to the Debtor for 22 years. I married him when I was 25 years old. I am a school teacher by profession. Although I enjoy what I do for a living, I do not earn a great deal of money. I have also devoted a great deal of my time to raising our two sons. I have relied on my husband's income from Arch and its related businesses to support me and my family. Until the Debtor's bankruptcy, we did not have separate bank accounts. My ownership interest in various limited liability companies was made possible through my husband's income and guarantees.

4. Because of what happened to my husband based on the litigation in Justice Cohen's court, my husband has lost nearly all of his income and assets, which put a tremendous strain, emotionally and economically, on him, me, and our children. It has depleted our family's assets to the point where I cannot afford to retain counsel to represent me in Arch's lawsuit against me, which accuses me of participating in a fraud. The money that the Debtor has earned since his bankruptcy filing from repairing automobiles is unavailable to pay a lawyer to defend me. I am petrified of going into Justice Cohen's court without a lawyer.

5. I believe I have done nothing wrong in providing an affidavit, and authorizing a guaranty and mortgage to be given by 1055 Park Ave ST LLC, which I own, to serve as collateral to the Debtor's bankruptcy counsel, Becker, Glynn, Muffly, Chassin & Hosinski LLP ("Becker Glynn") to help my husband obtain counsel for his chapter 11 case. I stand by the

affidavit that I signed and the declaration I previously provided to this Court in connection with my husband's application to retain Becker Glynn as his counsel.

6. I have helped my husband in his bankruptcy case by assembling information for his schedules and working on his monthly operating reports.

7. The continuation of this lawsuit against me, my inability to have resources to defend myself, and my husband's inability, because of his bankruptcy, to use his resources to defend me has caused me a tremendous amount of anxiety. It has caused an enormous amount of strife in my family, including much tension between my husband and me. I have observed my husband's behavior as a result of his inability to help me. He is very distraught. It has distracted both of us from working on the monthly operating reports. It has distracted him from working on other things in his bankruptcy case, such as objections to the claims filed against him and a chapter 11 plan to get him out of bankruptcy.

8. If Arch's lawsuit against me is allowed to continue, the stress, anxiety, and tension will only increase. The strain on our marriage will also increase.

9. I am being sued by Arch for helping my husband obtain counsel in his bankruptcy case, and now, because of his bankruptcy case, he cannot help me obtain counsel. This is a terribly unfair situation.

10. In light of the foregoing, I respectfully request that the Court grant the motion for a preliminary injunction.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2026

Yael Simpson