# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISSOLVE OR RECONSIDER THE SEPTEMBER 29, 2026 TEMPORARY RESTRAINING ORDER**

Upon the motion (the "Motion") [Adv. Dkt. No. ●] Arch Real Estate Holdings LLC, for itself and for its defendant affiliates Arch Asset Management LLC and Arch Property Management LLC (collectively, "AREH"), pursuant to Rules 65 and 54(b) of the Federal Rules of Civil Procedure, made applicable by Rules 7065 and 7054 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and, in the alternative, Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure, made applicable by Bankruptcy Rules 9023 and 9024, for entry of an order dissolving or reconsidering, or granting relief from, the Court's *Order to Show Cause for Preliminary Injunction and Temporary Restraining Order* dated September 29, 2026 [Adv. Dkt.



13414187-1

No. 7] (the "TRO"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and due and sufficient notice of the Motion having been given; and the Court having held a hearing on the Motion on October 29, 2026 at 11:00 a.m. (ET) (the "Hearing"); and upon the record of the Hearing and of the September 28, 2026 conference; and that good and sufficient cause exists for the relief granted herein; it is hereby

**ORDERED**, that the Motion is GRANTED as set forth herein; and it is further

**ORDERED**, that the TRO is DISSOLVED in its entirety; and it is further

**ORDERED**, that this Order is effective immediately upon entry; and it is further

**ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: New York, New York
____________, 2026

________________________________
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE



13414187-1