**Hearing Date: October 29, 2026 at 11:00a.m.**
**Objection Deadline: October 22, 2026 at 4:00p.m.**

OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
Jonathan T. Koevary

*Counsel for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB)<br><br>Adv. Pro. No. 26-01097 (LGB) |

**NOTICE OF MOTION AND HEARING REGARDING DEFENDANTS' MOTION SEEKING DISSOLUTION OR RECONSIDERATION OF, OR IN THE ALTERNATIVE RELIEF FROM, THE SEPTEMBER 29, 2026 ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

**PLEASE TAKE NOTICE**, that defendant Arch Real Estate Holdings LLC, for itself and for its defendant affiliates Arch Asset Management LLC and Arch Property Management LLC (collectively, "AREH"), by and through counsel, will move (the "Motion"), filed at Adversary Docket Number 14, pursuant to Rules 65 and 54(b) of the Federal Rules of Civil Procedure, made applicable by Rules 7065 and 7054 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and, in the alternative, Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure, made applicable by Bankruptcy Rules 9023 and 9024, for entry of an order dissolving or reconsidering, or granting relief from, the Court's *Order to Show Cause for Preliminary Injunction and Temporary Restraining Order* dated September 29, 2026 [Adv. Dkt. No. 7].

**PLEASE TAKE FURTHER NOTICE**, that objections if any, shall be in writing, shall conform to the Bankruptcy Code, the Bankruptcy Rules and Local Rules of the United States

Bankruptcy Court for the Southern District of New York and shall be filed and served as follows, so as to be received no later than **October 22, 2026 at 4:00 p.m.** and such objections shall further (i) be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; (ii) be submitted via email to the chambers of the Honorable Lisa G. Beckerman, United States Bankruptcy Judge; and (iii) be served upon counsel to movant: Olshan Frome Wolosky LLP, 1325 Avenue of Americas, New York, New York 10019, Attn: Jonathan T. Koevary, Esq. (jkoevary@olshanlaw.com).

**PLEASE TAKE FURTHER NOTICE** that the Hearing to consider the Motion will be held in person on **October 29, 2026 at 11:00 a.m. (ET)** before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Courtroom 623, New York, NY 10004. Hearing participants are required to register their appearance by 4:00 p.m. the day before any scheduled hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that AREH does not consent to the entry of final orders or judgment by the bankruptcy court.

Dated: October 13, 2026

**OLSHAN FROME WOLOSKY LLP**

By: */s/ Jonathan T. Koevary*

Jonathan T. Koevary
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2300
E-mail: jkoevary@olshanlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 13, 2026, a true and correct copy of the foregoing document was served electronically by the Court's CM/ECF system on all parties entitled to such notice.

/s/ *Jonathan T. Koevary*
Jonathan T. Koevary