# EXHIBIT A

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033
Alec P. Ostrow
aostrow@beckerglynn.com

*Attorneys for Plaintiff, Jeffrey Solomon Simpson, as Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB)<br><br>**<u>NOTICE OF DEPOSITION</u>** |

PLEASE TAKE NOTICE that Jeffrey Solomon Simpson, as Debtor and Debtor in Possession (the "Debtor"), the Plaintiff herein, by and through his undersigned counsel, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding by Rule 7030 of the Federal Rules of Bankruptcy Procedure, will take the deposition remotely of the defendant Arch Real Estate Holdings LLC ("AREH") at 11:30 a.m. on October 20, 2026, or at a date and time to be agreed upon by counsel. Pursuant to agreement

of the parties, the designee of AREH is Kevin Wiener. A list of matters for examination is attached as Schedule A.

The deposition will be conducted upon oral examination before a notary public or other officer authorized to administer oaths and will be recorded by a certified court reporter by stenographic method. The deposition will continue from day to day until completed, Sundays and holidays excepted.

PLEASE TAKE FURTHER NOTICE that this deposition is noticed solely for purposes of the scheduled evidentiary hearing relating to the Debtor's application for preliminary injunctive relief. The Debtor expressly reserves all rights, claims, defenses, arguments, and objections relating to the merits of this adversary proceeding, including the right to seek additional discovery and deposition testimony from AREH or Mr. Wiener.

Dated: New York, New York
October 15, 2026

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

By: */s/ Alec P. Ostrow*_____
Alec P. Ostrow
299 Park Avenue
New York, New York 10171
(212) 888-3033
aostrow@beckerglynn.com

*Counsel for Jeffrey Solomon Simpson, Debtor and Debtor in Possession, Plaintiff*

Schedule A

Matters for Examination

1. The effect of the action pending in the Supreme Court of the State of New York, County of New York, entitled *Arch Real Estate Holdings LLC, et al. v. YJ Simco LLC, et al.*, Index No. 653216/2026 (the "State Court Action") on the chapter 11 case of the Debtor.

2. The intention of AREH with respect to the Debtor and his chapter 11 case in commencing and prosecuting the State Court Action, including whether AREH is pursuing claims and causes of action similar to those asserted in the State Court Action against others.

3. The underlying merits of the State Court Action to the extent they have an effect on the chapter 11 case of the Debtor.

4. The actions of AREH in connection with the chapter 11 case of the Debtor.

5. The balance of hardships between AREH and the Debtor if the injunctive relief sought by the Debtor is granted.

6. Information available to AREH to corroborate or contradict the allegations in the Debtor's complaint in this adversary proceeding or the statements made in any of the declarations submitted in support of the Debtor's motion for a preliminary injunction in this adversary proceeding.