Becker|Glynn

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

299 Park Avenue
New York, New York 10171

Telephone (212) 888-3033
Facsimile (212) 888-0255
www.beckerglynn.com

ATTORNEYS AND COUNSELORS AT LAW

Alec P. Ostrow, Partner
aostrow@beckerglynn.com

October 19, 2026

VIA ECF

Honorable Lisa G. Beckerman
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
New York, New York 10004

Re: Jeffrey Solomon Simpson, Debtor, Case No. 26-10359 (LGB)
Simpson v. Arch Real Estate Holdings LLC et al., Adversary No. 26-01097 (LGB)
Arch Emergency Request for Informal Conference

Dear Judge Beckerman:

My firm represents Jeffrey Solomon Simpson, the Debtor and Debtor in Possession in the above-referenced bankruptcy case and the plaintiff in the above-referenced adversary proceeding. I write in response to the letter from Jonathan T. Koevary, Esq., dated and filed today, requesting an emergency conference on discovery matters.

I intend to respond at the conference to Mr. Koevary's arguments. I write to provide the Court with a copy of the Plaintiff's Objections and Responses to Defendants' First Request for Production of Documents, which was emailed to Mr. Koevary a short time ago, a copy of which is attached hereto as Exhibit A, and to report that I have provided to my paralegal documents for Bates stamping to be produced pursuant to the responses in the attached document.

Respectfully yours,

*/s/ Alec P. Ostrow*

Alec P. Ostrow

cc: Counsel for all parties via ECF