# Exhibit A

**Koevary, Jonathan T.**

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Monday, October 19, 2026 11:14 AM
**To:** Alec P. Ostrow; NYSBml_Beckerman's_Chambers; Koevary, Jonathan T.; Kevin Wiener; ustpregion02.nyecf@usdoj.gov; fraud.feedback@usdoj.gov; Hon. Joel M. Cohen
**Subject:** Re: Simpson v. Arch Real Estate Holdings et al. No. 26-01097(LGB)

So because Jonathan Koevary is a lawyer, he can make a demand of the court and the court acts instantaneously. I'm here because of what his clients did and his clients are not even his clients because they don't own Arch! They never did they had a minority interest subject to an expired exclusivity. Even the temporary court order would never allow them to do what they're doing to weaponize to hurt me but this court allows it? It's not actually possible by any contract by any agreement by any law but this disgusting human who represents another disgusting human will do anything he can to be vindictive to hurt me. So yes what is scheduled for tomorrow with Kevin Weiner we'll be in a interrogation of every goddamn thing he's done to me for the last three years and it will all be supported by documentation and since my lawyer is a coward I'll ask the questions myself. I've suffered for three years because of these assholes and yes the first question that we're going to ask is how much money did Kevin Weiner spend to hurt me? The second question is going to be how is jonathan Koevary there and how is he suing anything related to me and on the what grounds! Kevin professed to be a lawyer, let him start acting like one! I'm not a lawyer but I know my documents and I know the rules on this. So everything about this conversation is these people being cruel and ungodly to hurt me and ruin my life and and that is what this litigation is here in front of this court. No, Mr. Ostrow can't keep up and he is not capable of the hostile circumstances that exist surrounding the situation and they're not hostile because of me. I had a perfect career and no one ever dared to go near me like this but we're here now three years later and I demand justice and I demand it now and if this man wants a Conference he better come there tell us how he is authorized to do anything that he's doing! Have you all looked at my schedules? Have you looked at how Arch was founded? Have you looked at the ownership chain? Have you looked at the temp bullshit court order that cohen gave for solely an operating company that could do nothing without me on every other entity that actually had depth? Have you studied the contract that doesn't allow for anything that ever happened including pursuing my wife and my entities? I will educate all of you today at 4:30 if that's what you like, we don't need depositions we don't need motion practice , we just need some paper and some reading glasses maybe.

And somehow this Court acknowledged what they were doing was absolutely frivolous and the term was inappropriate but then a week and a half later it decides to entertain their nonsense and listen to this man Jonathan Koevary ??? How ? For what? Yes they've done criminality yes they've stolen everything around me and it's time to start getting people to the room to the table to solve the problem and they are the problem I'm not the problem I need to move on with my life but I can't because they attack every week every day and Mr. Ostrow or any lawyer can't keep up with their crap because they need to do this to safeguard for the fraud that they committed which will likely keep you busy like the Madoff case in some ways. The difference is they are Madoff , not me.

And if we believe any of this is judicial, Kevin is going to come tomorrow and if he doesn't answer all the questions every goddamn one of them or this is over right now and it goes to some higher power so above what's happening in this place that calls it a fed court but isn't actually protecting anything other than its own process procedure and political pressures. It had ample opportunity for a year and a half to dig

in and explore and instead it has the nerve to give me sanctions for speaking the truth of what these people have done.

I would love for the FBI or the trustee or whoever is criminal justice to listen in today and listen tomorrow to Kevin's deposition and they will not walk out of the room without scratching their head about why they haven't arrested him yet. But you see that's never going to happen because they're never going to answer the questions. They spent probably 15 to 20,000,000 over three years to avoid answering the questions, we really think he's going to answer them now? So it's your own choice here - I can interrogate him or you'll let the criminal justice folks do it. A Canadian national creating criminality on US soil and threatening anyone around him that he will do to them what he's done to me if they speak up. Yes ma'am that's what we are dealing with here and once you realize it you'll never insult me ever again and you will start to see why your procedure is irrelevant because this is hostile and illegal .

