OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
Jonathan T. Koevary
Ryan A. Partelow
jkoevary@olshanlaw.com
rpartelow@olshanlaw.com

*Counsel for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB)<br><br>**DECLARATION OF JONATHAN T. KOEVARY IN OPPOSITION TO THE DEBTOR'S MOTION FOR A PRELIMINARY INJUNCTION** |

I, Jonathan T. Koevary, pursuant to 28 U.S.C. § 1746, declare:

1. I am a partner at Olshan Frome Wolosky LLP, counsel for Defendants Arch Real Estate Holdings LLC, Arch Asset Management LLC, and Arch Property Management LLC. I am

an attorney at law, duly admitted to practice in the State of New York, as well as before the United States District Court for the Southern District of New York.

2. Attached as Exhibit A hereto is a true and correct copy of a document produced by Plaintiff Jeffrey Solomon Simpson (the "Debtor") in this adversary proceeding with the bates range JSS00509–JSS00540.

3. Attached as Exhibit B hereto is a true and correct copy of a document produced by the Debtor in this adversary proceeding with the bates range JSS00475–JSS00490.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed the 21st Day of October, 2026.

/s/ Jonathan T. Koevary
Jonathan T. Koevary

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 21, 2026, a true and correct copy of the foregoing document was served electronically by the Court's CM/ECF system on all parties entitled to such notice.

/s/ Jonathan T. Koevary
Jonathan T. Koevary