# Exhibit B

Becker|Glynn

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

299 Park Avenue
New York, New York 10171

Telephone (212) 888-3033
Facsimile (212) 888-0255
www.beckerglynn.com

ATTORNEYS AND COUNSELORS AT LAW

Alec P. Ostrow, Partner
aostrow@beckerglynn.com

September 11, 2026

VIA EMAIL

Jeffrey Simpson, as debtor in possession
1055 Park Avenue, Unit 4
New York, NY 10028

Re: Jeffrey Simpson, as debtor in possession

Dear Jeffrey:

I enclose my firm's billing statements for services rendered August 1 through August 31, 2026, in the following billing categories:

| | | | |
|---|---|---|---|
| .001 | Case Administration | .010 | Litigation with Receiver |
| .004 | Claims Administration and Objections | .011 | Insurance Litigation |
| .007 | Plan & Disclosure Statement | .012 | Receiver Dischargeability Proceeding |
| .008 | Relief from Stay Proceedings | .013 | Oak Dischargeability Proceeding |

The total amount billed in all of these categories for the period April 1 through April 30, 2026 is $101,393.50, for the period May 1 through May 31, 2026 is $93,216.50, for the period June 1 through June 30, 2026 is $159,525.75, for the period July 1 through July 31, 2026 is $82,548.60 and for the period August 1 through August 31, 2026 is $81,117.50, an outstanding balance of $146,367.00, for a total of $664,168.85. These statements are for informational purposes only, since no amounts can be paid without an order of the bankruptcy court awarding compensation and reimbursement of disbursements, after an application for such an award has been made.

Thank you for allowing us to be of service to you.

Sincerely yours,

*/s/ Alec P. Ostrow*

Alec P. Ostrow

Enclosure

*4937-1692-8168 v6*

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, Sixteenth Floor
New York, NY 10171
(212) 888-3033



Jeffrey Simpson, as debtor in possession
1055 Park Avenue
Unit 4
New York NY 10028

09/11/2026
ACCOUNT NO: 7921-001M
STATEMENT NO: 6

ATTN: Jeffrey Simpson

Case Administration

INTERIM STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 01/2026 | APO | Review and respond to email from J Simpson re implications of J Chassen not filing a proof of claim, including review and furnishing of bar date order (.3) - Telephone call with J Simpson re discuss same (.5) | 0.80 | 812.00 |
| 03/2026 | APO | Review email from V Vlasova in response to APO email of 7/31 re amendment of monthly operating reports (.1) - Review March operating statement based on V Vlasova emails (.3) - Email to J Simpson re issue raised on March statement and inquiry on resolution (.2) - Review email from R Scibilla re filing of notices of discontinuance on new lawsuits against debtor by Park 2 Ave 1055 LLC and review NYSCEF re same (.2) - Email to J Simpson with copies of notices of discontinuance and discussion re same (.1) - Review email from S Cornell at US Trustee office re response to J Simpson request for investigation (.1) | 1.00 | 1,015.00 |
| 04/2026 | APO | Telephone call with J Simpson re discuss email to S Southard with inquiry on J Chassen interest in discussing settlement or mediation and email to S Southard re same (.1) - Review and respond to email from S Southard and exchange follow-up email with J Simpson re same (.1) | 0.20 | 203.00 |
| 10/2026 | RTB | Prepared and filed bankruptcy update letter to ACMS for APO | 0.30 | 75.00 |
| 13/2026 | APO | Review emails from J Simpson to Judge Beckerman's chambers and others and email J Simpson re issues regarding same (.3) - Review judge's order to show cause why sanctions should not be imposed for violation of cease and desist order and exhibit attached (.4) - Email J Simpson forwarding order and discussing same (.1) - Review email from A Ismail in chambers re J Simpson emails and possibility to request status conference and forward same to J Simpson (.1) | 0.90 | 913.50 |
| 14/2026 | APO | Review email from K Weiner with inquiry regarding sending tax documents (.1) - Review email from A Ismail in chambers with request regarding status conference (.1) - Review notice of ex parte communication docketed by the court (.1) - Email to J Simpson forwarding and discussing same and request regarding proposed motion for second extension of time to remove state court actions (.2) - Review and respond to emails from J Simpson re same (.3) - Review court filing of notice of additional emails sent by debtor and forward same to J Simpson (.2) - Telephone call with A Ismail re status conference for 8/17 (.1) - Draft and file notice of status conference, and separate emails to A | | |

