**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch, and JARED CHASSEN,<br><br>Defendants. | Adversary No. 26-01013 (LGB) |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, And OFFIT KURMAN P.A.<br><br>Defendants. | Adversary No. 26-01015 (LGB) |
| ERIC HUEBSCHER, as Receiver,<br><br>Plaintiff,<br><br>- against -<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Defendant. | Adversary No. 26-01045 (LGB) |

| | |
|---|---|
| 608941 NJ INC.,<br>Plaintiff,<br>- against -<br>JEFFREY SOLOMON SIMPSON,<br>Defendant. | Adversary No. 26-01046 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>GREAT AMERICAN INSURANCE COMPANY, ARCH REAL ESTATE HOLDINGS, LLC, JARED CHASSEN, WIGGIN AND DANA, LLP, GRIFFIN LLP, OFFIT KURMAN PA, and JOHN DOES 1-10,<br>Defendants. | Adversary No. 26-01079 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br>Defendants. | Adversary No. 26-01097 (LGB) |

**ORDER GRANTING THE MOTION OF BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP FOR LEAVE TO WITHDRAW AS COUNSEL**

Upon the motion, dated October 22, 2026 (the "Motion") of Becker, Glynn, Muffly, Chassin & Hosinski LLP ("Becker Glynn") to withdraw as counsel for Jeffrey Solomon Simpson, as Debtor and Debtor in Possession in the main case and all related adversary proceedings; and the Court having held a hearing on the Motion, and after due deliberation, having announced its decision on the record of the hearing, and for good cause, it is

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that Becker Glynn is hereby authorized to withdraw as counsel for Jeffrey Solomon Simpson, as Debtor and Debtor in Possession in the main bankruptcy case and all related adversary proceedings, effective upon the entry of this Order; and it is further

ORDERED that such withdrawal is without prejudice to Becker Glynn's right to seek the allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court for the period during which Becker Glynn served as counsel to the Debtor and Debtor in Possession; and it is further

ORDERED that this Court shall retain jurisdiction for the purposes of the interpretation and enforcement of this Order.

Dated: New York, New York
November __, 2026

_______________________________________
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE