BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI, LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033
Alec P. Ostrow
aostrow@beckerglynn.com

*Attorneys for Jeffrey Solomon Simpson,*
*as Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch, and JARED CHASSEN,<br><br>Defendants. | Adversary No. 26-01013 (LGB) |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, And OFFIT KURMAN P.A.<br><br>Defendants. | Adversary No. 26-01015 (LGB) |

| | |
|---|---|
| ERIC HUEBSCHER, as Receiver,<br>Plaintiff,<br>- against -<br>JEFFREY SOLOMON SIMPSON,<br>Defendant. | Adversary No. 26-01045 (LGB) |
| 608941 NJ INC.,<br>Plaintiff,<br>- against -<br>JEFFREY SOLOMON SIMPSON,<br>Defendant. | Adversary No. 26-01046 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>GREAT AMERICAN INSURANCE COMPANY, ARCH REAL ESTATE HOLDINGS, LLC, JARED CHASSEN, WIGGIN AND DANA, LLP, GRIFFIN LLP, OFFIT KURMAN PA, and JOHN DOES 1-10,<br>Defendants. | Adversary No. 26-01079 (LGB) |

| | |
|---|---|
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB) |

**DECLARATION OF ALEC P. OSTROW PURSUANT TO LOCAL BANKRUPTCY RULE 9077-1 IN SUPPORT OF PROPOSED ORDER TO SHOW CAUSE SETTING HEARINGS ON MOTION OF BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP TO WITHDRAW AS COUNSEL AND ON PRELIMINARY RELIEF PENDING THE HEARING AND DETERMINATION OF THEMOTION TO WITHDRAW**

Alec P. Ostrow, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(a), as follows:

1. I am a member of the bar of this Court and a member of the firm of Becker, Glynn, Muffly, Chassin & Hosinski LLP ("Becker Glynn"). I make this declaration pursuant to Local Bankruptcy Rule 9077-1, in support of a proposed order to show cause setting two hearings on the motion of Becker Glynn to withdraw as counsel for Jeffrey Solomon Simpson (the "Debtor"), in the bankruptcy case and all related adversary proceedings, and for preliminary relief pending the hearing and determination of the motion to withdraw. The proposed order to show cause is attached hereto as Exhibit A. I am fully familiar with the facts set forth herein.

2. An order to show cause is requested to set two hearings. The first hearing is to consider providing preliminary relief pending the hearing and determination of the motion to withdraw as counsel. Such preliminary relief includes an extension of existing response

deadlines and hearing dates, and provisionally allowing the Debtor to serve as his own counsel. The second hearing is the hearing on the motion to withdraw itself.

3. In the light of the motion to withdraw and the grounds set forth therein, including counsel's having been discharged by the Debtor and their being an irreparable breakdown in the attorney-client relationship, it would be unfair for both parties for Becker Glynn to continue to represent the Debtor in connection with scheduled hearings and response dates, as set forth in the motion to withdraw, when neither Becker Glynn nor the Debtor wishes the attorney-client relationship to continue.

4. As a result, I respectfully request that the Court grant the proposed order to show cause for the scheduling of the two requested hearings.

5. No previous request for the relief sought herein has been made to this or any other Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2026

_*/s/ Alec P. Ostrow*___
Alec P. Ostrow