**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch, and JARED CHASSEN,<br><br>Defendants. | Adversary No. 26-01013 (LGB) |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, And OFFIT KURMAN P.A.<br><br>Defendants. | Adversary No. 26-01015 (LGB) |
| ERIC HUEBSCHER, as Receiver,<br><br>Plaintiff,<br><br>- against -<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Defendant. | Adversary No. 26-01045 (LGB) |
| | Adversary No. 26-01046 (LGB) |

| | |
|---|---|
| 608941 NJ INC.,<br><br>Plaintiff,<br><br>- against -<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Defendant. | |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>GREAT AMERICAN INSURANCE COMPANY, ARCH REAL ESTATE HOLDINGS, LLC, JARED CHASSEN, WIGGIN AND DANA, LLP, GRIFFIN LLP, OFFIT KURMAN PA, and JOHN DOES 1-10,<br><br>Defendants. | Adversary No. 26-01079 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB) |

**ORDER TO SHOW CAUSE SCHEDULING HEARINGS TO DISCUSS SCHEDULING THE MOTION OF BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP TO WITHDRAW AS COUNSEL AND ON PRELIMINARY RELIEF PENDING THE HEARING**

Upon the motion of Becker, Glynn, Muffly, Chassin & Hosinski LLP [ECF No. 183] (the "Motion") to withdraw as counsel for Jeffrey Solomon Simpson, as Debtor and Debtor in Possession in the main case and all related adversary proceedings, dated October 22, 2026; and upon the declaration of Alec P. Ostrow [ECF No. 184], dated October 22, 2026, in support of the Motion and this Order, and for good cause, it is hereby

**ORDERED**, that the Debtor, the parties in the above-captioned adversary proceedings, and the parties in interest in the above-captioned bankruptcy case show cause before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on **October 26, 2026, at 10:00 A.M. ET** (the "October 26 Hearing") **via Zoom for Government**, why an order should not be entered granting preliminary relief pending the hearing and determination of the Motion, such as extending pending deadlines and hearing dates and permitting the Debtor to act as his own counsel; and it is further

**ORDERED**, that parties in interest in the main case and all related adversary proceedings may attend the October 26 Hearing and raise any objections and concerns at the October 26 Hearing without the need to file a pleading regarding extending pending deadlines and hearing dates and permitting the Debtor to act as his own counsel prior to granting the Motion and are not required to file such objections on the docket prior to the October 26 Hearing; and it is further

**ORDERED**, that at the October 26 Hearing, the Court will discuss the scheduling of a hearing on the Motion and, for the avoidance of doubt, the Court will not issue a ruling on the Motion prior to or at the October 26 Hearing; and it is further

**ORDERED**, that good and sufficient service of this Order, the Motion, and the Supporting Declaration, shall be made if served by email upon the Debtor, counsel for the United

States Trustee, all counsel that have filed notices of appearance in the main bankruptcy case, and all counsel for parties that have appeared in the above-captioned adversary proceedings not later than October 23, 2026.

Dated: New York, New York
October 23, 2026

**/s/ Lisa G. Beckerman**
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE