# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 10/23/2026 |
| Case: 26−01097−lgb | Form ID: pdf001 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| dft | Arch Real Estate Holdings LLC |
| dft | Arch Asset Management LLC |
| dft | Arch Property Management LLC |
| aty | Becker, Glynn, Muffly, Chassin & Hosinski, LLP |

TOTAL: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Alec P. Ostrow | aostrow@beckerglynn.com |
| aty | Jonathan T. Koevary | jkoevary@olshanlaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| pla | Jeffrey Solomon Simpson 1055 Park Avenue #4 New York, NY 10028 |
| ust | United States Trustee Office of the United States Trustee − NY Alexander Hamilton Custom House One Bowling Green, Room 534 New York, NY 10004−1408 |

TOTAL: 2