BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI, LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033
Alec P. Ostrow
aostrow@beckerglynn.com

*Attorneys for Jeffrey Solomon Simpson,
as Debtor and Debtor in Possession*

**Hearing Date: November 13, 2026, at 10:00 a.m.**
**Objection Deadline: November 6, 2026**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch, and JARED CHASSEN,<br><br>Defendants. | Adversary No. 26-01013 (LGB) |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, And OFFIT KURMAN P.A.<br><br>Defendants. | Adversary No. 26-01015 (LGB) |

| | |
|---|---|
| ERIC HUEBSCHER, as Receiver,<br>Plaintiff,<br>- against -<br>JEFFREY SOLOMON SIMPSON,<br>Defendant. | Adversary No. 26-01045 (LGB) |
| 608941 NJ INC.,<br>Plaintiff,<br>- against -<br>JEFFREY SOLOMON SIMPSON,<br>Defendant. | Adversary No. 26-01046 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>GREAT AMERICAN INSURANCE COMPANY, ARCH REAL ESTATE HOLDINGS, LLC, JARED CHASSEN, WIGGIN AND DANA, LLP, GRIFFIN LLP, OFFIT KURMAN PA, and JOHN DOES 1-10,<br>Defendants. | Adversary No. 26-01079 (LGB) |

| | |
|---|---|
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br><br>Defendants. | Adversary No. 26-01097 (LGB) |

**NOTICE OF HEARING ON MOTION OF BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP TO WITHDRAW AS COUNSEL FOR JEFFREY SOLOMON SIMPSON, AS DEBTOR AND DEBTOR IN POSSESSION IN MAIN CASE AND ALL RELATED ADVERSARY PROCEEDINGS**

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on **November 13, 2026, at 10:00 a.m.**, or as soon thereafter as counsel can be heard, via Zoom for government, to consider the motion, dated and filed October 22, 2026, motion of Becker, Glynn, Muffly, Chassin & Hosinski LLP ("Becker Glynn") to withdraw as counsel for Jeffrey Solomon Simpson (the "Debtor"), as debtor and debtor in possession in the main case and all related adversary proceedings, pursuant to Local Bankruptcy Rule 2090-1(e), (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing, stating in detail the reasons therefore, and filed electronically with Clerk of the Court, and served on Becker, Glynn, Muffly, Chassin & Hosinski LLP, 299 Park Avenue, New York, New York 10171, Attn: Alec P. Ostrow aostrow@beckerglynn.com, so that such objections are

actually received not later than **November 6, 2026.** Objections that are not timely served and filed may not be considered by the Court.

Dated: New York, New York
October 26, 2026

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255

By: _/s/ Alec P. Ostrow_____________
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel for Jeffrey Solomon Simpson, as Debtor and Debtor in Possession*