Jeffrey Simpson

Sent from my iPhone

On Oct 19, 2026, at 9:58 AM, Ostrow, Alec P. <aostrow@beckerglynn.com> wrote:

Jeff –

I'm forwarding the response from chambers to the request for a conference today. There's a conference tentatively scheduled for 4:30 p.m.

Alec

Becker|Glynn
BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

---

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

**From:** Ali Ismail <Ali_Ismail@nysb.uscourts.gov>
**Sent:** Monday, October 19, 2026 9:50 AM
**To:** Ostrow, Alec P. <aostrow@beckerglynn.com>; jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>; Chantel Barrett <Chantel_Barrett@nysb.uscourts.gov>
**Cc:** Partelow, Ryan A. <RPartelow@olshanlaw.com>
**Subject:** Re: Simpson v. Arch Real Estate Holdings et al. No. 26-01097(LGB)

Counsel,

The Court is available to schedule a conference this afternoon at 4:30 P.M. However, the Court is holding an evidentiary hearing for a contested DIP motion in the mega case Air Baltic Corporation As at 11:00 A.M. that is a hybrid hearing and may last the remainder of the day. As a result, the Court may be unavailable at this time and may have to reschedule. I will keep in contact to the best of my abilities to confirm later today.

Thank you,
Ali

**Ali Ismail**
**Law Clerk to the Honorable Lisa G. Beckerman**
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green, New York, NY 10004
Direct: (212) 284-4027

---

**From:** Ostrow, Alec P. <aostrow@beckerglynn.com>
**Sent:** Monday, October 19, 2026 8:58 AM
**To:** jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>; Chantel Barrett <Chantel_Barrett@nysb.uscourts.gov>; Ali Ismail <Ali_Ismail@nysb.uscourts.gov>
**Cc:** Partelow, Ryan A. <RPartelow@olshanlaw.com>
**Subject:** RE: Simpson v. Arch Real Estate Holdings et al. No. 26-01097(LGB)

**CAUTION - EXTERNAL:**

Dear Chambers and Counsel:

If the Court is inclined to schedule a conference this afternoon, by this email, I am advising the Court and counsel that I have a medical test scheduled for 12:45 p.m. this afternoon. I do not know how long the procedure lasts, but I expect that it will be several hours, including travel time between my office and the medical facility. If there is to be a conference this afternoon, I ask that it be scheduled for no earlier than 4:00 p.m., with the understanding that if I have not returned from my test, the conference can be postponed.

Respectfully,

Alec P. Ostrow

Becker|Glynn
BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

**From:** Koevary, Jonathan T. <JKoevary@olshanlaw.com>
**Sent:** Monday, October 19, 2026 8:14 AM

**To:** 'beckerman.chambers@nysb.uscourts.gov' <beckerman.chambers@nysb.uscourts.gov>; Chantel Barrett <chantel_barrett@nysb.uscourts.gov>; Ali Ismail <ali_ismail@nysb.uscourts.gov>
**Cc:** Ostrow, Alec P. <aostrow@beckerglynn.com>; Partelow, Ryan A. <RPartelow@olshanlaw.com>
**Subject:** Simpson v. Arch Real Estate Holdings et al. No. 26-01097(LGB)

Dear Chambers,

Attached please find a letter and exhibits requesting an emergency informal conference before Judge Beckerman filed at Docket 16. I apologize for the urgency of the request, but given that the issues raised include a deposition scheduled for tomorrow, can you please advise if Judge Beckerman has any availability this afternoon for a conference?

Respectfully submitted, Jonathan Koevary

**Jonathan Koevary**

**OLSHAN**

OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
(Entrance is on 53rd Street between Sixth and Seventh Avenues)
New York, NY 10019
Direct: 212.451.2265
Facsimile: 212.451.2222
Email: JKoevary@olshanlaw.com
Web: www.olshanlaw.com

Electronic transmissions by the law firm of Olshan Frome Wolosky LLP may contain information that is confidential or proprietary, or protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited. If you have received this transmission in error, please notify Olshan Frome Wolosky LLP at once at 212.451.2300.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.