Jeffrey Simpson, as debtor in possession

ACCOUNT NO: 7921-001
STATEMENT NO:

Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| | | Ismail and J Simpson re same (.3) - Exchange follow-up emails with J Simpson re status conference (.1) - Email K Weiner re respond to inquiry regarding sending tax documents (.1) - Review file and draft, revise, and file second motion for extension of time to file notices of removal of civil actions and notice of hearing re same (.8) - Review and update service lists for motion (.4) - Supervise service of motion and notice of hearing (.1) - Draft, revise and file certificate of service of motion (.1) - Email to J Simpson forwarding motion papers (.1) | 3.10 | 3,146.50 |
| 08/17/2026 | APO | Attend Zoom court status conference (2.6) | 2.60 | 2,639.00 |
| 08/18/2026 | APO | Review emails from J Simpson and Y Simpson re May operating report (.3) - Email J Simpson re discuss same (.1) | 0.40 | 406.00 |
| 08/19/2026 | APO | Telephone call with J Simpson re discuss sanctions hearing for 8/20 (.5) - Review court notice of additional emails and ex parte communications from debtor (.2) | 0.70 | 710.50 |
| 08/20/2026 | APO | Attend in-person hearing on court's order to show cause for sanctions (2.0) - Discuss same, court ruling, and next steps with J Simpson (.5) | 2.50 | 2,537.50 |
| 08/21/2026 | APO | Conference call with J Simpson and R Wood (NY DMV) re J Simpson inquiry re identity theft issue involving R Chassen (1.0) - Telephone call with J Simpson re discuss potential business opportunity and related bankruptcy issues (.8) | 1.80 | 1,827.00 |
| 08/24/2026 | APO | Review sanctions order and forward to J Simpson with discussion (.2) - Review emails from J Simpson and Y Simpson re May monthly operating report information (.4) - Exchange emails with D Rudewicz and V Vlasova re follow-up discussions re amendments to March and April operating reports (.2) - Emails to J Simpson Y Simpson re same (.1) - Email to V Vlasova with April 2026 Chase bank statement and accompanying reconciliation (.1) - Review file, prepare updated list deadlines and hearings, pending decisions, and projects and send to J Simpson (.3) - Revise list and send revised list to J Simpson (.1) - Telephone call with J Simpson re May operating report and issues on personal responsibility for LLCs' inability to deal with matters due to lack of funds (.4) | 1.80 | 1,827.00 |
| 08/26/2026 | APO | Review redacted May TD DIP account bank statement and reconciliations sent by Y Simpson with calculations for May monthly operating report (.6) - Exchange emails and discuss RB re enlarging reconciliations for May operating report for filing (.1) - Prepare UST Form operating report and notes regarding same and send to J Simpson to authorize filing (1.4) - Review J Simpson authorization to file and file May monthly operating report (.1) - Telephone call with J Simpson in preparation for call with L Schwartz re possible business opportunity (.5) - Telephone call with L Schwartz re background and status of bankruptcy case (.5) - Email to L Schwartz providing information re pre-bankruptcy litigation and adversary proceedings in bankruptcy court (.2) - Email to J Simpson forwarding same with report on call with L Schwartz (.1) - Telephone call with J Simpson re call with L Schwartz (.2) | 3.70 | 3,755.50 |
| 08/27/2026 | APO | Exchange emails with J Simpson re potential business opportunity (.2) - Telephone call with J Simpson re discuss same and potential press interview (.7) - Exchange emails with A Ismail in chambers re motion for second | | |

Jeffrey Simpson, as debtor in possession

ACCOUNT NO: 7921-001M
STATEMENT NO: 6

Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| | | extension of time for removal of civil actions, filing no notice of no objection and submitting order (.1) - Review file and draft certificate of no objection for filing on 8/28 and revise proposed order (.2) - Review and respond to email from Y Simpson re bank statement, reconciliations and calculations for monthly operating report for June and briefly review same (.2) | 1.40 | 1,421.00 |
| 28/2026 | APO | Filing certificate of no objection re second motion for extension of time to file notices of removal of civil actions and revise proposed order and email same to chambers (.3) - Review order granting second motion to file notices of removal of civil actions as entered (.1) - Exchange emails with RB re enlarge reconciliations for June monthly operating report (.1) - Review redacted TD DIP account bank statement, reconciliations and calculations sent by Y Simpson for June monthly operating report (.4) - Prepare UST Form operating report and notes regarding same and send to J Simpson to authorize filing (1.1) - Review J Simpson authorization to file and file June monthly operating report (.1) - Exchange emails with J Simpson re filing of same and status of July report preparation (.1) - Exchange emails with J Simpson re need to contact Gerstein attorney re Gerstein retrieval of vehicle include draft of email to Gerstein attorney for J Simpson review and comment (.3) | 2.50 | 2,537.50 |
| 31/2026 | APO | Revise draft email to A Dudelson re Gerstein vehicle per J Simpson comment, send to A Dudelson, and forward same to J Simpson with discussion (.1) | 0.10 | 101.50 |
| | | FOR CURRENT SERVICES RENDERED | 23.80 | 23,927.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Alec P. Ostrow | 23.50 | $1,015.00 | $23,852.50 |
| Ryan T. Barry | 0.30 | 250.00 | 75.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 23,927.50 |
| PREVIOUS BALANCE | $147,209.65 |
| BALANCE DUE | $171,137.15 |

PAST DUE AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/05/2026 | 1 | 94,482.50 | 94,482.50 |
| 05/29/2026 | 2 | 18,804.90 | 18,804.90 |
| 07/13/2026 | 3 | 15,444.00 | 15,444.00 |
| 07/13/2026 | 4 | 9,998.75 | 9,998.75 |
| 08/31/2026 | 5 | 8,479.50 | 8,479.50 |
| | | | 147,209.65 |

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, Sixteenth Floor
New York, NY 10171
(212) 888-3033


09/11/2026
ACCOUNT NO: 7921-004M
STATEMENT NO: 3

Jeffrey Simpson, as debtor in possession
1055 Park Avenue
Unit 4
New York NY 10028

ATTN: Jeffrey Simpson

Claims Administration and Objections

INTERIM STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 08/01/2026 | APO | Telephone call with J Simpson re discuss validity of recently filed claims and claims objection process (.3) | 0.30 | 304.50 |
| 08/28/2026 | APO | Review claims and attachments filed on July 30 by J Gerstein and M Scaba re prepare for objections (.4) - Review claims and attachments filed on July 31 by 435 Central Condo, Bushwick 1010 Holdings, 1351 Dekalb Condo, and Carpe Diem Stock Trading re prepare for objections (.8) | 1.20 | 1,218.00 |
| 08/31/2026 | APO | Telephone call with J Simpson re discussion of filed claims and claims objections to be brought (.2) | 0.20 | 203.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.70 | 1,725.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Alec P. Ostrow | 1.70 | $1,015.00 | $1,725.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 1,725.50 |
| PREVIOUS BALANCE | $3,148.50 |
| BALANCE DUE | $4,874.00 |

PAST DUE AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/13/2026 | 1 | 2,639.00 | 2,639.00 |
| 08/31/2026 | 2 | 509.50 | 509.50 |
| | | | 3,148.50 |

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, Sixteenth Floor
New York, NY 10171
(212) 888-3033



Jeffrey Simpson, as debtor in possession
1055 Park Avenue
Unit 4
New York NY 10028

09/11/2026
ACCOUNT NO: 7921-007M
STATEMENT NO: 3

ATTN: Jeffrey Simpson

Plan and Disclosure Statement

INTERIM STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 01/2026 | APO | Telephone call with J Simpson re discuss plan process and potential plan provisions (.3) | 0.30 | 304.50 |
| 24/2026 | APO | Telephone call with J Simpson re discuss contents of plan (.6) | 0.60 | 609.00 |
| 25/2026 | APO | Review file and draft chapter 11 plan (4.6) | 4.60 | 4,669.00 |
| 26/2026 | APO | Review and revise draft chapter 11 plan (.5) - Email J Simpson forwarding same with discussion (.1) - Exchange follow-up emails with J Simpson re same (.1) | 0.70 | 710.50 |
| 31/2026 | APO | Review and respond to email from J Simpson with inquiry on plan and review separate email from J Simpson re plan discussion (.3) - Telephone call with J Simpson re plan process (.2) | 0.50 | 507.50 |
| | | FOR CURRENT SERVICES RENDERED | 6.70 | 6,800.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Alec P. Ostrow | 6.70 | $1,015.00 | $6,800.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 6,800.50 |
| PREVIOUS BALANCE | $2,842.00 |
| BALANCE DUE | $9,642.50 |

PAST DUE AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/13/2026 | 1 | 2,639.00 | 2,639.00 |
| 08/31/2026 | 2 | 203.00 | 203.00 |
| | | | 2,842.00 |

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, Sixteenth Floor
New York, NY 10171
(212) 888-3033

Page:
09/11/202

Jeffrey Simpson, as debtor in possession
1055 Park Avenue
Unit 4
New York NY 10028

ACCOUNT NO: 7921-008
STATEMENT NO:

ATTN: Jeffrey Simpson

Relief from Stay Proceedings

INTERIM STATEMEN

| | | | HOURS | |
|---|---|---|---|---|
| 08/01/2026 | APO | Telephone call with J Simpson re discuss effect of Irvine Realty failure to file a proof of claim on existing lift-stay and payment motion (.1) | 0.10 | 101.5 |
| 08/03/2026 | APO | Review Irvine Realty reply and exhibit on lift stay and payment motion, forward same to J Simpson with discussion, and review email from J Simpson in response (.2) | 0.20 | 203.0 |
| 08/04/2026 | APO | Review file on Irvine motion to lift stay and compel payment (.3) - Research re cases cited in Irvine reply and additional research for argument on motion (.4) - Outline argument on motion (.3) - Attend hearing on Irvine motion (.5) - Email J Simpson re result and telephone call with J Simpson re same (.1) - Review M Bunin letter to Judge Beckerman with revised order amending lift stay order on J Chassen motion (.1) | 1.70 | 1,725.5 |
| 08/07/2026 | APO | Review and respond to email from B Churbuck with proposed order on Irvine Realty lift stay and payment motion and review proposed order (.1) - Review email from B Churbuch re submission of order to chambers (.1) | 0.20 | 203.0 |
| 08/11/2026 | APO | Review order on Irvine Realty lift stay and payment motion as entered (.1) | 0.10 | 101.5 |
| | | FOR CURRENT SERVICES RENDERED | 2.30 | 2,334.5 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Alec P. Ostrow | 2.30 | $1,015.00 | $2,334.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 2,334.5 |
| PREVIOUS BALANCE | $36,107.9 |
| BALANCE DUE | $38,442.4 |

PAST DUE AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/13/2026 | 1 | 1,421.00 | 1,421.00 |
| 07/13/2026 | 2 | 20,476.50 | 20,476.50 |

Jeffrey Simpson, as debtor in possession

Relief from Stay Proceedings

| | | | |
|---|---|---|---|
| 08/31/2026 | 3 | 14,210.40 | 14,210.40 |
| | | | 36,107.90 |

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, Sixteenth Floor
New York, NY 10171
(212) 888-3033


09/11/2026
ACCOUNT NO: 7921-010M
STATEMENT NO: 6

Jeffrey Simpson, as debtor in possession
1055 Park Avenue
Unit 4
New York NY 10028

ATTN: Jeffrey Simpson

Litigation with Receiver

INTERIM STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 08/01/2026 | APO | Telephone call with J Simpson re discuss amendment of complaint and potential amendments to counts 2 and 6 (.3) | 0.30 | 304.50 |
| 08/03/2026 | APO | Telephone call with J Simpson re discuss facts, legal theories, and potential requests for relief in amended complaint on counts 2 and 6 (1.4) - Review letter filed with exhibits by M Bunin re conference on removal of property from Rever Motors and email same to J Simpson with discussion (.3) - Review file re emails not attached to M Bunin letter (.3) | 2.00 | 2,030.00 |
| 08/04/2026 | APO | Review file and outline presentation for status conference on issues in connection with implementation of final judgment regarding removal of property from Rever Motors premises (.5) - Attend status conference on removal of property from Rever Motors (1.5) - Email J Simpson re results of same (.1) - Telephone call with J Simpson re discuss same and amendment of complaint (.3) - Review file, draft amendment of complaint on claims 2 and 6 (2.7) - Email J Simpson with redlined and clean versions of draft second amended complaint with discussion (.1) | 5.20 | 5,278.00 |
| 08/05/2026 | APO | Exchange emails with E Huebscher re arrangements for first visit with auctioneer representative and disagreement about whether the debtor bears the cost (.2) - Email to A Ismail in chamber requesting court resolution of disagreement and review response (.2) - Review email from M Bunin in response to email from A Ismail (.1) - Exchange emails and telephone call with J Simpson re same (.3) - Review email from E Huebscher re proposed dates and forward to J Simpson with discussion (.1) - Review and respond to series of emails from J Simpson with comments and proposed additions to draft second amended complaint (1.8) - Revisions to second amended complaint re email discussions (1.5) - Telephone call with J Simpson re same (.5) | 4.70 | 4,770.50 |
| 08/06/2026 | APO | Exchange emails with E Huebscher re first visit re removal of property from Rever Motors premises and forward same to J Simpson with discussion (.3) - Telephone call with J Simpson re discuss first visit and draft of second amended complaint (.5) - Review series of emails with attachments from J Simpson re comments to latest version of draft second amended complaint (.8) - Review file re possible additions to second amended complaint (.7) - Revise draft second amended complaint and send to J Simpson re review (1.7) - Exchange emails with J Simpson re review and approve of latest draft of second amended complaint (.1) - Final review, revisions, finalize and file | | |

| | | | HOURS | |
|---|---|---|---|---|
| | | second amended complaint (.4) - Separate emails to M Bunin A Schwartz S Southard B Scott and to J Simpson forwarding as filed second amended complaint (.1) | 4.60 | 4,669.00 |
| 10/2026 | APO | Telephone call with J Simpson re upcoming first visit to Rever Motors (.2) | 0.20 | 203.00 |
| | APO | Exchange emails and telephone call with B Ryan re filing of automatic stay status report with Second Circuit (.1) | 0.10 | 101.50 |
| 11/2026 | APO | Review emails and texts from J Simpson re issues with first visit to Rever Motors premises to retrieve property (.2) - Telephone call with J Simpson re same and problem with videography off premises (.1) - Email to M Bunin E Huebscher re same, review response from E Huebscher and forward same to J Simpson (.2) - Review email from J Simpson re results of visit (.1) | 0.60 | 609.00 |
| 12/2026 | APO | Review and respond to email from J Simpson re proposed letter re first visit to property (.2) - Draft status report from J Simpson proposed letter and send to J Simpson with discussion (2.0) - Telephone call with J Simpson re discuss first visit, draft status report, revisions, and possible next steps (1.0) - Email E Huebscher requesting unedited video of first visit (.1) - Review and respond to email from Y Simpson with information from J Simpson to incorporate in revised status report (.1) | 3.40 | 3,451.00 |
| 13/2026 | APO | Review email from S Southard requesting extension of time to respond to second amended complaint and forward same to J Simpson (.1) - Review response from J Simpson and respond to S Southard refusing request (.1) - Exchange emails with J Simpson re finalizing status report of site visit on 8/11/26 (.1) | 0.30 | 304.50 |
| 14/2026 | APO | Review letter from A Schwartz to Judge Beckerman with request for extension of time to respond to second amended complaint and forward same to J Simpson with discussion (.2) - Review file, revise status report of first site visit and send to J Simpson (.4) - Exchange follow-up emails with J Simpson re same (.2) | 0.60 | 609.00 |
| 16/2026 | APO | Exchange emails with J Simpson re discuss issues with draft status report (.4) - Telephone call with J Simpson re discuss same (.4) | 0.80 | 812.00 |
| 17/2026 | APO | Exchange emails with J Simpson re issues regarding status report (.4) - Review order extending time for defendants to respond to second amended complaint (.1) | 0.50 | 507.50 |
| 18/2026 | APO | Review emails exchanged among J Simpson E Huebscher M Bunin re scheduling of visit to retrieve property from Rever Motors (.3) - Review letters from M Bunin to Judge Beckerman re cease and desist order and vehicle inspection and forward same to J Simpson (.2) - Exchange emails with J Simpson re issues with status report (.4) - Lengthy telephone conversation with J Simpson re resolve issues with status report and next steps (1.3) | 2.20 | 2,233.00 |
| 19/2026 | APO | Review existing draft of status report re first visit for removal of property, compare with J Simpson version sent on 8/17 and court final judgment and revise (.7) - Email J Simpson with revised version and discussion re same (.1) - Exchange follow-up emails with J Simpson re same (.3) - Telephone call with J Simpson (.2) - Revise status report and send revised version to J Simpson for execution (.2) - File signed status report, email same to chambers with | | |

Jeffrey Simpson, as debtor in possession

ACCOUNT NO: 7921-010M
STATEMENT NO: (

Litigation with Receiver

| | | | HOURS | |
|---|---|---|---|---|
| | | request for status conference, and forward same to J Simpson (.2) | 1.70 | 1,725.5( |
| )8/20/2026 | APO | Review order amending deadline for removal of property in final judgment and forward to J Simpson (.1) - Exchange follow-up emails with J Simpson (.1) | 0.20 | 203.0( |
| )8/21/2026 | APO | Review order setting status conference and email same to J Simpson (.1) - Review email from E Huebscher with video of first visit on 8/11 and email to chambers forwarding same (.1) - Brief review of video (.2) - Review email from E Huebscher forwarding photos of first visit on 8/11 and email to chambers forwarding same (.1) - Review email correspondence between E Huebscher and J Simpson (.1) - Telephone call with J Simpson re same (.1) | 0.60 | 609.0( |
| )8/24/2026 | APO | Review email from J Simpson with photo numbers for items removed from Rever Motors as requested by Receiver (.1) - Discuss RB re prepare redlined version of second amended complaint to amended complaint and email RB both complaints (.1) - Review and respond to email from RB with Litera redlined complaint, and review redlined complaint (.1) - Review and respond to email from M Bunin requesting redlined complaint and sending same and review response from M Bunin (.1) - Review letter filed my M Bunin with copies of J Simpson emails and forward to J Simpson with discussion (.3) | 0.70 | 710.5( |
| )8/25/2026 | APO | Review emails from E Huebscher requesting additional information regarding property removed during first visit on 8/11/26, email from J Simpson re same, status report filed 8/19/26, and list of property filed 4/23/26 (.3) - Email to E Huebscher to provide additional information regarding property removed during first visit on 8/11/26 (.2) | 0.50 | 507.5( |
| )8/26/2026 | APO | Review email from E Huebscher re information re regarding removal of property by debtor from Rever Motors (.2) - Review file re prepare for status conference re same (.3) - Attend Zoom status conference re same (1.4) - Telephone call with J Simpson re discuss same (.2) - Review and respond to email from M Bunin re availability for next site visit and forward same to J Simpson with discussion (.1) - Review email from J Simpson to E Huebscher re site visit, response from E Huebscher, and forward same to J Simpson (.1) | 2.30 | 2,334.5( |
| )8/27/2026 | APO | Review email from E Huebscher re agreement to 8/28 site visit and forward same to J Simpson (.1) - Review file re prep for conference call with M Bunin and E Huebscher (.3) - Conference call with M Bunin and E Huebscher re discuss process for going forward with implementation of Final Judgment and removal of property (.3) - Email to and telephone call with J Simpson re discuss same (.6) - Review email from E Huebscher re impact of weather forecast on 8/28 site visit and email M Bunin E Huebscher with J Simpson response to receiver's proposal (.2) - Exchange follow-up emails with E Huebscher and forward same to J Simpson (.2) - Telephone call with M Bunin re communication with chambers re discussions to resolve process (.1) - Exchange emails with J Simpson re response to receiver's requests for confirmation of certain matters in connection with proposal (.3) - Telephone call with J Simpson re discuss same (.5) - Email to E Huebscher re confirming aspects of process for removal of property from Rever Motors premises and review response from E Huebscher (.1) | 2.60 | 2,639.0( |
| 08/28/2026 | APO | Exchange texts with J Simpson prior to site visit to Rever Motors premises (.3) - Review emails from J Simpson re issue on 2010-2011 Range Rover (.2) - Review email from E Huebscher re open issues in connection with removal of property from Rever Motors premises and forward same to J Simpson (.2) - | | |

Jeffrey Simpson, as debtor in possession

ACCOUNT NO: 7921-010M
STATEMENT NO: 6

Litigation with Receiver

| | | | HOURS | |
|---|---|---|---|---|
| | | Telephone calls with J Simpson re status and results of site visit and next steps (.5) | 1.20 | 1,218.00 |
| 31/2026 | APO | Review and respond to email from J Simpson re report on 8/28 site visit and response to forwarded email from E Huebscher (.2) - Telephone call with J Simpson re discuss same (.2) - Review file, draft and revise status report of second visit on 8/28 and send to J Simpson for review (.6) - Review and respond to email from J Simpson re same (.1) | 1.10 | 1,116.50 |
| | | FOR CURRENT SERVICES RENDERED | 36.40 | 36,946.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Alec P. Ostrow | 36.40 | $1,015.00 | $36,946.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 36,946.00 |
| PREVIOUS BALANCE | $222,820.00 |
| BALANCE DUE | $259,766.00 |

PAST DUE AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/05/2026 | 1 | 39,427.50 | 39,427.50 |
| 05/29/2026 | 2 | 27,425.50 | 27,425.50 |
| 07/13/2026 | 3 | 45,292.50 | 45,292.50 |
| 07/13/2026 | 4 | 89,543.50 | 89,543.50 |
| 08/31/2026 | 5 | 21,131.00 | 21,131.00 |
| | | | 222,820.00 |

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, Sixteenth Floor
New York, NY 10171
(212) 888-3033



Jeffrey Simpson, as debtor in possession
1055 Park Avenue
Unit 4
New York NY 10028

09/11/2026
ACCOUNT NO: 7921-011M
STATEMENT NO: 6

ATTN: Jeffrey Simpson

Insurance Litigation

INTERIM STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 08/12/2026 | APO | Review and respond to emails from J Simpson with comments to latest version of draft insurance turnover complaint (.5) - Research re elements of a turnover claim for relief (,2) - Revise draft insurance turnover complaint in accordance with comments and send to J Simpson (.9) - Review emails from J Simpson re revised draft (.1) | 1.70 | 1,725.50 |
| 08/14/2026 | APO | Review and respond to email from J Simpson re comments to latest draft of insurance turnover complaint and review file re respond to J Simpson comments (.7) | 0.70 | 710.50 |
| 08/19/2026 | APO | Review J Simpson emails from 8/15 and attachments re proposed revisions to insurance turnover complaint (1.3) - Email J Simpson with views on incorporating information in emails into revised complaint (.4) - Telephone call with J Simpson re discuss same (.2) - Revise insurance turnover complaint and send to J Simpson (.3) - Telephone call with S Schechter J DiLena re insurance turnover complaint (.2) | 2.40 | 2,436.00 |
| 08/20/2026 | APO | Review, finalize and file insurance turnover complaint and exhibits (.5) | 0.50 | 507.50 |
| 08/24/2026 | APO | Review summons issued by clerk in insurance turnover adversary proceeding (.1) - Review file re ascertain counsel for defendants (.1) - Separate emails to S Schechter J DiLena, J Koevary, A Schwartz S Southard B Scott, J Levine, M Kenny M Menapace, S Griffin sending courtesy copies of summons and complaint with exhibits and requests to accept service (.3) - Exchange follow-up emails with J Levine re acceptance of service on behalf of Offit (.1) | 0.60 | 609.00 |
| 08/25/2026 | APO | Review email from J Koevary re response to request to accept service of insurance turnover summons and complaint (.1) | 0.10 | 101.50 |
| 08/26/2026 | APO | Review and respond to email from S Griffin re acceptance of service of summons and complaint in insurance turnover action (.1) - Review and respond to email from J Koevary re same and extension of time to respond (.1) - Separate emails to S Schechter J DiLena and M Kenny M Menapace following up on inquiries on acceptance of service of summons and complaint (.1) | 0.30 | 304.50 |
| 08/27/2026 | APO | Exchange emails with S Schechter re acceptance of service of summons and complaint in insurance turnover action and extension of time to respond (.1) - | | |

| | | | HOURS | |
|---|---|---|---|---|
| | | Telephone call with J Simpson re discuss status of service on defendants (.1) - Exchange emails with M Kenny re acceptance of service of summons and complaint in insurance turnover action (.1) | 0.30 | 304.50 |
| 31/2026 | APO | Exchange emails with J Koevary re proposed stipulation accepting service and extending time to respond to complaint in insurance turnover proceeding (.2) - Review as filed stipulation, email from J Koevary to chambers submitting it for so-ordering and email from J Mendoza in chambers confirming receipt (.1) - Email to S Schechter with inquiry on status of stipulation with insurance company on acceptance of service and extension of time to response to insurance turnover complaint (.1) | 0.40 | 406.00 |
| | | FOR CURRENT SERVICES RENDERED | 7.00 | 7,105.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Alec P. Ostrow | 7.00 | $1,015.00 | $7,105.00 |

| | | |
|---|---|---|
| 25/2026 | Alec P. Ostrow (APO REIMB: Court Fees; Chg Clnt Ad; P.E. 08/20/2026) | 350.00 |
| | TOTAL ADVANCES | 350.00 |
| | TOTAL CURRENT WORK | 7,455.00 |
| | PREVIOUS BALANCE | $68,846.10 |
| | BALANCE DUE | $76,301.10 |

PAST DUE AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/05/2026 | 1 | 6,468.50 | 6,468.50 |
| 05/29/2026 | 2 | 39,735.00 | 39,735.00 |
| 07/13/2026 | 3 | 7,714.00 | 7,714.00 |
| 07/13/2026 | 4 | 2,639.00 | 2,639.00 |
| 08/31/2026 | 5 | 12,289.60 | 12,289.60 |
| | | | 68,846.10 |

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, Sixteenth Floor
New York, NY 10171
(212) 888-3033


09/11/2026
ACCOUNT NO: 7921-012M
STATEMENT NO: 4

Jeffrey Simpson, as debtor in possession
1055 Park Avenue
Unit 4
New York NY 10028

ATTN: Jeffrey Simpson

Receiver Dischargeability Proceeding

INTERIM STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 08/04/2026 | APO | Review file, including complaint, and prepare for pretrial conference (.5) - Attend pretrial conference (.5) - Email to J Simpson re result and telephone call J Simpson re same (.1) - Review scheduling order adjourning pretrial conference as entered (.1) | 1.20 | 1,218.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.20 | 1,218.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Alec P. Ostrow | 1.20 | $1,015.00 | $1,218.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 1,218.00 |
| PREVIOUS BALANCE | $4,770.70 |
| BALANCE DUE | $5,988.70 |

PAST DUE AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/13/2026 | 1 | 406.00 | 406.00 |
| 07/13/2026 | 2 | 3,958.50 | 3,958.50 |
| 08/31/2026 | 3 | 406.20 | 406.20 |
| | | | 4,770.70 |

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, Sixteenth Floor
New York, NY 10171
(212) 888-3033



Jeffrey Simpson, as debtor in possession
1055 Park Avenue
Unit 4
New York NY 10028

09/11/2026
ACCOUNT NO: 7921-013M
STATEMENT NO: 4

ATTN: Jeffrey Simpson

Oak Dischargeability Proceeding

INTERIM STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/2026 | APO | Exchange emails with E Fisher re timing on amended complaint, response, and proposed briefing schedule on a potential second motion to dismiss (.2) | 0.20 | 203.00 |
| 14/2026 | APO | Review email from E Fisher re proposed schedule for amended complaint and possible motion to dismiss same (.1) | 0.10 | 101.50 |
| 17/2026 | APO | Review email from L Bush to W Jagiello in chambers re proposed schedule for amended complaint and motion to dismiss (.1) | 0.10 | 101.50 |
| 28/2026 | APO | Review and respond to email from E Fisher with proposed notice of adjournment of hearing with revised schedule (.2) | 0.20 | 203.00 |
| 31/2026 | APO | Exchange emails with E Fisher re follow-up on scheduling for amended complaint and potential motion to dismiss same (.1) | 0.10 | 101.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.70 | 710.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Alec P. Ostrow | 0.70 | $1,015.00 | $710.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 710.50 |
| PREVIOUS BALANCE | $45,574.70 |
| BALANCE DUE | $46,285.20 |

PAST DUE AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/13/2026 | 1 | 304.50 | 304.50 |
| 07/13/2026 | 2 | 21,112.00 | 21,112.00 |
| 08/31/2026 | 3 | 24,158.20 | 24,158.20 |
| | | | 45,574.70 |